**Brenna K. Legaard, OSB #001658**
Email: blegaard@schwabe.com
**Jeffrey S. Eden, OSB #851903**
Email: jeden@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Karen G. Johnson-McKewan**, *admitted pro hac vice*
Email: kjohnson-mckewan@orrick.com
**Robert S. Shwarts**, *admitted pro hac vice*
Email: rshwarts@orrick.com
**Erin M. Connell**, *admitted pro hac vice*
Email: econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2625
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

**Dorian E. Daley**, *pro hac vice pending*
Email: dorian.daley@oracle.com
**Deborah K. Miller**, *pro hac vice pending*
Email: deborah.miller@oracle.com
**Peggy E. Bruggman**, *pro hac vice pending*
Email: peggy.bruggman@oracle.com
ORACLE CORPORATION
LEGAL DEPARTMENT
500 Redwood Shores, CA 94065
Telephone: 650-506-9534
Facsimile: 650-506-7114

Attorneys for Oracle America, Inc.

EXHIBIT C
PAGE 1 OF 189

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ORACLE AMERICA, INC.,** a Delaware Corporation,<br><br>     Plaintiff,<br><br> v.<br><br>**THE OREGON HEALTH INSURANCE EXCHANGE CORPORATION, dba COVER OREGON**, an Oregon Limited Liability Corporation; **THE STATE OF OREGON, BY AND THROUGH THE OREGON HEALTH AUTHORITY AND THE OREGON DEPARTMENT OF HEALTH SERVICES,** AND DOES 1-25, INCLUSIVE<br><br>     Defendants. | No. 3:14-cv-01279-BR<br><br>**AMENDED COMPLAINT FOR:**<br><br>**(1) COPYRIGHT INFRINGEMENT**<br>**(2) BREACH OF CONTRACT;**<br>**(3) BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING; AND**<br>**(4) QUANTUM MERUIT**<br><br>**DEMAND FOR JURY TRIAL** |

   Plaintiff Oracle America, Inc. ("Oracle ") brings this Complaint against Defendant The

Oregon Health Insurance Exchange Corporation, doing business as Cover Oregon ("Cover

Oregon"), and Defendant the State of Oregon, through its agencies the Oregon Health Authority

("OHA") and Department of Health Services ("DHS"), for copyright infringement, breach of

contract, breach of the implied covenant of good faith and fair dealing, and *quantum meruit*

based on Cover Oregon's continued use, distribution and preparation of derivative works based

on software developed by Oracle for which Cover Oregon has not paid as required under the

parties' agreements.  Payment was an express condition to the licenses for the custom software

that Oracle created, and the failure to pay means that Cover Oregon, OHA and DHS have no

right to reproduce, prepare derivative works, distribute, or publicly display the software.

EXHIBIT C
PAGE 2 OF 189

Oracle is a company with a 30-year history of successfully developing and implementing some of the most complex technical systems in the world, including the health insurance exchanges of at least a half dozen states.   Oregon hired Oracle—among many others—to help build Oregon's health insurance exchange, and Oracle worked at Oregon's direction on that project.  Since October 1, 2013, hundreds of thousands of Oregonians have been enrolled in health insurance or Medicaid through the use of the software that Oracle and others built.  That, however, is a fact most Oregonians do not understand, because when the press reported that the exchange was not accessible for consumer self-service on October 1, 2013, public officials chose not to give a measured, fully informed response.  Cover Oregon and public officials could have done two things in the face of those press reports: (a) own up to the management and technical challenges they had encountered and commit to a plan for resolving them; or (b) blame someone else.  They chose the latter, and fixed their sights on Oracle.  While flogging Oracle publicly, Cover Oregon continued privately to ask for Oracle's help.  (Indeed, it continues to this day to seek Oracle's technical help with the project).  Oracle gave that help for many months, in spite of the public excoriation, because it was committed to helping Cover Oregon complete the project and because Cover Oregon repeatedly promised to pay Oracle for its services.  In the end, though, Cover Oregon reneged on its promises, thus prompting this lawsuit.

Oracle seeks damages and any such other relief as the Court may deem proper.  Oracle alleges the following based on personal knowledge and on information and belief as to the acts of others:

## **PARTIES**

1.      Plaintiff Oracle is a subsidiary of Oracle Corporation, and is a Delaware corporation whose principal place of business is Redwood City, California.  Oracle develops and

EXHIBIT C
PAGE 3 OF 189

licenses certain intellectual property, including enterprise software programs and related services. Oracle is the world's leading supplier of enterprise hardware and software systems and related technical support and consulting services for those systems. Oracle's enterprise software includes the "Oracle Enterprise Architecture" solution, the "Oracle Policy Automation" solution, and the "Siebel Customer Relationship Management" applications, all of which can be customized to meet the needs of customers.

2.      On information and belief, Defendant Cover Oregon is an Oregon public corporation under ORS 741.001(1) with its principal place of business at 16760 S.W. Upper Boones Ferry Road, Suite 200, Durham, in Washington County, Oregon 97224. Cover Oregon does business in the District of Oregon.

3.      On information and belief, Defendant Oregon Department of Health Services ("DHS") is the agency of the state of Oregon responsible for most of the state's social services programs. Defendant Oregon Health Authority ("OHA") is the agency of the state of Oregon responsible for managing most of the state's health care programs, including the state's Medicaid program. During at least a portion of the period relevant to this action, OHA was a part of DHS, and entered into contracts with Oracle on behalf of both agencies. Oracle is informed and believes that OHA is now a fully separate and independent agency of the state of Oregon.

## JURISDICTION AND VENUE

4.      The Court has federal question subject matter jurisdiction under 28 U.S.C. § 1331 because the federal courts are vested with exclusive jurisdiction in copyright cases. 28 U.S.C. §1338(a). The Court independently has diversity jurisdiction over the claims between Oracle and Cover Oregon because they are citizens of different states and the amount in controversy exceeds $75,000, excluding interest and costs. Additionally and independently, this Court may properly exercise supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §1367(a) because they are related to and form part of the same subject matter as the copyright claim.

EXHIBIT C
PAGE 4 OF 189

5.      Venue in this District is appropriate because Cover Oregon has consented to venue in this District in its contract with Oracle, including the Oracle License and Services Agreement signed by the parties on or around March 14, 2013, in which Cover Oregon agreed:

> This agreement is governed by the substantive and procedural laws of Oregon and you and Oracle agree to submit to the exclusive jurisdiction of, and venue in, if in state Courts, in the Circuit Court of the State of Oregon for Marion County or, if in federal courts, the United States District Court for the District of Oregon, in any dispute arising out of or relating to this agreement.

Identical language appears in a separate agreement dated November 30, 2011, entered into between Oracle, on the one hand, and DHS and OHA, on the other.

6.      Venue in this District is also appropriate under 28 U.S.C. § 1391 as Cover Oregon is headquartered in Durham, in Washington County in Oregon.

## FACTUAL ALLEGATIONS

### THE HISTORY OF THE OREGON HEALTH INSURANCE EXCHANGE PROJECT

7.      On March 23, 2010, President Obama signed into law the Patient Protection and Affordable Care Act ("ACA"), establishing the legal foundations for states to create health insurance exchanges by which individuals and small businesses could compare and purchase health insurance policies and, where eligible, obtain federal subsidies for premium payments.

8.      At the time the ACA was enacted, the state of Oregon's Department of Health and Human Services ("DHS") was already engaged in an ambitious IT project of its own to modernize its delivery of health and human services to low-income Oregonians.  Oregon was preparing to undertake what it called its "Modernization" project designed to upgrade Oregon's Internet-based health and human services information technology system, by which Oregon would provide web accessibility, for both consumers and caseworkers, to its social services programs, such as the Supplemental Nutrition Assistance Program, Temporary Assistance for Needy Families, and Medicaid.

EXHIBIT C
PAGE 5 OF 189

9.      In 2009, while the DHS Modernization Project was in its early stages, the Oregon Legislature created the Oregon Health Authority ("OHA") to which it transferred some of the programs long resident under the DHS umbrella, including the state's health-related programs. The transition was expected to take two years to complete, from 2009 to 2011.  As a result of that redistribution of work, the Modernization Project included elements of programming that spanned both agencies, necessitating substantial coordination between those two organizations and development of a shared administrative services system for the two entities.

10.     Passage of the ACA in the midst of the DHS/OHA transition presented Oregon with another massive technical and organizational challenge:  creating its own health insurance exchange.  Oregon decided not only to build its own exchange, but to integrate it with its to-be-modernized health and human services programs.  Oregon thus undertook two major information technology projects at once, at least one of which had no established template or precedent, and whose legal parameters were still a work in progress.

11.     Oregon compounded the already high level of difficulty of its undertaking with at least three more decisions:

(a)      Rather than engage the services of an experienced system integrator—in effect, a general contractor to manage the massive project—Oregon decided to manage the project by itself, despite having little or no experience with projects of such novelty, complexity or scale.  That decision was akin to an individual with no construction experience undertaking to manage the processes of designing and building a massive multi-use downtown skyscraper without an architect or general contractor, instead engaging *and managing* dozens of separate subcontractors with different specialties to build different parts of the project.

(b)      Oregon was already developing the Modernization project across two bureaucracies—DHS and the recently created OHA—and added development of the health insurance exchange to OHA's responsibilities. Then, when OHA ran out of federal grant money to build the exchange (which was then still very much a work in progress), it hastily transferred responsibility for construction of the exchange to the newly created entity, Cover Oregon, which

EXHIBIT C
PAGE 6 OF 189

had qualified for substantial federal grant money intended to sustain its *operation* of the exchange.  Using funds supplied entirely from the federal government, the state thus undertook a multi-part project of unprecedented size and complexity for which it had no expertise, divided responsibility for its management and decision-making among multiple organizations, and decided to forego hiring any experienced professionals to lead the project.  It then abruptly transferred the uncompleted work to a separate entity when the state ran out of federal money.  In other words, decisions about how to erect that downtown skyscraper without an architect or a general contractor were now going to be made by a *group* of inexperienced people who could not agree on how to make decisions, let alone which decisions were most important.  That same group of people was also going to direct the work of a large collection of subcontractors, each of whom played a different role in relation to the projects, and all of whose work required coordination.  Oracle was just one of many contractors engaged for these projects, a list that included Deloitte & Touche, Eagle Creek Software Services, Speridian Technologies, Point B Management Consultants, KPMG LLP, Maximus Inc., Cognosante, LLC, TahoeBlu, Inc., Purple Squirrel, Walsh & Associates, LLC, Wakely Consulting Group, Radha Consulting, and a variety of individual consultants.   (One of those contractors—Maximus, Inc.—was hired for the express purpose of enabling OHA, and later Cover Oregon, "to understand known and probable risks, and establish priorities for mitigation/remediation strategies."  Maximus dutifully reported on the risks, but OHA and Cover Oregon seemed largely to ignore the contents of those reports.)

(c)      When OHA handed the health insurance exchange (sometimes referred to as "HIX") project to Cover Oregon just a few months before the October 1, 2013 open enrollment start date under the ACA, Cover Oregon decided that it would operate in a technological environment (comprised of hardware and software) that was entirely separate from that being used for the Modernization project.   That decision alone caused substantial additional costs, weeks of delays, and wholly unnecessary additional complexity.  Oracle is informed and believes this decision was the direct result of bureaucratic dysfunction between DHS and OHA, and those two agencies' inability to work with the brand new Cover Oregon.

EXHIBIT C
PAGE 7 OF 189

12.     Throughout the time that Oracle worked for DHS, OHA, and Cover Oregon, all of them ignored repeated warnings from Oracle and their own advisors that the project was in trouble for reasons only they could correct, including:

(a)     The government bureaucracies and Cover Oregon worked poorly together. They did not agree on work priorities, they competed with one another for resources and in decision-making, and they failed to provide authoritative direction to all of the contractors working on the project.  Communications among the different entities were "ineffective and at times contentious," according to a report commissioned by Oregon's governor.   For example, at one point, OHA's Chief Information Officer complained to Oracle personnel that Cover Oregon's efforts were "becoming highly disruptive to the Modernization effort," and that her team felt "they are being run over" by Cover Oregon.  As a result, one organization would make decisions without taking account of implications of that decision for the work being performed for the other organization; the result was often duplication of effort and rework.  That dysfunction endured throughout the project.  As late as mid-September 2013—just two weeks before the start of the federally-mandated open-enrollment period—Maximus issued a report in which it observed that the overall "business transformation/integration between OHA and CO is not being tracked like a formal project.  Typically a project of this size would have specific governance reporting, charter, scope, tasks, milestones, deliverables, and deadlines for the interagency work that is to be accomplished both operationally and technically."  The risk Maximus identified that flowed from this was that Cover Oregon could not be sure that the project would be implemented in the expected timeframe.

(b)     Cover Oregon failed to make timely decisions either alone, or with OHA and DHS, about the health insurance exchange's functional requirements, which serve to provide the overall structure and scope of the IT project.  On a large project, it is critical for the system integrator to define functional requirements early on in the project and adhere to those requirements.  With Cover Oregon and the state agencies acting as the system integrator, the obligation to provide those functional requirements rested solely with them, and not with Oracle.

EXHIBIT C
PAGE 8 OF 189

Indeed, the organizations involved in the project could not even agree on a single process for defining those functional requirements.  In late January or early February 2012, a group of state employees took a 60-day "retreat" for the express purpose of articulating the project's requirements, and returned empty-handed.  The quality assurance consultant, Maximus, Inc., reported on the lack of fully-articulated requirements in its March 2012 report ("Requirements baseline should have been completed and approved by the customer at this phase in the project"). While Maximus characterized the 60-day retreat as "a step in the right direction," it expressed doubt about the likely efficacy of the effort, since it wasn't clear that key stakeholders at OHA or DHS were even involved.  By June 2012, Maximus reported:

> HIX Corp. [later known as Cover Oregon] did not perceive that requirements had been adequately defined and in early February of 2012, it was announced that they were undertaking an effort to define the business requirements. This effort was originally defined as a 60 day effort, but it has taken longer than originally stated and full requirement definition is not expected to conclude until mid to late June. To date, a detailed schedule of this effort has not been made available to the MAXIMUS Team and it is our understanding that it is under development.

13.     This failure to make (or stand by) essential decisions persisted for the duration of the project.  At one point, then interim director of Cover Oregon, Dr. Bruce Goldberg, confided to Oracle personnel that getting Cover Oregon personnel to make decisions was "like pushing a rope."

(a)     Cover Oregon and state agency representatives involved in the project changed their minds frequently about the work they wanted performed and how they wanted it completed, and did not follow appropriate channels within either their own decision-making organizations or the Oracle team to communicate desired changes.  Oracle software developers found themselves asked to perform on-the-spot code changes to meet *ad hoc* requests from Cover Oregon employees (a phenomenon Cover Oregon's Chief Technology Officer himself acknowledged was "short circuiting our processes"), and at least one Cover Oregon employee

EXHIBIT C
PAGE 9 OF 189

attempted to implement his own changes to otherwise final code.  The consequences of these uncontrolled changes and shifting priorities were entirely predictable.  Although Oracle attempted to persuade its customers to implement and enforce controls on its change processes, Cover Oregon did not heed Oracle's advice, and instead scolded Oracle for overstepping its bounds with respect to project management.  The following exchange between Oracle's Chief Corporate Architect, Edward Screven, and Cover Oregon's Chief Technology Officer, Garrett Reynolds is illustrative of the problem:

> From: Edward Screven [mailto: [*address redacted*]]
> Sent: Thursday, January 16, 2014 5:15 PM
> To: Reynolds Garrett
> Cc: Goldberg, Bruce; Karjala Aaron
> Subject: Urgent: Administrative Access to Siebel
>
> Garrett,
>
> Oracle employees on site in Durham report that in a meeting today you stated that you now have Siebel Administrator privilege, and you have used that privilege to directly make environment and application changes to the production environment.  Is this correct?
>
> Following established change control procedures is essential. Making any change to production without following proper procedure puts the system at risk, both at the time of the change and later, during upgrades.  If you have made such changes, please send a written description of each change, including when you made it.  Also, please do not make any more changes.
>
> From past email you have written, I gather you believe you understand Siebel so well that you can make changes on your own, without involving others or following process.  But even trivial changes can result in confusion that leads to serious mistakes down the road, and even an expert can make mistakes.  Recall that your proposed procedure to complete migration of data elements to data vault would have resulted data loss.
>
> - Edward

…

EXHIBIT C
PAGE 10 OF 189

On 1/16/2014 6:28 PM, Reynolds Garrett wrote:

I thought Cover Oregon paid for and owned the system....
Thanks


B. Garrett Reynolds
Chief Technology Officer
Cover Oregon   |   *[redacted]*
*[redacted]*   |   *[redacted]*

14.     Cover Oregon had ample and repeated warnings that the healthcare exchange might not be fully functional for consumers on October 1, 2013, the date the state and federal insurance exchanges were required to go live under the ACA.  Maximus issued monthly reports throughout most of the project to Cover Oregon, and warned about trouble with development of the insurance exchange from the start.  For example, in March 2012, Maximus wrote:

> Detailed and maintainable functional and technical requirements are critical to the success of the project. As of February 2012, gaps in requirements are unknown. There have been multiple attempts to clarify requirements, but as yet none have been adequate. In an attempt to address some of the past failed efforts, a new requirements process (called the '60-day' Requirements Process) was introduced on 02/08/12 and will be 'owned' by HIX Corporation rather than HIX-IT. Clearly articulating ownership of this process is a step in the right direction. However, the involvement of other stakeholders, including OHA and DHS, are *[sic]* not yet clear. Nor is there a way as yet to determine if the 60 day time frame is realistic.

A year later, the March 2013 Maximus report still flagged the lack of solid requirements as a risk:

> With the project deadline less than 1 year away and the lack of a stable and experienced organization, development and delivery teams within OHA as well as the requirements delay within [Cover Oregon], the probability of missing the target date is currently an issue.

In May of 2013, Cover Oregon's then-executive director, Rocky King, admitted requirements were still not adequate and asked Oracle for help in finalizing the technical requirements:

EXHIBIT C
PAGE 11 OF 189

> The on the ground Oracle team has informed Cover Oregon that we still need to tighten up requirements in some areas. When we looked into it, we found three areas where requirements still need to be fully developed. These include the back office customer service areas, some global user interface functions and security policies. When Cover Oregon looked into it further, we found that functional and technical design has not been fully updated since October of 2012. This poses issues with system integration testing, and also puts Cover Oregon at risk due to not having a fully documented system. Cover Oregon requests that Oracle helps to tighten up any remaining requirements as well as puts focus on completing technical documentation as soon as possible by bringing in additional resources. We do not want to divert the on-the-ground developers and analysts.

This request was an extraordinary one: Cover Oregon was the owner of the project and therefore responsible for making decisions about what the exchange would and wouldn't do.  The parties' contracts made it abundantly clear that Oracle had *no role* in establishing the functional requirements for the exchange, and Cover Oregon should have finalized them long before May of 2013.

15.    In late July 2013—just two months before the October 1, 2013 deadline—Oracle made a presentation to the Cover Oregon board in which it explained that Cover Oregon *still* had not completed its work on functional requirements for the exchange, and noted that there was only limited time remaining for final functional and integration testing.  Without finalized requirements and complete use cases, Oracle could perform only limited testing (with respect to the work and areas of the site that had been completed), but not end-to-end performance testing.  The report to the Cover Oregon board stated that the project was at substantial risk.  The Maximus report for July reiterated that warning, putting the overall risk level for the project at "high."  It explained in its executive summary:

> Please note, that while progress was made during the month, the progress was not considered significant enough to lower the overall risk of the whole endeavor.  In other words, progress in some areas since last month is offset by the fact that there is one less month until the federally mandated deadlines.  Additionally, each rating category will carry a different relative weight when assessing the overall risk level of the effort. For example, while 10 out of 16 Quality Rating Categories are medium (yellow) or low (green), critical categories including "Scope," "Schedule," and

EXHIBIT C
PAGE 12 OF 189

"Inter-Org Coordination" remain high (red), which drives the overall high (red) risk assessment.

16.    Cover Oregon continued to ignore most of those warnings until virtually the eve of the deadline.  Just two weeks before the deadline, an Oracle consultant advised Cover Oregon's Chief Information Officer, Aaron Karjala, that it was time to stop issuing change orders, that two more had just been "auto-approved" with demands for immediate implementation, and both were likely to create more problems than they solved.  The message reported:

> As we all knew would happen, as 10/1 approaches, stakeholders are starting to throw everything into the wheelbarrow with hopes of getting it in.  I'm also seeing [Cover Oregon] members coming down to the Training Room and interacting with the developers, speaking to these new requirements.  We've had the CR [change request] process for some time and though it's not without its flaws, it has been pretty functional in adding order to the requirements channel.  I feel like when we need that order most we are abandoning it.  When the business walks downstairs and taps developers to talk new requirements with them it is a distraction at best and at worst we lose momentum and focus on priority items.

Maximus confirmed the truth of Oracle's complaint about Cover Oregon's ineffective change control process.  In its report issued two weeks before the October 1 deadline, Maximus reported that "[u]nauthorized changes are still making their way into the system."

17.    On September 18, 2013—mere *days* before the October 1 deadline—Cover Oregon's Executive Director still had not grasped the deep substantive challenges to going live that his organization had created in the development process.  He repeatedly conveyed concern about the "sizzle not the steak" of the massive IT project, as evidenced by a lengthy email he wrote to an Oracle consultant in which he described his desire to make the website *look* good, and apparently assumed the ongoing functional challenges would resolve themselves:

> Probably everyone will disagree with me[,] my staff, yours, consultants actually *[sic]* I know they would disagree with me – but step back and have a discussion with Aaron [Karjala].  Take a customer perspective rather than an IT perspective.  Again, I do not want to detract from the priority 1's that  must be done to go live 10/1 but damn, if the road is going to be be *[sic]* bumpy, <u>let me at least be driving a good looking car.</u>

EXHIBIT C
PAGE 13 OF 189

Emphasis original.

18.     Starting in late August, 2013, Oracle added substantial additional resources to the project at Cover Oregon's request in hopes of accelerating the pace of work, instilling in the Cover Oregon employees a greater sense of discipline about completing requirements and use cases, and stopping the constant change orders, both formal and informal.  Over several months, Oracle committed, among others, its Chief Corporate Architect and members of his team, members of Oracle's "A Team," (a highly-specialized technical team comprised of enterprise architects, solution specialists and software engineers), representatives of Oracle Laboratories, members of the Testing and Release Management Teams, as well as additional subject matter experts in testing, release management, and the software products being deployed, to assist on the project.  Cover Oregon's incapacity for lasting decision-making or project discipline, however, continued to frustrate Oracle's efforts at every turn.  Nevertheless, Oracle continued to work at Cover Oregon's request, trying to drive the project to a conclusion.

19.     In the months leading up to October 1, and continuing thereafter, Oracle did its best to ensure that the most important pieces of the website—including eligibility determinations and actual enrollment into programs—worked for Oregonians during the open-enrollment period.  At a high level, a fully-functioning exchange had to include four principal functions: (a) a "citizen self-service" portal; (b) a portal through which Community Partners and Agents, as well as Customer Service Representatives could gain access for customers; (c) eligibility determination and enrollment functions; and (d) "back-office" operations for billing.  Of these, the most important were the second and third pieces that would enable insurance professionals to process applications for individual customers, assess their eligibility and get them enrolled in plans.  This is where Oracle tried to focus its efforts, often in spite of Cover Oregon's demands.

20.     Despite the project's technical and bureaucratic challenges, a website was produced that enabled Cover Oregon and the state's agencies to enroll more than 430,000 Oregonians in health insurance or Medicaid under the ACA, as Cover Oregon's management reported in June, 2014.  While the consumer-facing, self-service portal did not open during the

EXHIBIT C
PAGE 14 OF 189

initial open-enrollment period, Community Partners and Agents, and Customer Service Representatives were able to use the site to enroll Oregonians.

21.     By February, 2014, a health insurance exchange website existed that included the citizen self-service functionality.  Cover Oregon did not disclose that information to the public and did not open the working self-service portal for individuals, for unexplained reasons of its own.  Between February and mid-June, Oracle continued to work (at Cover Oregon's request) on completing the back-office functionality and improving the other functionality that was already in place.

22.     Cover Oregon's board of directors has since announced the intention to abandon Cover Oregon's plan to provide a state-based HIX for Oregon, and has announced instead that it has transferred Oracle's software code to the state.

### THE SMEAR CAMPAIGN

23.     Though the state and Cover Oregon succeeded in enrolling a very large number of Oregonians in health care coverage, the failure to deliver a working citizen self-service portal on October 1, 2013 was a political embarrassment for Governor Kitzhaber, who immediately looked for places to lay the blame.  Among those who have lost their jobs at OHA or Cover Oregon over this project are Carolyn Lawson, OHA's Chief Information Officer; Rocky King, Cover Oregon's Executive Director; Bruce Goldberg, Cover Oregon's Interim Executive Director; Aaron Karjala, Cover Oregon's Chief Technology Officer; and Triz delaRosa, Cover Oregon's Chief Operating Officer.   Carolyn Lawson was the first to go, and after destroying her professional reputation, the Governor quickly turned his sights on Oracle, and set out systematically to vilify the company in the media.

24.     Ms. Lawson refused to accept her scapegoating quietly, however.  She issued a tort claim notice on March 17, 2014 in which she alleged that several individuals associated with Cover Oregon and OHA attempted to deflect responsibility for the problems with Cover Oregon "by organizing, encouraging, allowing, tolerating and/or engaging in a substantial cover-up, the purpose of which was to protect selected individuals … while unfairly and untruthfully pointing

EXHIBIT C
PAGE 15 OF 189

the finger at others."  In that same notice, she went on to explain that the conspiracy she observed "centered on a 'core story'" that the exchange failed to launch properly for two reasons: first, that Ms. Lawson had mismanaged it; and second, that "Oracle, which had been hired to build most of the Exchange's infrastructure, committed serious and fatal blunders in its work."  According to Ms. Lawson, when she declined to go along with the plan to blame Oracle, she was herself targeted.  Her tort claim notice alleges that one OHA employee told her, "'Somebody has to be held to blame for this—it's going to be Rocky [King], or it's going to be Oracle, or it's going to be you.  *We want it to be Oracle*, but it can be you if you want.'" (Emphasis added).

        25.     While Oracle continued to work on the exchange at Cover Oregon's request, Governor Kitzhaber embarked upon a months-long campaign to blame Oracle for OHA's and Cover Oregon's mismanagement of the health insurance exchange project.  In furtherance of that campaign, Governor Kitzhaber held several interviews and press conferences during which he blamed and criticized Oracle for the problems with the exchange.  Critical to Governor Kitzhaber's scapegoating was the threat of litigation against Oracle.  During a January 9, 2014 press conference, for example, Governor Kitzhaber announced that he hired First Data to conduct an "independent assessment" of the Cover Oregon project, asserting First Data's report would determine, in part, whether Oregon would sue Oracle.  Cover Oregon privately continued to request Oracle's help.  Oracle, believing that the best solution for Oregonians was to focus on completing the project, continued to work, quietly and without public retort, in spite of the constant public slander.

        26.     When First Data's report came out, it attributed a large part of the problems to Cover Oregon's mismanagement of the project including its failure to hire a systems integrator. Governor Kitzhaber admitted "oversight was a problem at Cover Oregon…"  He later admitted in his May 29, 2014 letter to Attorney General Rosenblum that OHA's and Cover Oregon's "decisions contributed to the failure to deliver a working website…."  These admissions did not slow his campaign against Oracle; in a March 20, 2014 press conference, Governor Kitzhaber

EXHIBIT C
PAGE 16 OF 189

again blamed Oracle for the Oregon Health Exchange project's shortcomings and repeated his threat to sue the company.  His campaign culminated on May 29, 2014 when he made a surprise appearance before a committee of the Oregon Legislature excoriating Oracle for its work and demanding that the Attorney General file suit.  Even as the Governor threatened to sue Oracle, Cover Oregon continued to ask for Oracle's help and signed contract extensions, and Oracle continued to work.  Indeed, on July 25, 2014, Cover Oregon contractors asked Oracle to supply personnel as subcontractors to assist them on the project, and Oracle continues today to render managed cloud services to Cover Oregon.

27.     Even after August 8, 2014, when Oracle filed its original complaint in this matter, and again after August 22, 2014—when the state finally filed its long-threatened lawsuit against Oracle—Cover Oregon, DHS and OHA continued to seek Oracle's assistance with health insurance exchange-related projects.

## THE CONTRACTS

28.     The relationship between Oracle and Cover Oregon is defined by the contracts between them by which the parties defined their respective rights and responsibilities.  Oracle has performed its obligations under those agreements, but Cover Oregon has not.

29.     As of April 30, 2013, OHA ran out of money for the insurance exchange project. Because Cover Oregon had received substantial federal funding to *run* the exchange, OHA and Cover Oregon agreed to transfer the exchange project ahead of schedule and, on or about May 1, 2013, Cover Oregon assumed ownership of the project and responsibility for managing the insurance exchange project and its many subcontractors from that point forward.

30.     In anticipation of  transferring the health insurance exchange project to Cover Oregon, on or about March 14, 2013, Cover Oregon and Oracle entered into an Oracle License and Services Agreement  ("OLSA"), a true and correct copy of which, including all amendments, is attached hereto as Exhibit A.  Under the Cover Oregon OLSA (as under all prior agreements

EXHIBIT C
PAGE 17 OF 189

with the State Agencies, Oracle owns all *copyrights* in the code developed and delivered pursuant to the OLSA).  .

31.    Under the Cover Oregon OLSA, Cover Oregon would receive—*upon payment for services*—a non-exclusive, non-assignable right to use the software Oracle developed and delivered to Cover Oregon under the OLSA:

> *Upon payment for services*, you have the non-exclusive, non-assignable, royalty free, perpetual, limited right to use for your internal business operations anything developed by Oracle and delivered to you under this agreement; however, certain deliverables may be subject to additional license terms provided in the ordering document.

(Emphasis added).  (The same language appears in a November 30, 2011 OLSA that Oracle entered into with DHS and OHA before Cover Oregon took over responsibility for the HIX project, a contract that Oregon's Department of Justice also reviewed and approved.)

32.    Cover Oregon and Oracle also entered into an Amendment to the OLSA, containing among other terms, a "Source Code" provision stating that all source code Oracle delivered to Cover Oregon was subject to the terms of the OLSA and any application order and program documentation.  The parties therefore intended that Oracle would own all intellectual property in the software developed pursuant to the OLSA, and that Cover Oregon would not obtain a right to use any of the software until it paid for Oracle's services.  Oracle continued to retain all ownership and intellectual property rights to the programs and software it developed and delivered to Cover Oregon.

33.    Pursuant to 17 U.S.C. §408 and associated regulations of the Copyright Office, Oracle has applied for registrations of copyright in certain new programs created and delivered pursuant to the services delivered under the OLSA as follows (collectively, the "Cover Oregon OLSA Copyright Assets"):

(a)    The original version of Siebel Health Insurance Exchange, Version 1.0.0.1 has been granted US Copyright Registration No. TX 7-899-942. The intermediate and final versions of Siebel Health Insurance Exchange as they were delivered to Cover Oregon have

EXHIBIT C
PAGE 18 OF 189

been granted US Copyright Registration Nos. TX 7-899-948 and TX 7-899-944.  The final version of Siebel Health Insurance Exchange is a derivative work of the original version, and US Copyright Registration No. TX 7-899-944 includes all improvements authored by Oracle and its subcontractors in the intervening versions.

(b)     The original version of Oracle Policy Automation Full Determination Eligibility Rulebase, Version 1.0.0.1, has been granted US Copyright Registration No. TX 7-901-851.  The intermediate and final versions of Oracle Policy Automation Full Determination Eligibility Rulebase,  as they were delivered to Cover Oregon, have been granted US Copyright Registration Nos.TX 7-901-847 and TX 7-901-840.  The final version of Oracle Policy Automation Eligibility Benefit Application is a derivative work of the original version, US Copyright Registration No. TX 7-901-840 includes all improvements authored by Oracle and its subcontractors in the intervening versions.

(c)     On September 8, 2014 Oracle applied for registration of and the US Copyright Office received a complete application including the complete application, fee, and deposit for the original Oracle Policy Automation Eligibility Benefit Application, Version 1.0.0.1, and the subject application was granted Case No. 1-1727711042.  On the same date, Oracle applied for registration of, and the US Copyright Office received complete applications, including applications, fees, and deposits, for the intermediate and final versions of the Oracle Policy Automation Eligibility Benefit Application, and those applications received Case Nos. 1-1727711114 and 1-1727711150.   The final version of Oracle Policy Automation Eligibility Benefit Application is a derivative work of the original version, and the application for registration of copyright thereof includes all improvements authored by Oracle and its subcontractors in the intervening versions.

(d)     On September 8, 2014, Oracle applied for and the US Copyright Office received complete applications, including application, fee, and deposit, for registration of the original version of WebCenter Health Insurance Exchange Application, Version 1.0.0.1, and the subject application was granted Case. No. 1-1727711196. On the same date, Oracle applied for

EXHIBIT C
PAGE 19 OF 189

registration of and the US Copyright Office received complete applications, including

applications, fees, and deposits, for the intermediate and final versions of WebCenter Health

Insurance Exchange Application, and those applications received Case Nos. 1-1727711281

and 1-1727711318.  The final version of WebCenter Health Insurance Exchange Application is a

derivative work of the original version, and the application for registration of copyright thereof

includes all improvements authored by Oracle and its subcontractors in the intervening versions.

34.     Pursuant to a written inter-company agreement, Plaintiff Oracle America, Inc.,

has acquired all right, title, and interest in the copyright in the software code created under the

OLSA for the Cover Oregon OLSA Copyright Assets.  Furthermore, such assignment includes

all accrued and unaccrued claims for infringement of copyright pertaining to such software code,

including specifically the claim for infringement against Cover Oregon, OHA and DHS.

35.     Cover Oregon also executed several "Ordering Documents" identifying the

services Cover Oregon requested and the fees Cover Oregon had agreed to pay Oracle for those

services.  As in the OLSA, Cover Oregon agreed in each Ordering Document that—*upon*

*payment for services*—Cover Oregon would receive a non-exclusive, royalty-free license to the

software Oracle developed for Cover Oregon:

> *Upon payment for services*, Cover Oregon shall have a royalty-
> free, nonexclusive, and irrevocable license for Cover Oregon and
> the U.S. Federal Government to reproduce, publish, or otherwise
> use anything developed and delivered under this Ordering
> Document resulting from the services provided hereunder and to
> the authorize others to do the same solely for the development
> and/or use of a government-operated health insurance exchange
> and eligibility automation system in accordance with the
> Affordable Health Care Act and applicable regulations of Federal
> purpose.  You shall not have any other rights in or to anything
> developed and delivered to you hereunder.

(Emphasis added).  True and correct copies of the Ordering Documents for Oracle consulting

services are attached hereto, collectively, as Exhibit B.

36.     Each Ordering Document also referenced and included a "Time and Materials

Exhibit" ("T&M Exhibit"), identifying the specific services Cover Oregon had requested.  Under

EXHIBIT C
PAGE 20 OF 189

the T&M Exhibits, Cover Oregon agreed (a) Oracle would provide its services on a time and materials basis, (b) Cover Oregon would pay for all time spent performing such services, and (c) Oracle would "assist" Cover Oregon on the project, and work at Cover Oregon's sole direction.

37.     It is not unusual for consultants such as Oracle to work on a time and materials basis.  Indeed, many consultants, including Oracle, have done so on many projects, including projects for public sector customers.  The reason Oracle worked on a time and materials basis— and not for a fixed fee—is a simple one.  While everyone involved understood the ultimate objectives of the projects—to create a fully-functional, web-accessible, self-service health insurance exchange, to modernize the state's provision of its broader health and human services offerings, and to integrate the multiple systems involved—Cover Oregon and the state agencies had no real plan for how, exactly, those projects would operate or how they would work together.  Without a fixed scope for the project—the equivalent of architectural blueprints—no contractor could reasonably be expected to agree to work on a fixed-fee basis.  Because only DHS, OHA and, ultimately, Cover Oregon, could resolve the uncertainties regarding the overall scope and structure of the massive project, and because only Cover Oregon and the state agencies could demand changes in the project, those entities  properly bore the inherent risks associated with failing to resolve them in a timely way.

38.     In about November, 2013, Cover Oregon stopped paying its invoices and refused to sign Ordering Documents for the services it had requested and was continuing to request from Oracle, forcing Oracle to either risk working without payment or abandon the project.  By the end of February, 2014, Cover Oregon had executed Ordering Documents for Oracle consulting services rendered through August, 2013, but not for services rendered between then and the end of February, 2014.  In that period, at Cover Oregon's request, Oracle continued to render consulting services to Cover Oregon, and committed substantial additional resources to the project outside of its consulting organization, in the form of, among others, its Chief Corporate Architect and members of his team, members of Oracle's A Team, representatives of Oracle

EXHIBIT C
PAGE 21 OF 189

Laboratories, as well as additional subject matter experts in testing, release management, and the products at issue.  Oracle repeatedly asked Cover Oregon to pay its outstanding invoices and execute Ordering Documents for the work it was requesting so that Oracle could render invoices, and Cover Oregon promised on multiple occasions that it would do so.  Governor Kitzhaber personally made multiple promises to Oracle that the company would be paid for its work.  On the strength of those promises, and in furtherance of its desire to see the project completed, Oracle kept its consultants working on the project through February 2014.

39.    In February 2014, however, Oracle advised Cover Oregon and Governor Kitzhaber that it could not continue to work indefinitely without Ordering Documents and payment.  By then, it had dedicated consulting services and other resources to the project worth at least an additional $68 million in reliance upon promises that Cover Oregon had yet to fulfill.

40.    Though Cover Oregon eventually paid the outstanding invoices and for a portion of the services provided from November 2013 through February 2014, Cover Oregon refused to execute Ordering Documents covering all the services provided or to compensate Oracle for the full value of the services rendered during that period.  Cover Oregon's refusal to execute Ordering Documents prevented Oracle from issuing invoices for services rendered.

41.    Oracle is informed and believes that Cover Oregon is using copyrighted material that Oracle's personnel produced and for which Cover Oregon has not paid.  Specifically, Cover Oregon is continuing to make available to the public a website which appears to include functionality delivered by Oracle for which it was not paid.  Each time external users access and use that site, there is an unauthorized reproduction of the software code, and an unauthorized public display of the audiovisual work associated with Oracle's software code.

42.    Cover Oregon has also admitted that it has transferred part or all of the source code base to the State of Oregon for further development of additional functionality based on that code.  Based on Oracle's past experience as described above, both OHA and DHS have managed and controlled such development.  Because Cover Oregon has not paid for the Cover Oregon OLSA Copyright Assets code, it does not have the right to distribute that source code to

EXHIBIT C
PAGE 22 OF 189

others.  Because Cover Oregon has not paid for the code, it does not have the right to authorize the preparation of derivative works based on Oracle's Cover Oregon OLSA Copyright Assets source code.  All of those entities and persons who are directing the preparation of a derivative work based on an Oracle code base created and delivered under the OLSA are doing so in violation of Oracle's exclusive right to prepare derivative works based on Cover Oregon OLSA Copyright Assets.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement Against All Defendants)

43.     Oracle hereby restates and realleges the allegations set forth in paragraphs 1 through 42, above, and incorporates them by reference.

44.     Oracle owns all right title and interest in the copyrights to the Cover Oregon OLSA Copyright Assets software code, as well as all claims for infringement thereof.

45.     An express condition precedent to any license to Cover Oregon was that it was required to pay for all services rendered under the OLSA.  That express condition precedent has failed because Cover Oregon has not paid for all of the services rendered under the OLSA. Accordingly, Cover Oregon has no license at all for the Cover Oregon OLSA Copyright Assets code and is not authorized to reproduce, prepare derivative works of, distribute, or publicly display those works, or to authorize others to do so.

46.     By continuing to operate the Cover Oregon website, Cover Oregon is violating Oracle's exclusive rights to reproduce and publicly display the work.

47.     By transferring source code to the control of OHA and DHS for further development, Cover Oregon has unlawfully distributed the Cover Oregon OLSA Copyright Assets work, and has unlawfully authorized others to prepare derivative works based on the Cover Oregon OLSA Copyright Assets work.

48.     By accepting the transfer of source code from Cover Oregon and exercising dominion and control over a project to augment that code, OHA and DHS have violated Oracle's

EXHIBIT C
PAGE 23 OF 189

exclusive rights to reproduce and to prepare derivative works of Cover Oregon OLSA Copyright Assets.

49.     Oracle has been actually and irreparably harmed by the actions of Cover Oregon in using, reproducing, distributing and preparing derivative works of the code without authorization.  Defendants have benefited from code for which they have not paid.  Furthermore, as detailed herein, Governor Kitzhaber has made Oracle the scapegoat for the state's and Cover Oregon's failures, while at the same time demanding ongoing assistance from Oracle in the further development, delivery, and implementation of the Cover Oregon OLSA Copyright Assets code.  By continuing to use the code without authorization, and continuing to claim that the code is inadequate or defective, Defendants are continuing to injure Oracle in a manner that cannot fully be remedied at law.

50.     Accordingly, as a direct and proximate result of defendants' copyright infringement, Oracle has been damaged both economically and reputationally, and will seek damages in an amount to be proven at trial, and such equitable relief as may be appropriate.

## SECOND CLAIM FOR RELIEF

### (Breach of Contract)

### (As and for an alternative to the First Claim for Relief)

### (Against Cover Oregon Only)

51.     Oracle hereby restates and realleges the allegations set forth in paragraphs 1 through 50, above, and incorporates them by reference.

52.     Cover Oregon entered into written contracts with Oracle to pay for consulting services rendered on a time and materials basis, and further agreed that it would not be entitled to use Oracle's work product without first paying for it.  Cover Oregon further agreed that it could not transfer Oracle's work product without Oracle's consent, unless authorized to do so pursuant to a more specific license contained in an Ordering Document between the parties.

53.     Oracle performed services for Cover Oregon in accordance with the terms of its written agreements with that entity.

EXHIBIT C
PAGE 24 OF 189

54.    Oracle repeatedly has demanded that Cover Oregon execute Ordering Documents for the work Oracle has performed, so that Oracle may issue invoices to Cover Oregon for the work performed.  Oracle further has demanded payment for all of the services rendered to Cover Oregon, and by the filing of this Complaint hereby demands payment of the unpaid sums.  Cover Oregon has failed and refused, and continues to fail and to refuse, to execute Ordering Documents or otherwise to pay for all of the services Oracle has provided.

55.    Oracle is informed and believes and thereon alleges that Cover Oregon has continued to use Oracle's work product, and that it has transferred some or all of that work product to others.  Because Cover Oregon has not paid for all of Oracle's services, Cover Oregon's use and transfer of Oracle's work product violates the parties' written agreement.

56.    Accordingly, as a direct and proximate result of Cover Oregon's breaches of contract as alleged herein, Oracle has sustained damages in an amount to be proven at trial.

<u>**THIRD CLAIM FOR RELIEF**</u>

**(Breach of Implied Covenant of Good Faith and Fair Dealing)**

**(Against Cover Oregon Only)**

57.    Oracle hereby restates and realleges the allegations set forth in paragraphs 1 through 56, above, and incorporates them by reference.

58.    Cover Oregon entered into written contracts with Oracle to pay for consulting services rendered on a time and materials basis.

59.    Oracle performed services for Cover Oregon in accordance with the terms of its written agreements with that entity.

60.    Under the OLSA, Oregon could not issue invoices and obtain payment absent Cover Oregon's execution of separate Ordering Documents.  Under the OLSA, Cover Oregon has an implied obligation to execute such Ordering Documents in order to obtain Oracle's services.  During the period between November 2013 and February 2014, Oracle rendered services at Cover Oregon's request, but Cover Oregon did not execute Ordering Documents to cover that work.

EXHIBIT C
PAGE 25 OF 189

61.     Oracle repeatedly has demanded that Cover Oregon execute Ordering Documents for the work Oracle has performed, so that Oracle may issue invoices to Cover Oregon for the work performed.  Cover Oregon has failed and refused, and continues to fail and to refuse, to execute Ordering Documents or to otherwise pay for all of the services Oracle has provided.

62.     Cover Oregon's refusal to execute Ordering Documents so that Oracle can be paid is a breach of the implied covenant of good faith and fair dealing inherent in the OLSA as amended.  This is particularly true where, as here, Cover Oregon continued to request the work and promised it would issue such documents, but did not do so.

63.     By promising that it would issue Ordering Documents for the requested work in order to induce Oracle to perform that work, and then failing to issue such documents, Cover Oregon has acted in bad faith, has abused its power and discretion under the OLSA, and has violated Oracle's reasonable expectations under the OLSA to be paid for all work performed for Cover Oregon.  By requesting such work and then refusing to issue the documentation necessary for payment, Cover Oregon has not only violated its implied obligations under the contract, but has frustrated Oracle's reasonable expectations and purpose under the OLSA.

64.     Accordingly, as a direct and proximate result of Cover Oregon's breaches of the implied covenant of good faith and fair dealing inherent in all contracts entered into under Oregon law, Oracle has sustained damages in an amount to be proven at trial.

### FOURTH CLAIM FOR RELIEF

**(*Quantum Meruit*)**

**(As and for an alternative to the First Claim for Relief)**

**(Against all Defendants)**

65.     Oracle hereby restates and realleges the allegations set forth in paragraphs 1 through 64, above, and incorporates them by reference.

66.     Cover Oregon requested services from Oracle related to the HIX Project, including but not limited to the development of software for the health insurance exchange application process and eligibility automation.  Cover Oregon agreed to pay Oracle for those

EXHIBIT C
PAGE 26 OF 189

services.  Accordingly, Oracle had a reasonable expectation that Cover Oregon would pay for those services, and Cover Oregon reasonably should have expected to pay Oracle for those services.

67.    Oracle provided the services Cover Oregon requested and in reliance upon Cover Oregon's promises to compensate Oracle for that work.  Cover Oregon received the benefit of the services Oracle provided, and Cover Oregon was aware that it had received this benefit.

68.    Furthermore, OHA and DHS were fully aware of the terms of Oracle's OLSA with Cover Oregon, because they had entered into agreements of their own with Oracle in which Oracle conditioned licenses to its intellectual property upon complete payment.  That Cover Oregon has not paid Oracle for all of its services has been a matter of public knowledge for months.  OHA and DHS are, therefore, fully aware that they have no right to receive or use any part of the code that Oracle developed under the Cover Oregon OLSA.  OHA and DHS have nonetheless accepted delivery of the source code from Cover Oregon with full knowledge that Cover Oregon has not paid for the services rendered to create that source code.  OHA and DHS are, therefore, also unfairly benefiting from Oracle's services.

69.    The reasonable value of those services, including Oracle's consultants and the other personnel it committed to the project, is at least $23 million.  Accordingly, in order to avoid the injustice that otherwise will result, Oracle is entitled to the reasonable value for the services Oracle performed for Cover Oregon for which neither Cover Oregon nor the State has yet paid, despite their ongoing exercise of dominion and control over the fruits of Oracle's labor.

## PRAYER FOR RELIEF

**WHEREFORE,** Oracle prays for judgment against Defendants as follows:

A.    entry of judgment in favor or Oracle against Defendants on all claims for relief;

B.    an order of restitution against all Defendants in an amount equal to the reasonable value of the services Oracle provided, and for which Oracle has not been paid;

C.    an order enjoining Defendants, their officers, agents, servants, employees, attorneys, and affiliated companies, assigns and successors in interest, and those persons in

EXHIBIT C
PAGE 27 OF 189

active concert or participation with them, from continued acts of infringement of Oracle's intellectual property rights;

      D.      an order awarding Oracle damages it has sustained as a result of Defendants' wrongdoing in an amount according to proof;

      E.      prejudgment interest;

      F.      attorneys' fees and costs pursuant to 17 U.S.C. §505; and

      G.      any and all other legal and equitable relief as may be available under law and which the Court may deem just and proper.

## DEMAND FOR A JURY TRIAL

Oracle demands a jury trial for all issues so triable.

Respectfully submitted,

Dated: September 8,  2014

By: /s/ Brenna K. Legaard
**Brenna K. Legaard, OSB #001658**
Email: blegaard@schwabe.com
**Jeffrey S. Eden, OSB #851903**
Email: jeden@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

*Attorneys for Plaintiff*
Oracle America, Inc.

EXHIBIT C
PAGE 28 OF 189

# ORACLE®

## ORACLE LICENSE AND SERVICES AGREEMENT

**A.     Agreement Definitions**

This Oracle License and Services Agreement ("agreement") is entered into between Oracle America, Inc. ("Oracle") and the Oregon Health Insurance Exchange Corporation doing business as Cover Oregon ("you"). The term "ancillary programs" refers to third party materials specified in the program documentation which may only be used for the purposes of installing or operating the programs with which the ancillary programs are delivered.  The term "program documentation" refers to the program user manual and program installation manuals. The term "programs" refers to the software products owned or distributed by Oracle which you have ordered, program documentation, and any program updates acquired through technical support.  The term "services" refers to technical support, education, hosted/outsourcing services, consulting or other services which you have ordered.

**B.     Term of Agreement**

The term of this agreement shall be for three (3) years commencing from the effective date of the agreement.

**C.     Rights Granted**

Upon Oracle's acceptance of your order, you have the non-exclusive, non-assignable, royalty free, perpetual (unless otherwise specified in the ordering document), limited right to use the programs and receive any services you ordered solely for your internal business operations and subject to the terms of this agreement, including the definitions and rules set forth in the order and the program documentation.  You may allow your agents and contractors (including, without limitation, outsourcers) to use the programs for this purpose and you are responsible for their compliance with this agreement in such use.  For programs that are specifically designed to allow your customers and suppliers to interact with you in the furtherance of your internal business operations, such use is allowed under this agreement.  If accepted, Oracle will notify you and this notice will include a copy of your agreement.  Program documentation is delivered with the programs, or you may access the documentation online at http://oracle.com/contracts. Services are provided based on Oracle's policies for the applicable services ordered, which are subject to change, and the specific policies applicable to you, and how to access them, will be specified on your order (except technical support services, which are as specified in section H of this agreement).  Upon payment for services, you have the non-exclusive, non-assignable, royalty free, perpetual, limited right to use for your internal business operations anything developed by Oracle and delivered to you under this agreement; however, certain deliverables may be subject to additional license terms provided in the ordering document.

The services provided under this agreement may be related to your license to use programs which you acquire under a separate order.  The agreement referenced in that order shall govern your use of such programs.  Any services acquired from Oracle are bid separately from such program licenses, and you may acquire either services or such program licenses without acquiring the other.

**D.     Ownership and Restrictions**

Oracle or its licensors retain all ownership and intellectual property rights to the programs.  Oracle retains all ownership and intellectual property rights to anything developed and delivered under this agreement resulting from services.  You may make a sufficient number of copies of each program for your licensed use and one copy of each program media.

Third party technology that may be appropriate or necessary for use with some Oracle programs is specified in the program documentation.  Such third party technology is licensed to you under the terms of the third party technology license agreement specified in the program documentation and not under the terms of this agreement.

You may not:
- remove or modify any program markings or any notice of Oracle's or its licensors' proprietary rights;
- make the programs or materials resulting from the services available in any manner to any third party for use in the third party's business operations (unless such access is expressly permitted for the specific program license or materials from the services you have acquired);
- cause or permit reverse engineering (unless required by law for interoperability), disassembly or decompilation of the programs (the foregoing prohibition includes but is not limited to review of data structures or similar materials produced by programs);
- disclose results of any program benchmark tests without Oracle's prior written consent.

**E.     Warranties, Disclaimers and Exclusive Remedies**

Oracle warrants that a program licensed to you will operate in all material respects as described in the applicable program documentation for one year after delivery (i.e., via physical shipment or electronic download).  You must notify Oracle of any program warranty deficiency within one year after delivery.  Oracle also warrants that services will be provided in a professional

manner consistent with industry standards.  You must notify Oracle of any services warranty deficiencies within 90 days from performance of the deficient services.

**ORACLE DOES NOT GUARANTEE THAT THE PROGRAMS WILL PERFORM ERROR-FREE OR UNINTERRUPTED OR THAT ORACLE WILL CORRECT ALL PROGRAM ERRORS.**

**FOR ANY BREACH OF THE ABOVE WARRANTIES, YOUR EXCLUSIVE REMEDY AND ORACLE'S ENTIRE LIABILITY SHALL BE: (A) THE CORRECTION OF PROGRAM ERRORS THAT CAUSE BREACH OF THE WARRANTY; OR, IF ORACLE CANNOT SUBSTANTIALLY CORRECT SUCH BREACH IN A COMMERCIALLY REASONABLE MANNER, YOU MAY END YOUR PROGRAM LICENSE AND RECOVER THE FEES YOU PAID TO ORACLE FOR THE PROGRAM LICENSE AND ANY UNUSED, PREPAID TECHNICAL SUPPORT FEES YOU HAVE PAID FOR THE PROGRAM LICENSE; OR (B) THE REPERFORMANCE OF THE DEFICIENT SERVICES; OR, IF ORACLE CANNOT SUBSTANTIALLY CORRECT A BREACH IN A COMMERCIALLY REASONABLE MANNER, YOU MAY END THE RELEVANT SERVICES AND RECOVER THE FEES YOU PAID TO ORACLE FOR THE DEFICIENT SERVICES.**

**TO THE EXTENT NOT PROHIBITED BY LAW, THESE WARRANTIES ARE EXCLUSIVE AND THERE ARE NO OTHER EXPRESS OR IMPLIED WARRANTIES OR CONDITIONS INCLUDING WARRANTIES OR CONDITIONS OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

### F.    Trial Programs

You may order trial programs, or Oracle may include additional programs with your order which you may use for trial, non-production purposes only.  You may not use the trial programs to provide or attend third party training on the content and/or functionality of the programs.  You have 30 days from the delivery date to evaluate these programs.  If you decide to use any of these programs after the 30 day trial period, you must obtain a license for such programs from Oracle or an authorized distributor.  If you decide not to obtain a license for any program after the 30 day trial period, you will cease using and will delete any such programs from your computer systems.  Programs licensed for trial purposes are provided "as is" and Oracle does not provide technical support or offer any warranties for these programs.

### G.    Indemnification

1. Intellectual Property Indemnification.  If a third party makes a claim against either you or Oracle ("Recipient" which may refer to you or Oracle depending upon which party received the Material), that any information, design, specification, instruction, software, data, or material ("Material") furnished by either you or Oracle ("Provider" which may refer to you or Oracle depending on which party provided the Material), and used by the Recipient infringes its intellectual property rights, the Provider, at its sole cost and expense, will defend the Recipient against the claim and indemnify the Recipient from the damages, liabilities, costs and expenses awarded by the court to the third party claiming infringement or the settlement agreed to by the Provider, if the Recipient does the following:

- notifies the Provider promptly in writing, not later than 30 days after the Recipient receives notice of the claim (or sooner if required by applicable law);
- gives the Provider sole control of the defense and any settlement negotiations; and
- gives the Provider the information, authority, and assistance the Provider needs to defend against or settle the claim.

If the Provider believes or it is determined that any of the Material may have violated a third party's intellectual property rights, the Provider may choose to either modify the Material to be non-infringing (while substantially preserving its utility or functionality) or obtain a license to allow for continued use, or if these alternatives are not commercially reasonable, the Provider may end the license for, and require return of, the applicable Material and refund any fees the Recipient may have paid to the other party for it and any unused, prepaid technical support fees you have paid to Oracle for the license.  If you are the Provider and such return materially affects Oracle's ability to meet its obligations under the relevant order, then Oracle may, at its option and upon 30 days prior written notice, terminate the order.  The Provider will not indemnify the Recipient if the Recipient alters the Material or uses it outside the scope of use identified in the Provider's user documentation or if the Recipient uses a version of the Materials which has been superseded, if the infringement claim could have been avoided by using an unaltered current version of the Material which was provided to the Recipient.  The Provider will not indemnify the Recipient to the extent that an infringement claim is based upon any information, design, specification, instruction, software, data, or material not furnished by the Provider.  Oracle will not indemnify you to the extent that an infringement claim is based upon the combination of any Material with any products or services not provided by Oracle.  Oracle will not indemnify you for infringement caused by your actions against any third party if the Oracle program(s) as delivered to you and used in accordance with the terms of this agreement would not otherwise infringe any third party intellectual property rights.  Oracle will not indemnify you for any infringement claim that is based on: (1) a patent that you were made aware of prior to the effective date of this agreement (pursuant to a claim, demand, or

notice); or (2) your actions prior to the effective date of this agreement.  This section provides the parties' exclusive remedy for any infringement claims or damages.

2.  General Indemnity.  You and Oracle  ("Indemnitor") each shall defend and indemnify the other party or parties ("Indemnitee") against any and all claims of bodily injury and/or tangible personal property damage resulting from negligent, grossly negligent or intentionally wrongful actions or omissions of the Indemnitor or a person employed by the Indemnitor (i.e., as an employee or independent contractor) while performing services under an ordering document or participating in the project related to such services, if such actions or omissions were not proximately caused by the action or omission of the Indemnitee or any third party; provided however, that (a) the Indemnitee notifies the Indemnitor promptly in writing, not later than thirty (30) days after Indemnitee receives notice of the claim (or sooner if required by law); (b) the Indemnitee gives the Indemnitor sole control of the defense and any settlement negotiations; and (c) the Indemnitee gives the Indemnitor the information, authority, and assistance the Indemnitor needs to defend against or settle the claim.  As used in this Section G.2, the term "tangible personal property" shall not include software, documentation, data or data files.  The Indemnitor shall have no liability for any claim of bodily injury and/or tangible personal property damage arising from use of software. This Section G.2 states the parties' entire liability and exclusive remedy for bodily injury and property damage.

3.  To the extent you are required under this agreement to indemnify or hold Oracle harmless against claims brought by third parties against Oracle, your obligation to indemnify is subject to the limitations of Article XI, section 7 of the Oregon Constitution and the Oregon Tort Claims Act, ORS 30.260 through 30.300.

4.  Notwithstanding anything in this Section G to the contrary, Oracle shall not defend a claim in the name of the State of Oregon or purport to act as a legal representative for the State of Oregon (including you) without the prior written consent of the Oregon Attorney General.

## H.     Technical Support

For purposes of the ordering document, technical support consists of annual technical support services you may have ordered for the programs.  If ordered, annual technical support (including first year and all subsequent years) is provided under Oracle's technical support policies in effect at the time the services are provided. The technical support policies, incorporated in this agreement, are subject to change at Oracle's discretion; however, Oracle policy changes will not result in a material reduction in the level of services provided for supported programs during the period for which fees for technical support have been paid.  You should review the policies prior to entering into the ordering document for the applicable services.  You may access the current version of the technical support policies at http://oracle.com/contracts..

Technical support is effective upon the effective date of the ordering document unless otherwise stated in your order.  If your order was placed through the Oracle Store, the effective date is the date your order was accepted by Oracle.

Software Update License & Support (or any successor technical support offering to Software Update License & Support, "SULS") acquired with your order may be renewed annually and, if you renew SULS for the same number of licenses for the same programs, for the first and second renewal years the fee for SULS will not increase by more than 4% over the prior year's fees.  If your order is fulfilled by a member of Oracle's partner program, the fee for SULS for the first renewal year will be the price quoted to you by your partner; the fee for SULS for the second renewal year will not increase by more than 4% over the prior year's fees.

If you decide to purchase technical support for any license within a license set, you are required to purchase technical support at the same level for all licenses within that license set.  You may desupport a subset of licenses in a license set only if you agree to terminate that subset of licenses.  The technical support fees for the remaining licenses will be priced in accordance with the technical support policies in effect at the time of termination.  Oracle's license set definition is available in the current technical support policies.  If you decide not to purchase technical support, you may not update any unsupported program licenses with new versions of the program.

## I.     End of Agreement

If either of us breaches a material term of this agreement and fails to correct the breach within 30 days of written specification of the breach, then the breaching party is in default and the non-breaching party may terminate this agreement.  If Oracle ends this agreement as specified in the preceding sentence, you must pay within 30 days all amounts which have accrued prior to such end, as well as all sums remaining unpaid for programs ordered and/or services received under this agreement plus related taxes and expenses.  If Oracle ends the license for a program under the Indemnification section, you must pay within 30 days all amounts remaining unpaid for services related to such license plus related taxes and expenses.  Except for nonpayment of fees, the non-breaching party may agree in its sole discretion to extend the 30 day period for so long as the breaching party continues reasonable efforts to cure the breach.  You agree that if you are in default under this agreement, you may not use those programs and/or services ordered.  You further agree that if you have used an Oracle Financing Division contract to pay for the fees due under an

OLSA_V063011_US (Customized)

order and you are in default under that contract, you may not use the programs and/or services that are subject to such contract. Provisions that survive termination or expiration are those relating to limitation of liability, infringement indemnity, payment, and others which by their nature are intended to survive.

**J.    Fees and Taxes**

All fees payable to Oracle are due within 30 days from the invoice date.    Fees for services listed in an ordering document are exclusive of taxes and expenses.  Fees for services listed in an ordering document are exclusive of taxes.  Reimbursement of expenses related to providing services, if any, will be addressed in the relevant ordering document and/or exhibit thereunder. You agree that you have not relied on the future availability of any programs or updates in entering into the payment obligations in your ordering document; however, (a) if you order SULS for programs, the preceding sentence does not relieve Oracle of its obligation to provide updates under your ordering document, if-and-when available, in accordance with Oracle's then current technical support policies, and (b) the preceding sentence does not change the rights granted to you for any program licensed under your ordering document, per the terms of your ordering document and this agreement.

**K.    Nondisclosure**

By virtue of this agreement, the parties may have access to information that is confidential to one another ("confidential information").  We each agree to disclose only information that is required for the performance of obligations under this agreement. Confidential information shall be limited to the terms and pricing under this agreement and all information clearly identified as confidential at the time of disclosure.

A party's confidential information shall not include information that: (a) is or becomes a part of the public domain through no act or omission of the other party; (b) was in the other party's lawful possession prior to the disclosure and had not been obtained by the other party either directly or indirectly from the disclosing party; (c) is lawfully disclosed to the other party by a third party without restriction on the disclosure;  or (d) is independently developed by the other party.

We each agree to hold each other's confidential information in confidence for a period of three years from the date of disclosure. Oracle acknowledges that you are a public institution that is subject to the Oregon Public Records Law, Oregon Revised Statutes (ORS) 192.410 to 192.505 (the "Act") and that information concerning this agreement and any order hereunder may be subject to public disclosure pursuant to the Act.  You agree to provide Oracle reasonable notice prior to disclosing any confidential information in response to a valid request made pursuant to the Act to allow Oracle to seek injunctive relief or other such relief as may be appropriate.  Also, we each agree to disclose confidential information only to those employees or agents who are required to protect it against unauthorized disclosure.   Nothing shall prevent either party from disclosing the terms or pricing under this agreement or orders submitted under this agreement in any legal proceeding arising from or in connection with this agreement or disclosing the confidential information to a federal or state governmental entity as required by law.

**L.    Entire Agreement**

You agree that this agreement and the information which is incorporated into this agreement by written reference (including reference to information contained in a URL or referenced policy), together with the applicable ordering document(s), Exhibits 1, 2, 3 and 4, all of which are attached hereto, are the complete agreement for the programs and/or services ordered by you, and that this agreement supersedes all prior or contemporaneous agreements or representations, written or oral, regarding such programs and/or services.  If any term of this agreement is found to be invalid or unenforceable, the remaining provisions will remain effective and such term shall be replaced with a term consistent with the purpose and intent of this agreement.  It is expressly agreed that the terms of this agreement and any Oracle ordering document shall supersede the terms in any purchase order or other non-Oracle document and no terms included in any such purchase order or other non-Oracle document shall apply to the programs and/or services ordered.  This agreement and ordering documents may not be modified and the rights and restrictions may not be altered or waived except in a writing signed or accepted online through the Oracle Store by authorized representatives of you and of Oracle.  Any notice required under this agreement shall be provided to the other party in writing.

**M.    Limitation of Liability**

**NEITHER PARTY SHALL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES, OR ANY LOSS OF PROFITS, REVENUE, DATA, OR DATA USE.  ORACLE'S MAXIMUM LIABILITY FOR ANY DAMAGES ARISING OUT OF OR RELATED TO THIS AGREEMENT OR YOUR ORDER, WHETHER IN CONTRACT OR TORT, OR OTHERWISE, SHALL BE LIMITED TO THE AMOUNT OF THE FEES YOU PAID ORACLE UNDER THIS AGREEMENT, AND IF SUCH DAMAGES RESULT FROM YOUR USE OF PROGRAMS OR SERVICES, SUCH LIABILITY SHALL BE LIMITED TO THE FEES YOU PAID ORACLE FOR THE DEFICIENT PROGRAM OR SERVICES GIVING RISE TO THE LIABILITY.**

Notwithstanding the foregoing, each party will be responsible for damages of any kind included in a final judgment or settlement in favor of a third party with respect to such party's indemnification obligations under Section G (Indemnification) above regardless of whether any such damages may be classified as direct, indirect or otherwise.

**N.    Export**

Export laws and regulations of the United States and any other relevant local export laws and regulations apply to the programs. You agree that such export control laws govern your use of the programs (including technical data) and any services deliverables provided under this agreement, and you agree to comply with all such export laws and regulations (including "deemed export" and "deemed re-export" regulations).  You agree that no data, information, program and/or materials resulting from services (or direct product thereof) will be exported, directly or indirectly, in violation of these laws, or will be used for any purpose prohibited by these laws including, without limitation, nuclear, chemical, or biological weapons proliferation, or development of missile technology.

**O.    Other**

1.  This agreement is governed by the substantive and procedural laws of Oregon and you and Oracle agree to submit to the exclusive jurisdiction of, and venue in, if in state Courts, in the Circuit Court of the State of Oregon for Marion County or, if in federal courts, the United States District Court for the District of Oregon, in any dispute arising out of or relating to this agreement.

2.  If you have a dispute with Oracle or if you wish to provide a notice under the Indemnification section of this agreement, or if you become subject to insolvency or other similar legal proceedings, you will promptly send written notice to:  Oracle America, Inc., 500 Oracle Parkway, Redwood City, California, United States, 94065, Attention: General Counsel, Legal Department.

3.  You may not assign this agreement or give or transfer the programs and/or any services or an interest in them to another individual or entity.  If you grant a security interest in the programs and/or any services deliverables, the secured party has no right to use or transfer the programs and/or any services deliverables, and if you decide to finance your acquisition of the programs and/or any services, you will follow Oracle's policies regarding financing which are at http://oracle.com/contracts..

4.  Except for actions for nonpayment or breach of Oracle's proprietary rights, no action, regardless of form, arising out of or relating to this agreement may be brought by either party more than two years after the cause of action has accrued.

5.  Upon 45 days written notice, Oracle may audit your use of the programs.  You agree to cooperate with Oracle's audit and provide reasonable assistance and access to information.  Any such audit shall not unreasonably interfere with your normal business operations.  You agree to pay within 30 days of written notification any fees applicable to your use of the programs in excess of your license rights.  If you do not pay, Oracle can end your technical support, licenses and/or this agreement.  You agree that Oracle shall not be responsible for any of your costs incurred in cooperating with the audit.  If you in good faith provide Oracle with written notice of an alleged error in the amount of underpaid fees due as a result of an audit under this section (the "dispute"), then the parties will endeavor to resolve the dispute in accordance with this paragraph as soon as possible, and in any event within 30 days after you provide written notification to Oracle.  Each party will appoint an Executive to discuss the dispute and no formal proceedings for the judicial resolution of such dispute, except for the seeking of equitable relief, may begin until either Executive concludes, after a good faith effort to resolve the dispute, that resolution through continued discussion is unlikely.  In addition, the parties shall refrain from exercising any termination right, while they endeavor to resolve the dispute under this paragraph.

6.  The Uniform Computer Information Transactions Act does not apply to this agreement or orders placed under it. You understand that Oracle's business partners, including any third party firms retained by you to provide computer consulting services, are independent of Oracle and are not Oracle's agents.  Oracle is not liable for nor bound by any acts of any such business partner, unless the business partner is providing services as an Oracle subcontractor on an engagement ordered under this agreement.

7.  Termination for Lack of Funding. Nothing in this agreement may be construed to permit any violation of Article XI, Section 7 of the Oregon Constitution or any other law regulating liabilities or monetary obligations of the State of Oregon.  Your payment for services performed or license fees due after the last day of the current biennium is contingent upon you receiving funding, appropriations, limitations, allotments or other expenditure authority from the Oregon Legislative Assembly (including its Emergency Board) sufficient to allow you, in the exercise of its reasonable administrative discretion, to continue to compensate Oracle.  You may immediately terminate this agreement upon written notice if you fails to receive funding, appropriations, limitations, allotments, or other expenditure authority as contemplated by your budget or spending plan and you determine, in its assessment and ranking of the policy objectives explicit or implicit in its budget or spending plan, that it is necessary to terminate this agreement. Notwithstanding anything in the foregoing to the contrary, you acknowledge and agree that your issuance of a purchase order in connection with this agreement is your representation to Oracle that funds for such order are fully appropriated and available.

8.  Records Maintenance; Access. Oracle shall maintain and make available upon reasonable advance notice, the books and records pertaining directly to the performance of this agreement and the payments made by you under an ordering document for a period of six (6) years from the date of the completion or termination of the applicable ordering document, or until the conclusion of any audit, controversy, or litigation arising out of or related to this agreement, whichever date is later (the "audit period"). Oracle agrees that, upon reasonable written notice to Oracle, the Oregon Secretary of State's Office, and the federal government, and their duly authorized representatives shall have timely access to and the right to examine such books and records during the six (6) year post-performance period, provided such audit does not unreasonably interfere with Oracle's normal business operations. Nothing herein shall require Oracle to maintain books and records in any manner other than what they normally maintains in their respective course of business.

9.  Independent Contractor. Oracle shall act at all times as an independent contractor and not as an agent or employee of you. Oracle has no right or authority to incur or create any obligation for or legally bind you in any way. Although the ordering documents may allow you the right to evaluate the quality of Oracle's completed performance, you cannot and will not control the means or manner by which Oracle performs its obligations under this agreement, except to the extent the means and manner in which these obligations are to be performed is specifically set forth in this agreement or the relevant order. Oracle shall determine the appropriate means and manner of performing its obligations. Oracle is not an "officer," "employee" or "agent" of you or any other agency, office, or department of the State of Oregon, as those terms are used in ORS 30.265, and Oracle shall not make representations to third parties to the contrary. No party shall make any statements, representations, or commitments of any kind or to take any action binding on the other except as provided for in this agreement or authorized in writing by the party to be bound.

10. Incorporation of Oregon Statutes. ORS 279B.220, 279B.230 and 279B.235 are incorporated into this Agreement by reference.

11. Tax Compliance Certificate.   By executing this rider, the undersigned certifies under penalty of perjury that he or she is authorized to act on behalf of Oracle, and that, to the best of the undersigned's knowledge, Oracle is not in violation of any Oregon Tax Laws. For purposes of this certification, "Oregon Tax Laws" means a state tax imposed by ORS 401.792 to 401.816 (Tax For Emergency Communications), chapters 118 (Inheritance Tax), 314 (Income Tax), 316 (Personal Income Tax), 317 (Corporation Excise Tax), 318 (Corporation Income Tax), and 323 (Cigarettes And Tobacco Products Tax), and the elderly rental assistance program under ORS 310.630 to 310.706; and any local taxes administered by the Department of Revenue under ORS 305.620.

12. Compliance with Laws. Oracle shall comply with all applicable laws to the extent that such laws by their terms, are expressly applicable to Oracle's delivery of programs and services under this agreement and impose obligations upon Oracle in its role as an information technology services provider with respect to the programs and  services provided under this agreement.

13. Exhibits 1 and 2.  Oracle shall comply with the provisions set forth in Exhibit 1 to this agreement.  Oracle shall provide insurance as required by Exhibit 2.

**P.      Force Majeure**
Neither of us shall be responsible for failure or delay of performance if caused by: an act of war, hostility, or sabotage; act of God; electrical, internet, or telecommunication outage that is not caused by the obligated party; government restrictions (including the denial or cancellation of any export or other license); other event outside the reasonable control of the obligated party.  We both will use reasonable efforts to mitigate the effect of a force majeure event.  If such event continues for more than 90 days, either of us may cancel unperformed services upon written notice.  This section does not excuse either party's obligation to take reasonable steps to follow its normal disaster recovery procedures or your obligation to pay for programs delivered or services provided.

**Q.      License Definitions and Rules**
To fully understand your license grant, you need to review the definition for the licensing metric and term designation as well as the licensing rules which are incorporated in and made a part of this agreement.

**License Definitions and Rules**

**<u>Definitions and License Metrics</u>**

**Adapter:**  is defined as each software code interface, installed on each Oracle Internet Application Server Enterprise Edition, which facilitates communication of information between each version of a third party software application or system and Oracle programs.

**$M Annual Transaction Volume:**  is defined as one million U.S. Dollars in all purchase orders transacted and all auctions conducted through the Oracle Exchange Marketplace by you and others during the applicable year of the Oracle Exchange

Marketplace license, regardless of whether any such auction results in a purchase order, provided that an auction resulting in a purchase order shall only be counted against the Annual Transaction Volume once.

**Applications National Language Support (NLS) Supplement Media Packs:**  Please be advised that only a subset of the products included on an Applications NLS Supplement Media Pack have been translated.  For existing supported customers, My Oracle Support has information on which products have been translated for the supported languages (https://support.oracle.com). For new or unsupported customers, please contact your Oracle Account Manager for this information.

**$M in Application Annual Revenue**:  is defined as one million U.S. Dollars excluding taxes processed through the licensed program.  For Oracle Self-Service E-Billing products, the Annual Revenue is equivalent to the total invoiced amount for all company accounts that have at least one enrolled user per billing period.

**Application User:**  is defined as an individual authorized by you to use the applicable licensed application programs which are installed on a single server or on multiple servers regardless of whether the individual is actively using the programs at any given time.  If you license the Oracle Self Service Work Request option in conjunction with Oracle Enterprise Asset Management, you are required to maintain licenses for the equivalent number of Application Users licensed and you are granted unlimited access to initiate work requests, view work request status and view scheduled completion dates for your entire employee population.  Application Users licensed for Oracle Order Management are allowed to manually enter orders directly into the programs but any orders entered electronically from other sources must be licensed separately.  For Oracle Sourcing, Oracle Fusion Sourcing, Oracle iSupplier Portal, Oracle Fusion Supplier Portal, Oracle Services Procurement, PeopleSoft eSupplier Connection, PeopleSoft Strategic Sourcing and JD Edwards Supplier Self Service programs, use by your external suppliers is included with your application user licenses.

**Application Read-Only User:**  is defined as an individual authorized by you to run only queries or reports against the application program for which you have also acquired non read-only licenses, regardless of whether the individual is actively using the programs at any given time.

**Brand:**  is defined as a named product offering that corresponds to a specific molecular entity, including multiple dosage forms and multiple strengths for the same molecular entity.

**Case Report Form (CRF) Page:**  is defined as the "electronic equivalent" of what would be the total number of physical paper pages initiated remotely by the program (measured explicitly in the program as Received Data Collection Instruments) during a 12 month period.  You may not exceed the licensed number of CRF Pages during any 12 month period unless you acquire additional CRF Page licenses from Oracle.

**Chassis:** is defined as a physical enclosure containing hardware.  For the purposes of the following programs:  Oracle Fabric Manager and Oracle Fabric Monitor, only the chassis (a) that contain networking hardware and (b) that are managed by the program must be counted for the purpose of determining the number of licenses required.

**Collaboration Program User:**  is defined as an individual authorized by you to use the programs which are installed on a single server or on multiple servers regardless of whether the individual is actively using the programs at any given time.  For the purposes of counting and licensing the number of Beehive Synchronous Collaboration users, a Collaboration Program User within your company is defined as a user able to initiate, or host, a web conference and also participate in a web conference; all participants in the web conference external to your company and attending a web conference are not required to be licensed.

**Compensated Individual:**  is defined as an individual whose compensation or compensation calculations are generated by the programs.  The term Compensated Individual includes, but is not limited to, your employees, contractors, retirees, and any other Person.

**Computer:**  is defined as the computer on which the programs are installed.  A Computer license allows you to use the licensed program on a single specified computer.  For the purposes of Computer licenses for the Oracle Health Science Integration Engine program, a communication point is an interface to an input system (e.g., a clinical laboratory system in a hospital or healthcare setting) or to an output system (e.g., a healthcare data repository).

**Concurrent User:**  is defined as each individual that may concurrently use or access the programs. Concurrent Users shall be only customers or prospective customers of yours, and shall not be business partners, or employees of yours.

**Connected Instance:**  is defined as the configuration between Oracle Policy Automation Connector for Oracle CRM On Demand and the Oracle CRM On Demand instance's web service endpoint.  For each Oracle CRM On Demand instance so configured, an additional Connected Instance is required.

EXHIBIT C
PAGE 35 OF 189

**Connector:** is defined as each connector connecting the software product with an external product. A unique connector is required for each distinct product that the software product is required to interface.

**$M Cost of Goods Sold:** is defined as one million U.S. Dollars in the total cost of inventory that a company has sold during their fiscal year. If Cost of Goods Sold is unknown to you then Cost of Goods Sold shall be equal to 75% of total company revenue.

**CPU**: is defined as a chip that contains a collection of one or more cores on which the program is running. Regardless of the number of cores, each chip counts as 1 CPU. For the purposes of the following program: Oracle Utilities Customer Care and Billing Application Workbench, you may copy, install and use such program running on a CPU solely for development purposes.

**Custom Suite User:** is defined as an individual authorized by you to use the application programs included in the applicable Custom Applications Suite which are installed on a single server or on multiple servers regardless of whether the individual is actively using the programs at any given time.

**Customer:** is defined as the customer entity specified on your order. The programs may not be used or accessed for the business operations of any third party, including but not limited to your customers, partners, or your affiliates. There is no limitation on the number of computers on which such programs may be copied, installed and used.

**Customer Account:** is defined as each unique Customer Account, designated by a unique account number, for which the billing information is managed or displayed using the program, regardless of the number of individual account holders associated with such accounts.

**Oracle Customer Data & Device Retention Service:** is defined as a service for which the description may be found in the Technical Support Policies section (Oracle Hardware and Systems Support Policies) at www.oracle.com/contracts and which is incorporated by reference.

**Customer Record:** is defined as each unique Customer Record (including contact records, prospect records and records in external data sources) that you may access using the program.

**Developer User / Developer/ Developer Seat:** is defined as an individual authorized by you to use the programs which are installed on a single server or multiple servers, regardless of whether the individual is actively using the programs at any given time. With respect to Developer Users only, such users may create, modify, view and interact with the programs and documentation.

**Disk Drive**: is defined as a spinning media device that stores data accessed by the Oracle Exadata Storage Server Software program.

**Electronic Order Line:** is defined as the total number of distinct order lines entered electronically into the Oracle program from any source (not manually entered by licensed users) during a 12 month period. This includes order lines originating as external EDI/XML transactions and/or sourced from other Oracle and non-Oracle applications. You may not exceed the licensed number of order lines during any 12 month period.

**Employee:** is defined as (i) all of your full-time, part-time, temporary employees, and (ii) all of your agents, contractors and consultants who have access to, use, or are tracked by the programs. The quantity of the licenses required is determined by the number of Employees and not the actual number of users. In addition, if you elect to outsource any business function(s) to another company, the following must be counted for purposes of determining the number of Employees: all of the company's full-time employees, part-time employees, temporary employees, agents, contractors and consultants that (i) are providing the outsourcing services and (ii) have access to, use, or are tracked by the programs.

**Employee for HCM:** is defined as (i) all of your full-time, part-time, temporary employees, and (ii) all of your agents, contractors and consultants who have access to, use, or are tracked by the programs. The quantity of the licenses required is determined by the number of Employees for HCM and not the actual number of users. In addition, if you elect to outsource any business function(s) to another company, the following must be counted for purposes of determining the number of Employees for HCM: all of the company's full-time employees, part-time employees, temporary employees, agents, contractors and consultants that (i) are providing the outsourcing services and (ii) have access to, use, or are tracked by the programs. Employees for HCM may only use the licensed programs with Oracle application programs that contain "Oracle Fusion Human Capital Management" as a prefix in the program name.

**Employee User:** is defined as an individual authorized by you to use the programs which are installed on a single server or

OLSA_V063011_US (Customized)

multiple servers, regardless of whether or not the individual is actively using the programs at any given time.

**Enterprise Employee:** is defined as (i) all of your full-time, part-time, temporary employees, and (ii) all of your agents, contractors and consultants who have access to, use, or are tracked by the programs. The quantity of the licenses required is determined by the number of Enterprise Employees and not the actual number of users. In addition, if you elect to outsource any business function(s) to another company, the following must be counted for purposes of determining the number of Enterprise Employees: all of the company's full-time employees, part-time employees, temporary employees, agents, contractors and consultants that (i) are providing the outsourcing services and (ii) have access to, use, or are tracked by the programs. The value of these program licenses is determined by the number of Enterprise Employees. For these program licenses, the licensed quantity purchased must, at a minimum be equal to the number of Enterprise Employees as of the effective date of your order. If at any time the number of Enterprise Employees exceeds the licensed quantity, you are required to order additional licenses (and technical support for such additional licenses) such that the number of Enterprise Employees is equal to or less than the number of licensed quantity. You are not entitled to any refund, credit or other consideration of any kind if there is a reduction in the number of Enterprise Employees. In addition, each year 90 days before the anniversary date of your order, you are required to report to Oracle the number of Enterprise Employees as of such date.

**Enterprise Full Time Equivalent (FTE) Student:** is defined as any full-time student enrolled in your institution and any part-time student enrolled in your institution counts as 25% of an FTE Student. The definition of "full-time" and "part-time" is based on your policies for student classification. If the number of FTE Students is a fraction, that number will be rounded to the nearest whole number for purposes of license quantity requirements. The value of these program licenses is determined by the number of Enterprise FTE Students. For these program licenses, the licensed quantity purchased must, at a minimum, be equal to the number of Enterprise FTE Students as of the effective date of your order. If at any time the number of Enterprise FTE Students exceeds the licensed quantity, you are required to order additional licenses (and technical support for such additional licenses) such that the number of Enterprise FTE Students is equal to or less than the licensed quantity. You are not entitled to any refund, credit or other consideration of any kind if there is a reduction in the number of Enterprise FTE Students. In addition, each year 90 days before the anniversary date of your order, you are required to report to Oracle the number of Enterprise FTE Students as of such date.

**Enterprise Trainee:** is defined as an employee, contractor, student or other person who is being recorded by the program. The value of these program licenses is determined by the number of Enterprise Trainees. For these program licenses, the licensed quantity purchased must, at a minimum, be equal to the number of Enterprise Trainees as of the effective date of your order. If at any time the number of Enterprise Trainees exceeds the licensed quantity, you are required to order additional licenses (and technical support for such additional licenses) such that the number of Enterprise Trainees is equal to or less than the licensed quantity. You are not entitled to any refund, credit or other consideration of any kind if there is a reduction in the number of Enterprise Trainees. In addition, each year 90 days before the anniversary date of your order, you are required to report to Oracle the number of Enterprise Trainees as of such date.

**Enterprise $M in Cost of Goods Sold:** Enterprise $M Cost of Goods Sold is defined as one million U.S. Dollars in the total cost of inventory that a company has sold during their fiscal year. If Cost of Goods Sold is unknown to you then Cost of Goods Sold shall be equal to 75% of total company revenue. The value of these program licenses is determined by the amount of Enterprise $M Cost of Goods Sold. For these program licenses, the licensed quantity purchased must, at a minimum be equal to the amount of Enterprise $M Cost of Goods Sold as of the effective date of your order. If at any time the amount of Enterprise $M Cost of Goods Sold exceeds the licensed quantity, you are required to order additional licenses (and technical support for such additional licenses) such that the amount of Enterprise $M Cost of Goods Sold is equal to or less than the number of licensed quantity. You are not entitled to any refund, credit or other consideration of any kind if there is a reduction in the amount of Enterprise $M Cost of Goods Sold. In addition, each year 90 days before the anniversary date of your order, you are required to report to Oracle the number of Enterprise $M Cost of Goods Sold as of such date.

**Enterprise $M in Freight Under Management:** $M Freight Under Management is defined as one million U.S. Dollars of the total transportation value of tendered orders for all shipments for a given calendar year during the term of the license. FUM shall include the combined total of actual freight purchased by you, plus the cost of freight for shipments managed by you (e.g., you are not purchasing transportation services on behalf of your clients but are providing transportation management services for your clients). Freight that is paid by a third party shall also be included in the FUM total (e.g., inbound shipments from suppliers to you with freight terms of prepaid). The value of these program licenses is determined by the amount of Enterprise $M Freight Under Management. For these program licenses, the licensed quantity purchased must, at a minimum be equal to the amount of Enterprise $M Freight Under Management as of the effective date of your order. If at any time the amount of Enterprise $M Freight Under Management exceeds the licensed quantity, you are required to order additional licenses (and technical support for such additional licenses) such that the amount of Enterprise $M Freight Under Management is equal to or less than the number of licensed quantity. You are not entitled to any refund, credit or other consideration of any kind if there is a reduction in the amount of Enterprise $M Freight Under Management. In addition, each year 90 days before the anniversary date of your order, you are required to report to Oracle the number of Enterprise $M Freight Under Management as of such date.

EXHIBIT C
PAGE 37 OF 189

**Enterprise $M in Operating Budget:** is defined as one million U.S. Dollars of your gross budget reflected in an audited statement from your external accounting firm. The value of these program licenses is determined by the amount of Enterprise $M in Operating Budget. For these program licenses, the licensed quantity purchased must, at a minimum be equal to the amount of Enterprise $M in Operating Budget as of the effective date of your order. If at any time the amount of Enterprise $M in Operating Budget exceeds the licensed quantity, you are required to order additional licenses (and technical support for such additional licenses) such that the amount of Enterprise $M in Operating Budget is equal to or less than the number of licensed quantity. You are not entitled to any refund, credit or other consideration of any kind if there is a reduction in the amount of Enterprise $M in Operating Budget. In addition, each year 90 days before the anniversary date of your order, you are required to report to Oracle the number of Enterprise $M in Operating Budget as of such date.

**Enterprise $M in Revenue:** Enterprise $M in Revenue is defined as one million U.S. Dollars in all income (interest income and non interest income) before adjustments for expenses and taxes generated by you during a fiscal year. The value of these program licenses is determined by the amount of Enterprise $M in Revenue. For these program licenses, the licensed quantity purchased must, at a minimum be equal to the amount of Enterprise $M in Revenue as of the effective date of your order. If at any time the amount of Enterprise $M in Revenue exceeds the licensed quantity, you are required to order additional licenses (and technical support for such additional licenses) such that the amount of Enterprise $M in Revenue is equal to or less than the number of licensed quantity. You are not entitled to any refund, credit or other consideration of any kind if there is a reduction in the amount of Enterprise $M in Revenue. In addition, each year 90 days before the anniversary date of your order, you are required to report to Oracle the number of Enterprise $M in Revenue as of such date.

**Expense Report:** is defined as the total number of expense reports processed by Internet Expenses during a 12 month period. You may not exceed the licensed number of expense reports during any 12 month period.

**Faculty User:** is defined as an active teaching member of the faculty for an accredited academic institution; such user may only use the programs for academic and non-commercial use.

**Field Technician:** is defined as an engineer, technician, representative, or other person who is dispatched by you, including the dispatchers, to the field using the programs.

**$M Freight Under Management:** is defined as one million U.S. Dollars of the total transportation value of tendered orders for all shipments for a given calendar year during the term of the license. FUM shall include the combined total of actual freight purchased by you, plus the cost of freight for shipments managed by you (e.g., you are not purchasing transportation services on behalf of your clients but are providing transportation management services for your clients). Freight that is paid by a third party shall also be included in the FUM total (e.g., inbound shipments from suppliers to you with freight terms of prepaid).

**Full Time Equivalent (FTE) Student:** is defined as any full-time student enrolled in your institution and any part-time student enrolled in your institution counts as 25% of an FTE Student. The definition of "full-time" and "part-time" is based on your policies for student classification. If the number of FTE Students is a fraction, that number will be rounded to the nearest whole number for purposes of license quantity requirements.

**Guest Room:** is defined as the number of guest rooms managed by the program.

**Hosted Named User:** is defined as an individual authorized by you to access the hosted service, regardless of whether the individual is actively accessing the hosted service at any given time.

**Installation Services, Start-Up Packs and Configuration/Upgrade Services:** is defined as a service(s) for which the description may be found in the Advanced Customer Support Services section at www.oracle.com/contracts and which is incorporated by reference.

**1K Invoice Line:** is defined as one thousand invoice line items processed by the program during a 12 month period. You may not exceed the licensed number of Invoice Lines during any 12 month period unless you acquire additional Invoice Line licenses from Oracle.

**IVR Port:** is defined as a single caller that can be processed via the Interactive Voice Response (IVR) system. You must purchase licenses for the number of IVR Ports that represent the maximum number of concurrent callers that can be processed by the IVR system.

**Learning Credits:** may be used to acquire education products and services offered in the Oracle University online catalogue posted at http://www.oracle.com/education under the terms specified therein. Learning credits may only be used to acquire

products and services at the list price in effect at the time you order the relevant product or service, and may not be used for any product or service that is subject to a discount or a promotion when you order the relevant product or service. The list price will be reduced by applying the discount specified to you by Oracle. Notwithstanding anything to the contrary in the previous three sentences, learning credits may also be used to pay taxes, materials and/or expenses related to your order; however, the discount specified above will not be applied to such taxes, materials and/or expenses. Learning credits are valid for a period of 12 months from the date your order is accepted by Oracle, and you must acquire products and must use any acquired services prior to the end of such period. You may only use learning credits in the country in which you acquired them, may not use them as a payment method for additional learning credits, and may not use different learning credits accounts to acquire a single product or service or to pay related taxes, materials and/or expenses. Learning credits are non-transferable and non-assignable. You may be required to execute standard Oracle ordering materials when using learning credits to order products or services.

**$M in Managed Assets:** is defined as one million U.S. Dollars of the following total: (1) Book value of investment in capital leases, direct financing leases and other finance leases, including residuals, whether owned or managed for others, active on the program, plus (2) Book value of assets on operating leases, whether owned or managed for others, active on the program, plus (3) Book value of loans, notes, conditional sales contracts and other receivables, owned or managed for others, active on the program, plus (4) Book value of non earning assets, owned or managed for others, which were previously leased and active on the program, including assets from term terminated leases and repossessed assets, plus (5) Original cost of assets underlying leases and loans, originated and active on the program, then sold within the previous 12 months.

**Managed Resource:** is defined as an individual authorized by you to use the programs which are installed on a single server or on multiple servers, regardless of whether the individual is actively using the programs at any given time. In addition, your employees, contractors, partners and any other individual or entity managed by the programs shall be counted for the purposes of determining the number of Managed Resource licenses required.

**Member Record:** is defined as each unique customer loyalty program Member Record managed by the program. 100K Member Records shall mean one hundred thousand Member Records.

**Module:** is defined as each production database running the programs.

**Monitored User:** is defined as an individual who is monitored by an Analytics program which is installed on a single server or multiple servers, regardless of whether the individual is actively being monitored at any given time. Individual users who are licensed for an Analytics program by either Named User Plus or Application User may not be licensed by Monitored User. For the purposes of the Usage Accelerator Analytics program, every user of your licensed CRM Sales application program must be licensed. For the purposes of the Human Resources Compensation Analytics program, all of your employees must be licensed.

For the purpose of the following Oracle Governance, Risk, and Compliance applications: Application Access Controls Governor, Application Access Controls for E-Business Suite, Configuration Controls Governor, Configuration Controls for E-Business Suite, Transaction Controls Governor, Preventive Controls Governor, and Governance, Risk, and Compliance Controls Suite, the number of Monitored Users is equal to the total number of unique E-Business Suite users (individuals) being monitored by the program(s), as created/defined in the User Administration function of E-Business Suite. Users of iProcurement and/or Self-Service Human Resources are excluded.

For the purpose of the following PeopleSoft Enterprise Governance, Risk, and Compliance applications: Application Access Controls Governor, Application Access Controls for PeopleSoft Enterprise, Configuration Controls Governor, and Configuration Controls for PeopleSoft Enterprise, the number of Monitored Users is equal to the total number of unique PeopleSoft Enterprise (or any other custom applications / programs) users (individuals) that the program monitors.

**MySQL Cluster Carrier Grade Edition Annual Subscription, MySQL Enterprise Edition Annual Subscription and MySQL Standard Edition Annual Subscription:** are defined as the right to use the specified program(s) in accordance with the applicable license metric and to receive Oracle Software Update License & Support for the specified program(s) and for MySQL Community Edition for the term specified on the order. MySQL Community Edition refers to MySQL that is licensed under the GPL license. Software Update License & Support for MySQL Community Edition does not include updates of any kind. The subscription term is effective upon the effective date of the subscription ordering document, unless otherwise stated in your ordering document. If your order was placed through the Oracle Store, then the effective date is the date your order was accepted by Oracle. Oracle Software Update License & Support services are provided under the applicable technical support policies in effect at the time the services are provided. You must obtain a subscription license for all servers where MySQL Cluster Carrier Grade Edition, MySQL Enterprise Edition and/or MySQL Standard Edition are deployed. If you obtain Oracle Software Update License & Support services for any servers where MySQL Community Edition is deployed, then you must also purchase a subscription license for all of such servers for which you have obtained Oracle Software Update License & Support services. You may obtain Oracle Software Update License & Support services for the MySQL Community Edition subscription licenses at any

EXHIBIT C

level (e.g., at the MySQL Cluster Carrier Grade Edition level, at the MySQL Enterprise Edition level and/or at the MySQL Standard Edition level). At the end of the specified term, you may renew your subscription, if available, at the then current fees for the applicable subscription. If you choose not to renew your subscription, your right to use the program(s) will terminate and you must de-install all applications, tools, and binaries provided to you under the applicable non-Community Edition license (e.g., the license for MySQL Cluster Carrier Grade Edition, MySQL Enterprise Edition and/or MySQL Standard Edition). If you do not renew a subscription, you will not receive any updates (including patches or subsequent versions) and you may also be subject to reinstatement fees if you later choose to reactivate your subscription.

**Named User Plus / Named User:** is defined as an individual authorized by you to use the programs which are installed on a single server or multiple servers, regardless of whether the individual is actively using the programs at any given time. All of the remaining provisions of this definition apply only with respect to Named User Plus licenses, and not to Named User licenses. A non human operated device will be counted as a named user plus in addition to all individuals authorized to use the programs, if such devices can access the programs. If multiplexing hardware or software (e.g., a TP monitor or a web server product) is used, this number must be measured at the multiplexing front end. Automated batching of data from computer to computer is permitted. You are responsible for ensuring that the named user plus per processor minimums are maintained for the programs contained in the user minimum table in the licensing rules section; the minimums table provides for the minimum number of named users plus required and all actual users must be licensed.

For the purposes of the following programs: Configuration Management Pack for Applications, System Monitoring Plug-in for Non Oracle Databases, System Monitoring Plug-in for Non Oracle Middleware, Management Pack for Non-Oracle Middleware, Management Pack for WebCenter Suite, Data Masking Pack for Non-Oracle Databases and Test Data Management Pack for Non-Oracle Databases, only the users of the program that is being managed/monitored are counted for the purpose of determining the number of Named User Plus licenses required.

With respect to the following programs: Load Testing, Load Testing Developer Edition, Load Testing Accelerator for Web Services, Load Testing Accelerator for Oracle Database and Load Testing Suite for Oracle Applications, each emulated human user and non human operated device shall be considered as a virtual user and shall be counted for the purpose of determining the number of Named User Plus licenses required.

For the purposes of the following programs: Application Management Suite for Oracle E-Business Suite, Application Management Suite for PeopleSoft, Application Management Suite for Siebel, Application Management Suite for JD Edwards EnterpriseOne, Real User Experience Insight and Application Replay Pack, all users of the respective managed application program must be counted for the purpose of determining the number of licenses required.

For the purposes of the following program: Oracle GoldenGate, only (a) the users of the Oracle database from which you capture data and (b) the users of the Oracle database where you will apply the data must be counted for the purpose of determining the number of licenses required.

For the purposes of the following programs: Oracle GoldenGate for Mainframe and Oracle GoldenGate for Teradata Replication Services, only (a) the users of the database from which you capture data and (b) the users of the database where you will apply the data must be counted for the purpose of determining the number of licenses required.

For the purposes of the following program: Oracle GoldenGate for Non Oracle Database only (a) the users of the Non Oracle database from which you capture data and (b) the users of the Non Oracle database where you will apply the data must be counted for the purpose of determining the number of licenses required.

For the purposes of the following programs: Data Integrator Enterprise Edition and Data Integrator Enterprise Edition for Oracle Applications, only the users that are running or accessing the data transformation processes must be counted for determining the number of licenses required.

**Network Device:** is defined as the hardware and/or software whose primary purpose is to route and control communications between computers or computer networks. Examples of network devices include but are not limited to, routers, firewalls and network load balancers.

**Non Employee User - External:** is defined as an individual, who is not your employee, contractor or outsourcer, authorized by you to use the programs which are installed on a single server or multiple servers, regardless of whether or not the individual is actively using the programs at any given time.

**Oracle Financing Contract:** is a contract between you and Oracle (or one of Oracle's affiliates) that provides for payments over time of some or all of the sums due under your order.

EXHIBIT C
PAGE 40 OF 189

**Order Line:**  is defined as the total number of order entry line items processed by the program during a 12 month period. Multiple order entry line items may be entered as part of an individual customer order or quote and may also be automatically generated by the Oracle Configurator. You may not exceed the licensed number of Order Lines during any 12 month period unless you acquire additional Order Line licenses from Oracle.

**Order Management User:**  is defined as an individual authorized by you to use the applicable licensed application programs which are installed on a single server or on multiple servers regardless of whether the individual is actively using the programs at any given time. Order Management Users are allowed to manually enter orders directly into the programs but any orders entered electronically from other sources must be licensed separately.

**Orders:**  is defined as the total number of distinct orders for all programs that are a part of Electronic Orders, entered electronically (not manually entered by licensed professional users) through EDI, XML or other electronic means including purchase orders transmitted from Oracle Purchasing, during a 12 month period. You may not exceed the licensed number of orders during any 12 month period.

**Partner Organization:**  is defined as an external third party business entity that provides value-added services in developing, marketing and selling your products. Depending upon the type of industry, partner organizations play different roles and are recognized by different names such as reseller, distributor, agent, dealer or broker.

**Person:**  is defined as your employee or contractor who is actively working on behalf of your organization or a former employee who has one or more benefit plans managed by the system or continues to be paid through the system. For Project Resource Management, a person is defined as an individual who is scheduled on a project. The total number of licenses needed is to be based on the peak number of part-time and full-time people whose records are recorded in the system.

**Physical Server:**  is defined as each physical server on which the programs are installed.

**Ported Number:**  is defined as the telephone number that end users retain as they change from one service provider to another. This telephone number originally resides on a telephone switch and is moved into the responsibility of another telephone switch.

**Processor:**  shall be defined as all processors where the Oracle programs are installed and/or running. Programs licensed on a processor basis may be accessed by your internal users (including agents and contractors) and by your third party users. The number of required licenses shall be determined by multiplying the total number of cores of the processor by a core processor licensing factor specified on the Oracle Processor Core Factor Table which can be accessed at http://oracle.com/contracts. All cores on all multicore chips for each licensed program are to be aggregated before multiplying by the appropriate core processor licensing factor and all fractions of a number are to be rounded up to the next whole number. When licensing Oracle programs with Standard Edition One or Standard Edition in the product name (with the exception of Java SE Support, Java SE Advanced, and Java SE Suite), a processor is counted equivalent to an occupied socket; however, in the case of multi-chip modules, each chip in the multi-chip module is counted as one occupied socket.

For example, a multicore chip based server with an Oracle Processor Core Factor of 0.25 installed and/or running the program (other than Standard Edition One programs or Standard Edition programs) on 6 cores would require 2 processor licenses (6 multiplied by a core processor licensing factor of .25 equals 1.50, which is then rounded up to the next whole number, which is 2). As another example, a multicore server for a hardware platform not specified in the Oracle Processor Core Factor Table installed and/or running the program on 10 cores would require 10 processor licenses (10 multiplied by a core processor licensing factor of 1.0 for 'All other multicore chips' equals 10).

For the purposes of the following program:  Healthcare Transaction Base, only the processors on which Internet Application Server Enterprise Edition and Healthcare Transaction Base programs are installed and/or running must be counted for the purpose of determining the number of licenses required.

For the purposes of the following programs:  iSupport, iStore and Configurator, only the processors on which Internet Application Server (Standard Edition and/or Enterprise Edition) and the licensed program (e.g., iSupport, iStore and/or Configurator) are running must be counted for the purpose of determining the number of licenses required for the licensed program; under these licenses you may also install and/or run the licensed program on the processors where a licensed Oracle Database (Standard Edition and/or Enterprise Edition) is installed and/or running.

For the purposes of the following programs:  Configuration Management Pack for Applications, System Monitoring Plug-in for Non Oracle Databases, System Monitoring Plug-in for Non Oracle Middleware, Management Pack for Non-Oracle Middleware, Management Pack for WebCenter Suite, Grid Engine, Data Masking Pack for Non-Oracle Databases and Test Data Management

Pack for Non-Oracle Databases, only the processors on which the program that is being managed/monitored are running must be counted for the purpose of determining the number of licenses required.

For the purposes of the following programs:  Application Management Suite for Oracle E-Business Suite, Application Management Suite for PeopleSoft, Application Management Suite for Siebel, Application Management Suite for JD Edwards EnterpriseOne, Application Management Pack for Utilities and Application Management Pack for Taxation and Policy Management, all processors on which the middleware and/or database software that support the respective managed application program are running must be counted for the purpose of determining the number of licenses required.

For the purposes of the following programs:  Application Replay Pack and Real User Experience Insight, all processors on which the middleware software that supports the respective managed application program are running must be counted for the purpose of determining the number of licenses required.

For the purposes of the following programs:  Informatica PowerCenter and PowerConnect Adapters, and Application Adapter for Warehouse Builder for PeopleSoft, Oracle E-Business Suite, Siebel, and SAP, only the processor(s) on which the target database is running must be counted for the purpose of determining the number of licenses required.

For the purposes of the following programs:  Data Integrator Enterprise Edition, Data Integrator Enterprise Edition for Oracle Applications, Data Integrator and Application Adapter for Data Integration and Application Adapters for Data Integration, only the processor(s) where the data transformation processes are executed must be counted for the purpose of determining the number of licenses required.

For the purposes of the following program:  In-Memory Database Cache, only the processors on which the Times Ten In-Memory Database component of the In-Memory Database Cache program is installed and/or running must be counted for the purpose of determining the number of licenses required.

For the purposes of the following program:  Oracle GoldenGate, only (a) the processors running the Oracle database from which you capture data and (b) the processors running the Oracle database where you will apply the data must be counted for the purpose of determining the number of licenses required.

For the purposes of the following programs:  Oracle GoldenGate for Mainframe and Oracle GoldenGate for Teradata Replication Services, only (a) the processors running the database from which you capture data and (b) the processors running the database where you will apply the data must be counted for the purpose of determining the number of licenses required.

For the purposes of the following program:  Oracle GoldenGate for Non Oracle Database, only (a) the processors running the non Oracle database from which you capture data and (b) the processors running the non Oracle database where you will apply the data must be counted for the purpose of determining the number of licenses required.

For the purposes of the following program:  Oracle GoldenGate Application Adapters, only the processors running the source Oracle or non Oracle database(s) from which you capture data must be counted for the purpose of determining the number of licenses required.  For multiple source databases, all processors for all sources must be counted.

For the purposes of the following program:  Audit Vault and Database Firewall, only the processors of the sources which are protected, monitored or audited must be counted for the purpose of determining the number of licenses required.

For the purposes of the following program:  Oracle ATG Web Commerce Search, only the processors on which queries are processed must be counted.  You do not need to count processors on which the program is running for indexing content in configured content sources as long as the foregoing is the only use of the program on all the processors installed in a given server.

**$M in Revenue:**  is defined as one million U.S. Dollars in all income (interest income and non interest income) before adjustments for expenses and taxes generated by you during a fiscal year.

**$M Revenue Under Management:**  is defined as one million U.S. Dollars in all income (interest income and non interest income) before adjustments for expenses and taxes generated by you during a fiscal year for the product lines for which the programs are used.

**Record:**  The Customer Hub B2B is a bundle that includes two components, Siebel Universal Customer Master B2B and Oracle Customer Data Hub.  For the purposes of the Customer Hub B2B application, record is defined as the total number of unique customer database records stored in the Customer Hub B2B application (i.e., stored in a component of Customer Hub B2B).  A customer database record is a unique business entity or company record, which is stored as an account for the Siebel Universal

EXHIBIT C
PAGE 42 OF 189

Customer Master B2B product or as an organization for the Oracle Customer Data Hub product.

The Customer Hub B2C is a bundle that includes two components, Siebel Universal Customer Master B2C and Oracle Customer Data Hub. For the purposes of the Customer Hub B2C application, record is defined as the total number of unique customer database records stored in the Customer Hub B2C application (i.e., stored in a component of Customer Hub B2C). A customer database record is a unique consumer (i.e., physical person) record, which is stored as a contact for the Siebel Universal Customer Master product or as a person for the Oracle Customer Data Hub product.

The Product Hub is a bundle that includes two components, Siebel Universal Product Master and Oracle Product Information Management Data Hub. For the purposes of the Product Hub application, record is defined as the total number of unique product database records stored in the Product Hub application (i.e., stored in a component of Product Hub). A product database record is a unique product component or SKU stored in the MTL_SYSTEM_ITEMS table with an active or inactive status and does not include any instance items (i.e. *-star items) or organization assignments of the same item.

For the purposes of the Case Hub program a record is defined as the total number of unique case database records stored in the Case Hub program. A case database record is a unique request or issue requiring investigation or service stored in S_CASE table with an active or inactive status.

For the purposes of the Site Hub program a record is defined as the total number of unique site database records stored in the RRS_SITES_B table of the Site Hub program. A site database record is a unique site (e.g., an asset, a building, part of a building (such as a store or a franchise within a store, an ATM, etc.)) stored in the Site Hub program.

For the programs listed above, please see the application licensing prerequisites as specified in the Applications Licensing Table which may be accessed at http://oracle.com/contracts for the grant and restrictions of the underlying Oracle technology.

For the purposes of the Hyperion Data Relationship Management program, a record is defined as the unique occurrence of any business object or master data construct that you choose to manage within the program. Records may describe any number of enterprise information assets, commonly referred to as base members, including but not limited to cost centers, ledger accounts, legal entities, organizations, products, vendors, assets, locations, regions or employees. Additionally, a record may also be a summary object, commonly referred to as a rollup member, that either summarizes base members or describes hierarchical information associated with underlying base members. Records represent unique occurrences and they do not include any duplicates or shared references that may be essential for master data management purposes.

For the purposes of the Supplier Lifecycle Management and Supplier Hub programs, a record is defined as a unique business entity or company record stored as Supplier in the AP_SUPPLIERS table of the Supplier Lifecycle Management and Supplier Hub programs.

For the purposes of the Life Sciences Customer Hub program, a record is defined as the number of unique customer database records stored in such program. A customer database record is a unique physician (i.e., physical person) record which is stored as a contact for the Oracle Life Sciences Customer Hub program.

**1000 Records:** is defined as 1000 cleansed records (i.e., rows) that are output from a production data flow of the Data Quality for Data Integrator program.

**Registered User:** is defined as an individual authorized by you to use the programs which are installed on a single server or multiple servers, regardless of whether the individual is actively using the programs at any given time. Registered Users shall be business partners and/or customers and shall not be your employees.

**Retail Register:** is defined as any device designed to record any part of a sales transaction.

**RosettaNet Partner Interface Processes® (PIPs®):** are defined as business processes between trading partners. Preconfigured system-to-system XML-based dialogs for the relevant E-Business Suite Application(s) are provided. Each preconfigured PIP includes a business document with the vocabulary and a business process with the choreography of the message dialog.

**Rule Set:** is defined as a data rules file containing content for a given country in order to perform data quality functions optimized for that country.

**Server:** is defined as the computer on which the programs are installed. A Server license allows you to use the licensed program on a single specified computer.

EXHIBIT C
PAGE 43 OF 189

**Service Order Line:** is defined as the total number of service order entry line items processed by the program during a 12 month period. Multiple service order entry line items may be entered as part of an individual customer service order or quote. You may not exceed the licensed number of Service Order Lines during any 12 month period unless you acquire additional Service Order Line licenses from Oracle.

**Socket:** is defined as a slot that houses a chip (or a multi-chip module) that contains a collection of one or more cores. Regardless of the number of cores, each chip (or multi-chip module) shall count as a single socket. All occupied sockets on which the program is installed and/or running must be licensed.

**Oracle Solaris Premier Subscription for Non-Oracle Hardware per socket:** is defined as the right to use the Oracle Solaris programs (as defined below) on hardware not manufactured by or for Sun/Oracle, and to receive Oracle Premier Support for Operating Systems services (limited to the Oracle Solaris programs), for the term specified in the ordering document. "Oracle Solaris programs" refers to the Oracle Solaris operating system and the separately licensed third party technology (as defined below). The Oracle Solaris programs may contain third party technology. Oracle may provide certain notices to you in program documentation, "readme" files or the installation details in connection with such third party technology. Third party technology will be licensed to you either under the terms of the agreement, or if specified in the program documentation, "readme" files, or the installation details, under separate license terms ("separate terms") and not under the terms of the agreement ("separately licensed third party technology"). Your rights to use such separately licensed third party technology under the separate terms are not restricted in any way by the agreement. The Oracle Solaris programs may include or be distributed with certain separately licensed components that are part of Java SE ("Java SE"). Java SE and all components associated with it are licensed to you under the terms of the Oracle Binary Code License Agreement for the Java SE Platform Products, and not under the agreement. A copy of the Oracle Binary Code License Agreement for the Java SE Platform Products can be found at www.oracle.com/contracts.
This subscription is available only for a server that is certified by Oracle and listed on the Hardware Compatibility List (HCL) at http://www.sun.com/bigadmin/hcl. You must obtain a subscription license for each socket in the server. The subscription term is effective upon the effective date of the subscription ordering document, unless otherwise stated in your ordering document. If your order was placed through the Oracle Store, then the effective date is the date your order was accepted by Oracle. Oracle Premier Support for Operating System services are provided under the applicable technical support policies in effect at the time the services are provided. At the end of the specified term, you may renew your subscription, if available, at the then current fees for this subscription.

If your order specifies **"1 – 4 socket server"** then you may only use the subscription on a server with not more than 4 sockets. If your order specifies **"5+ socket server"** then you may use the subscription for servers with any number of sockets.

**Subscriber:** is defined as (a) a working telephone number for all wireline devices; (b) a portable handset or paging device that has been activated by you for wireless communications and paging; (c) a residential drop or a nonresidential device serviced by a cable provider; or (d) a live connected utility meter. The total number of Subscribers is equal to the aggregate of all types of Subscribers. If your business is not defined in the primary definition of Subscriber above, Subscriber is defined as each U.S. $1,000 increment of your gross annual revenue as reported to the SEC in your annual report or the equivalent accounting or reporting document.

**Suite:** is defined as all the functional software components described in the product documentation.

**Sun Ray Device:** is defined as the Sun Ray computer on which the program is running.

**Tape Drive:** is defined as mechanical devices used to sequentially write, read and restore data from magnetic tape media. Typically used, but not limited to, data protection and archival purposes, tape drives are deployed either as a standalone unit(s) or housed within a robotic tape library. Examples of tape drive include but are not limited to, Linear Tape Open (LTO), Digital Linear Tape (DLT), Advanced Intelligent Type (AIT), Quarter-Inch Cartridge (QIC), Digital Audio Tape (DAT), and 8mm Helical Scan. For cloud based backups, Oracle counts each parallel stream or Recovery Manager (RMAN) channel as equivalent to a tape drive.

**Technical Reference Manuals**
Technical Reference Manuals ("TRMs") are Oracle's confidential information. You shall use the TRMs solely for your internal data processing operations for purposes of: (a) implementing applications programs, (b) interfacing other software and hardware systems to the applications programs and (c) building extensions to applications programs. You shall not disclose, use or permit the disclosure or use by others of the TRMs for any other purpose. You shall not use the TRMs to create software that performs the same or similar functions as any of Oracle products. You agree: (a) to exercise either at least the same degree of care to safeguard the confidentiality of the TRMs as you exercise to safeguard the confidentiality of your own most important confidential information or a reasonable degree of care, whichever is greater; (b) to maintain agreements with your employees and agents that protect the confidentiality and proprietary rights of the confidential information of third parties such as Oracle and instruct your

EXHIBIT C
PAGE 44 OF 189

employees and agents of these requirements for the TRMs; (c) restrict disclosure of the TRMs to those of your employees and agents who have a "need to know" consistent with the purposes for which such TRMs were disclosed; (d) maintain the TRMs at all times on your premises; and (e) not to remove or destroy any proprietary or confidential legends or markings placed upon the TRMs. Oracle shall retain all title, copyright and other proprietary rights in the TRMs. TRMs are provided to you "as-is" without any warranty of any kind. Upon termination, you shall cease using, and shall return or destroy, all copies of the applicable TRMs.

**Technical Support**
For purposes of the ordering document, technical support consists of annual technical support services you may have ordered for the programs. If ordered, annual technical support (including first year and all subsequent years) is provided under Oracle's technical support policies in effect at the time the services are provided. The technical support policies, incorporated in this agreement, are subject to change at Oracle's discretion; however, Oracle policy changes will not result in a material reduction in the level of services provided for supported programs during the period for which fees for technical support have been paid. You should review the policies prior to entering into the ordering document for the applicable services. You may access the current version of the technical support policies at http://oracle.com/contracts.

Technical support is effective upon the effective date of the ordering document unless otherwise stated in your order. If your order was placed through the Oracle Store, the effective date is the date your order was accepted by Oracle.

Software Update License & Support (or any successor technical support offering to Software Update License & Support, "SULS") acquired with your order may be renewed annually and, if you renew SULS for the same number of licenses for the same programs, for the first and second renewal years the fee for SULS, will not increase by more than 4% over the prior year's fees. If your order is fulfilled by a member of Oracle's partner program, the fee for SULS for the first renewal year will be the price quoted to you by your partner; the fee for SULS for the second renewal year will not increase by more than 4% over the prior year's fees.

If you decide to purchase technical support for any license within a license set, you are required to purchase technical support at the same level for all licenses within that license set. You may desupport a subset of licenses in a license set only if you agree to terminate that subset of licenses. The technical support fees for the remaining licenses will be priced in accordance with the technical support policies in effect at the time of termination. Oracle's license set definition is available in the current technical support policies. If you decide not to purchase technical support, you may not update any unsupported program licenses with new versions of the program.

**Telephone Number:** is defined as each unique telephone number for which the billing information is managed or displayed using the program, regardless of the number of individual account holders associated with such telephone numbers.

**Terabyte:** is defined as a terabyte of computer storage space used by a storage filer equal to one trillion bytes.

**$B in Total Assets:** is defined as one billion U.S. Dollars of your latest published or internally available "Total Asset Value" as disclosed in your annual report and/or regulatory filings.

**Trainee:** is defined as an employee, contractor, student or other person who is being recorded by the program.

**Transaction:** is defined as each set of interactions that is initiated by an application user recorded by Oracle Enterprise Manager to capture availability and performance metrics used in calculating service levels. For example, the following set of interactions would represent one transaction: login, search customer, log out.

**1K Transactions:** is defined as one thousand unique transactions processed through the program during a 12 month period. You may not exceed the licensed number of transactions during a 12 month period unless you acquire additional transaction licenses from Oracle. For Oracle Contact Center Anywhere, a unique transaction is defined as one of the following: inbound phone call, outbound phone call (direct dialed, preview dialed, predictive dialed, web call back), workgroup fax, workgroup email/voice mail, and chat session (inbound sessions / web collaboration with agents). For JD Edwards World Purchase Card Management, a unique transaction is defined as a single charge processed by the program.

**UPK Developer:** is defined as an individual authorized by you to use the programs which are installed on a single server or multiple servers, regardless of whether the individual is actively using the programs at any given time. UPK Developers may create, modify, view and interact with simulations and documentation.

**UPK Module:** is defined as the functional software component described in the product documentation

**Wireless handset:** is defined as a mobile communications device such as a mobile telephone, PDA, or paging device, that has as

OLSA_V063011_US (Customized)

primary functions wireless voice communications and data services provided through a service provider.

**Workstation:** is defined as the client computer from which the programs are being accessed, regardless of where the program is installed.

### Term Designation
If your program license does not specify a term, the program license is perpetual and shall continue unless terminated as otherwise provided in the agreement.

**1, 2, 3, 4, 5 Year Terms:** A program license specifying a 1, 2, 3, 4 or 5 Year Term shall commence on the effective date of the order and shall continue for the specified period. At the end of the specified period the program license shall terminate.

**1 Year Hosting Term:** A program license specifying a 1 Year Hosting Term shall commence on the effective date of the order and shall continue for a period of 1 year. At the end of the 1 year the program license shall terminate. A program license specifying a 1 Year Hosting Term may only be used for providing internet hosting services.

**1 Year Oracle Hosted Term:** A program license specifying a 1 Year Oracle Hosted Term shall commence on the effective date of the order and shall continue for a period of 1 year. At the end of the 1 year the program license shall terminate. A program license specifying a 1 Year Oracle Hosted Term must be hosted by Oracle.com via Computer and Administration services.

**1 Year Subscription:** A program license specifying a 1 Year Subscription shall commence on the effective date of the order and shall continue for a period of 1 year. At the end of the 1 year the program license shall terminate.

### <u>Licensing Rules for Oracle Technology Programs and Oracle Business Intelligence Applications</u>
**Failover:** Subject to the conditions that follow below, your license for the programs listed on the US Oracle Technology Price List, which may be accessed at http://www.oracle.com/corporate/pricing/pricelists.html, includes the right to run the licensed program(s) on an unlicensed spare computer in a failover environment for up to a total of ten separate days in any given calendar year (for example, if a failover node is down for two hours on Tuesday and three hours on Friday, it counts as two days). The above right only applies when a number of machines are arranged in a cluster and share one disk array. When the primary node fails, the failover node acts as the primary node. Once the primary node is repaired, you must switch back to the primary node. Once the failover period has exceeded ten days, the failover node must be licensed. In addition, only one failover node per clustered environment is at no charge for up to ten separate days even if multiple nodes are configured as failover. Downtime for maintenance purposes counts towards the ten separate days limitation. When licensing options on a failover environment, the options must match the number of licenses of the associated database. Additionally, when licensing by Named User Plus, the user minimums are waived on one failover node only. Any use beyond the right granted in this section must be licensed separately. In a failover environment, the same license metric must be used for the production and failover nodes when licensing a given clustered configuration.

**Testing:** For the purpose of testing physical copies of backups, your license for the Oracle Database (Enterprise Edition, Standard Edition or Standard Edition One) includes the right to run the database on an unlicensed computer for up to four times, not exceeding 2 days per testing, in any given calendar year. The aforementioned right does not cover any other data recovery method - such as remote mirroring - where the Oracle program binary files are copied or synchronized.

**You are responsible for ensuring that the following restrictions are not violated:**
- Oracle Database Standard Edition can only be licensed on servers that have a maximum capacity of 4 sockets. Oracle Database Standard Edition, when used with Oracle Real Application Clusters, may only be licensed on a single cluster of servers supporting up to a maximum capacity of 4 sockets.
- Oracle Standard Edition One, Internet Application Server Standard Edition One and Portal Standard Edition One can only be licensed on servers that have a maximum capacity of 2 sockets.
- WebLogic Server Standard Edition does not include WebLogic Server Clustering.
- Business Intelligence Standard Edition One can only be licensed on servers that have the ability to run a maximum of 2 sockets. The data sources for BI Server and BI Publisher are limited to the included Oracle Standard Edition One, one other database, and any number of flat file sources such as CSV, and XLS. You may use Oracle Warehouse Builder Core ETL to pull data from any number of data sources but you must use only the included Oracle Standard Edition One as the target database.
- Informatica PowerCenter and PowerConnect Adapters may not be used on a standalone basis or as a standalone ETL tool. The Informatica PowerCenter and PowerConnect Adapters may be used with any data source provided the target(s) are: (i) the Oracle Business Intelligence applications programs (excluding Hyperion Enterprise Performance Management Applications), (ii) the underlying platforms on which the Oracle Business Intelligence Suite Enterprise Edition Plus program,

Oracle Business Intelligence Standard Edition One or associated components of those Business Intelligence applications programs run, or (iii) a staging database for any of the foregoing.  Informatica PowerCenter and PowerConnect Adapters may also be used where the Oracle Business Intelligence applications programs (excluding Hyperion Enterprise Performance Management Applications) are the source and non-Oracle Business Intelligence application programs are the target, provided, that users do not use Informatica PowerCenter and PowerConnect Adapters to transform the data.

- With respect to the Java SE Advanced and Java SE Suite programs, you may not create, modify, or change the behavior of, or authorize your users to create, modify, or change the behavior of, classes, interfaces, or subpackages that are in any way identified as "java", "javax" "sun" or "oracle" or any variation of the aforementioned naming conventions.  The installation and auto-update processes for these programs transmit a limited amount of data to Oracle (or its service provider) about those specific processes to help Oracle understand and optimize them.  Oracle does not associate the data with personally identifiable information.  You can find more information about the data Oracle collects at http://oracle.com/contracts.  Additional copyright notices and license terms applicable to portions of the programs are set forth at http://oracle.com/contracts.

- Programs that contain "for Oracle Applications" in the program name are limited use programs.  These limited use programs may only be used with "eligible" Oracle application programs that contain the following prefixes in the program name: Oracle Fusion, Oracle Communications*, Oracle Documaker, Oracle Endeca*, Oracle Knowledge, Oracle Media, Oracle Retail*, Oracle Enterprise Taxation*, Oracle Tax, Oracle Utilities*, Oracle Financial Services*, Oracle FLEXCUBE, Oracle Reveleus, Oracle Mantas, Oracle Healthcare*, Oracle Health Sciences, Oracle Argus, Oracle Legal, Oracle Insurance and Oracle Primavera.  For those prefixes designated above with a "*" not all programs with that prefix are eligible for use with the "for Oracle Applications" limited use programs.  For a list of excluded programs please review the Applications Licensing Table, which may be accessed at http://oracle.com/contracts.  Notwithstanding anything above, Oracle Business Intelligence Suite Enterprise Edition Plus for Oracle Applications may only be used with "eligible" Oracle application programs that contain "Oracle Fusion Human Capital Management" as a prefix in the program name provided that the Oracle Fusion Human Capital Management programs are the only programs configured to run against the database instance Oracle Business Intelligence Foundation Suite for Oracle Applications may also be used with the Oracle Product Information Management Analytics, Fusion Edition, Oracle Customer Data Management Analytics, Fusion Edition and Oracle Product Lifecycle Analytics programs.  Oracle Business Intelligence Foundation Suite for Oracle Applications may also be used with the following programs provided that the Oracle Fusion Applications are the only data source:  Oracle Sales Analytics, Fusion Edition;  Oracle Partner Analytics, Fusion Edition; Oracle Supply Chain and Order Management Analytics; Oracle Financial Analytics, Fusion Edition; Oracle Procurement and Spend Analytics, Fusion Edition; Oracle Human Resources Analytics, Fusion Edition and Oracle Project Analytics.  Any use of limited use programs containing "for Oracle Applications" by other Oracle applications or third party applications is not permitted.

- Oracle BPEL Process Manager Option for Oracle Applications may be used only to enable business processes, workflow interactions and approvals within eligible Oracle Applications.  Workflow interactions between eligible Oracle Applications and, other Oracle Applications or third party applications are allowed as long as they are enabled/initiated within the eligible Oracle Applications.  Business Processes defined in BPEL are allowed as long as at least one of the services invoked from within the Business Process access an eligible Oracle Application either natively (via Web Services) or via an adapter.

- Oracle Business Intelligence Foundation for Oracle Applications may be used only· to perform query, reporting and analysis against a transaction database; data warehouse or an Essbase OLAP cube if: (i) the transaction database is an eligible Oracle Applications transaction database itself or an extraction, in whole or in part, of an eligible Oracle Applications transaction database, without transformation (query, reporting and analysis against a transaction database that is not an eligible Oracle Applications transaction database requires a full use license of Oracle Business Intelligence Foundation Suite); or (ii) the data warehouse is a pre-packaged eligible Oracle Applications data warehouse, with any customizations necessary to reflect customizations made in the eligible Oracle Applications, and restricted only to the eligible Oracle Applications sources (query, reporting and analysis against extensions to the data warehouse drawn from source systems not supported by the pre-packaged data warehouses require a full use license of Oracle Business Intelligence Foundation Suite); or (iii) the dimensions of each  Essbase OLAP Cube are sourced from eligible Oracle Applications.

- Oracle WebLogic Suite for Oracle Applications may be used only as an embedded runtime for eligible Oracle Applications or to deploy customizations to an eligible Oracle Application.  The WebLogic global datasource or one of the WebLogic application datasources must be configured to access the schema of an eligible Oracle Application.

- Data Integrator Enterprise Edition for Oracle Applications may only be used with the Oracle supplied data integration jobs and customization of the supplied jobs is allowed.  For the avoidance of doubt, examples of uses that are not permitted include, but are not limited to, the following:  adding new jobs that support different applications, new schemas, or previously unsupported application modules.

- Oracle SOA Suite for Oracle Applications may be used only to enable integration, business processes, workflow interactions and approvals within eligible Oracle Applications.  Workflow interactions between eligible Oracle Applications and other non-eligible Oracle Applications or third party applications are allowed as long as they are either initiated or terminated within eligible Oracle Applications.  Usage of SOA composites (including but not limited to Rules, Mediator, XSLT transforms, BPEL processes, Spring components, Workflow services and OWSM security policies) is allowed as long as at least one of

OLSA_V063011_US (Customized)

the services invoked from within each composite accesses an eligible Oracle Application either natively (via Web services) or via an adapter and the invocation is part of a flow that is either initiated or terminated within eligible Oracle Applications. Oracle Service Bus (OSB) usage is allowed as long as each service deployed accesses an eligible Oracle Application either natively (via Web services) or via an adapter.

- Oracle WebCenter Portal for Oracle Applications may be used only to surface eligible Oracle Application(s) and custom applications (collectively, "eligible applications"). Surfacing any third-party applications, including other applications from Oracle, requires a license for Oracle WebCenter Portal. Multiple eligible applications may be surfaced in a single portal instance provided that a WebCenter Portal for Oracle Applications license exists for each eligible application surfaced in the portal. WebCenter Portal for Oracle Applications may be used to integrate the various WebCenter services (e.g., wikis, blogs, and discussions) into an application context, as well as to build out custom workflows and notifications between the eligible application and WebCenter Portal components. The content management features of the Oracle WebCenter Portal for Oracle Applications program may be used to store and manage documents created outside of the eligible application provided that such documents are related to the eligible application or to the application context.

- Oracle WebCenter Imaging for Oracle Applications may be used to create and modify imaging searches, to modify pre-packaged imaging application document types, and to create and modify input mappings to imaging applications. Oracle WebCenter Imaging for Oracle Applications may also be used to invoke web service application programming interfaces (API's) from Oracle Application workflows. A license for WebCenter Imaging for Oracle Applications is required to define new document types for the management of images unrelated to a pre-packaged Oracle Applications integration, to develop custom workflows, and to invoke APIs from custom workflows or custom application integrations.

- Oracle Identity and Access Management Suite Plus for Oracle Applications may be used only to perform associated actions for users of and within the eligible Oracle Applications. The programs may be used to do the following: (1) add, delete, modify, and manage user identities and roles in the eligible Oracle Applications; (2) provide web access management and single sign-on into eligible Oracle Applications; (3) provide data storage or virtualization to data storage of user identities and user identity related information or authentication and authorization policies for eligible Oracle Applications; (4) provide federated single sign-on to eligible Oracle Applications

- Oracle Coherence Enterprise Edition for Oracle Applications may only be used within the same Java Virtual Machine as the eligible Oracle Application components.

- Hyperion Data Integration Management, Hyperion Data Integration Management Team Based Development, and the Hyperion Data Integration Management Adapters for SAP BW, SAP R3, PeopleSoft and Siebel are licensed by Computer. Each Computer license is limited to support the use of up to 8 CPUs and each Computer license must be licensed in increments of 8 CPUs. Each core is recognized as a CPU. For computers that have more than 8 CPUs, additional Computer licenses must be purchased based upon the amount of CPUs that you are using. For example, if you are using Hyperion Data Integration Management on 12 CPUs, you need to purchase 2 Computer licenses; if you are using Hyperion Data Integration Management on 17 CPUs, you need to purchase 3 Computer licenses. These programs may be used solely in connection with moving data into and out of a Hyperion Data Store(s) (data/metadata repository(ies) delivered with the Hyperion programs.) These programs may not be used to extract data from a non-Hyperion Data Store(s) to load a custom data warehouse (a data warehouse not built solely from data from a Hyperion Data Store(s). The Hyperion Data Integration Management Computer license allows for such program to 1) connect to the following relational databases only: Oracle, Sybase, IBM DB2, MS SQL Server and 2) source from and write to an unlimited number of flat file/XML files. Hyperion Data Integration Management Adapters for SAP BW, SAP R3, PeopleSoft and Siebel must be licensed separately to allow Hyperion Data Integration Management to connect to these additional sources.

- The number of Hyperion program option licenses must match the number of licenses of the associated Hyperion program.

- The license for the Hyperion Planning Plus program includes a limited use license for the Hyperion Essbase Plus, Hyperion Financial Reporting and Hyperion Web Analysis programs. Such limited use license means that the Hyperion Essbase Plus, Hyperion Financial Reporting and Hyperion Web Analysis programs may only be used to access data from the Hyperion Planning Plus program. The Oracle Data Integrator – Target Database program may be used to load data from any data source provided that the target database is the Hyperion Planning Plus program. Specifically, the Hyperion Essbase Plus program cannot be used to create Essbase cubes that do not contain data used by the Hyperion Planning Plus program and the Aggregate Storage option component of the Hyperion Essbase Plus program may not be used.

- The license for the Hyperion Profitability and Cost Management program includes a limited use license for the Hyperion Essbase Plus, Hyperion Financial Reporting, Hyperion Web Analysis and Oracle Data Integrator - Target Database programs. Such limited use license means that the Hyperion Essbase Plus, Hyperion Financial Reporting, Hyperion Web Analysis and Oracle Data Integrator - Target Database programs may only be used to access data from the Hyperion Profitability and Cost Management program. Specifically, the Hyperion Essbase Plus program cannot be used to create Essbase cubes that do not contain data used by the Hyperion Profitability and Cost Management program and the Aggregate Storage option component of the Hyperion Essbase Plus program may not be used.

If you purchase Named User Plus licenses for the programs listed below, you must maintain the following user minimums and user maximums:

OLSA_V063011_US (Customized)

EXHIBIT C
PAGE 48 OF 189

| Program | Named User Plus Minimum |
|---|---|
| Oracle Database Enterprise Edition | 25 Named Users Plus per Processor |
| Times Ten In-Memory Database | 25 Named Users Plus per Processor |
| Cloud File System | 25 Named Users Plus per Processor |
| Rdb Enterprise Edition | 25 Named Users Plus per Processor |
| CODASYL DBMS | 25 Named Users Plus per Processor |
| Data Integrator Enterprise Edition | 25 Named Users Plus per Processor |
| GoldenGate | 25 Named Users Plus per Processor |
| GoldenGate for Non Oracle Database | 25 Named Users Plus per Processor |
| GoldenGate Veridata | 25 Named Users Plus per Processor |
| GoldenGate for Teradata Replication Services | 25 Named Users Plus per Processor |
| Java SE Advanced | 10 Named Users Plus per Processor |
| Java SE Suite | 10 Named Users Plus per Processor |
| WebLogic Server Standard Edition | 10 Named Users Plus per Processor |
| WebLogic Server Enterprise Edition | 10 Named Users Plus per Processor |
| WebLogic Suite | 10 Named Users Plus per Processor |
| Web Tier | 10 Named Users Plus per Processor |
| Coherence Standard Edition | 10 Named Users Plus per Processor |
| Coherence Enterprise Edition | 10 Named Users Plus per Processor |
| Coherence Grid Edition | 10 Named Users Plus per Processor |
| TopLink and Application Development Framework | 10 Named Users Plus per Processor |
| GlassFish Server | 10 Named Users Plus per Processor |
| Internet Application Server Standard Edition | 10 Named Users Plus per Processor* |
| Internet Application Server Enterprise Edition | 10 Named Users Plus per Processor* |
| Enterprise Gateway | 10 Named Users Plus per Processor |
| BPEL Process Manager | 10 Named Users Plus per Processor |
| WebLogic Integration | 10 Named Users Plus per Processor |
| Service Registry | 10 Named Users Plus per Processor |
| Enterprise Repository | 10 Named Users Plus per Processor |
| Forms and Reports | 10 Named Users Plus per Processor |
| Tuxedo | 10 Named Users Plus per Processor |
| SOA Suite for Non Oracle Middleware | 10 Named Users Plus per Processor |
| Unified Business Process Management Suite for Non Oracle Middleware | 10 Named Users Plus per Processor |
| Event-Driven Architecture Suite | 10 Named Users Plus per Processor |
| Business Intelligence Standard Edition | 10 Named Users Plus per Processor |
| B2B for RosettaNet | 10 Named Users Plus per Processor |
| B2B for EDI | 10 Named Users Plus per Processor |
| Healthcare Adapter | 10 Named Users Plus per Processor |
| B2B for ebXML | 10 Named Users Plus per Processor |
| WebCenter Suite | 10 Named Users Plus per Processor |
| WebCenter Services | 10 Named Users Plus per Processor |
| Universal Content Management Standard Edition | 10 Named Users Plus per Processor |
| Universal Content Management | 10 Named Users Plus per Processor |
| Imaging and Process Management | 10 Named Users Plus per Processor |
| Content Conversion Server | 10 Named Users Plus per Processor |
| Distributed Document Capture | 10 Named Users Plus per Processor |
| Directory Services Plus | 10 Named Users Plus per Processor |
| WebCenter Real-Time Collaboration | 10 Named Users Plus per Processor |
| WebCenter Intelligent Collaboration | 10 Named Users Plus per Processor |
| On Track Communication Standard Edition | 10 Named Users Plus per Processor |
| On Track Communication Enterprise Edition | 10 Named Users Plus per Processor |
| Enterprise Gateway for Access Management | 10 Named Users Plus per Processor |
| Beehive Enterprise Messaging Server | 10 Named Users Plus per Processor |
| Beehive Enterprise Collaboration Server | 10 Named Users Plus per Processor |

EXHIBIT C
PAGE 49 OF 189

*The Named User Plus Minimum does not apply if the program is installed on a one-processor machine that allows for a maximum of one user per program.

| Program | Named User Plus Maximum |
| --- | --- |
| Personal Edition | 1 Named User Plus per database |
| Business Intelligence Standard Edition One | 50 Named Users Plus |

If licensing by Named User Plus, the number of licenses for the programs listed below in column A must match the number of licenses of the associated program listed in column B. In the case where the minimum number of Named User Plus licenses are/were purchased, the number of licenses may not match due to variance in core factors between the time the respective programs were licensed. If licensing by Processor, the number of licenses for the programs listed below in column A must match the number of licenses of the associated program listed in column B. In the case where the programs are licensed at different times, the number of licenses may not match due to variance in core factors between the time the respective programs were licensed; in that case the number of cores used to determine the number of licensed processors for the programs listed below in column A must match the number of cores used to determine the number of licensed processors of the associated program listed in Column B. Associated programs are those programs being used in conjunction with the program in Column A.

| Column A | Column B |
| --- | --- |
| **Database Enterprise Edition Options*-** Real Application Clusters, Real Application Clusters One Node, Partitioning, OLAP, Data Mining, Spatial, Advanced Security, Label Security, Database Vault, Active Data Guard, Real Application Testing, Advanced Compression, Total Recall, Retail Data Model, Communications Data Model<br><br>**Database Enterprise Management*-** Diagnostics Pack, Tuning Pack, Database Lifecycle Management Pack, Cloud Management Pack for Oracle Database | Oracle Database Enterprise Edition, Audit Vault Server |
| **RDB Server Options*-** TRACE | Rdb Enterprise Edition, CODASYL DBMS |
| **WebLogic Suite Options**-** BPEL Process Manager Option, Service Bus, SOA Suite for Oracle Middleware, Business Process Management Suite | WebLogic Suite |
| **Application Server Enterprise Management**-** WebLogic Server Management Pack Enterprise Edition, SOA Management Pack Enterprise Edition, Cloud Management Pack for Oracle Fusion Middleware | Associated application server program being managed by the program in Column A. |
| Management Pack for Oracle Coherence** | Coherence Enterprise Edition, Coherence Grid Edition |
| Management Pack for Oracle GoldenGate* | GoldenGate, GoldenGate for Non Oracle Database, GoldenGate for Mainframe |
| **Business Intelligence Server Enterprise Edition Options-** Interactive Dashboard, Delivers, Answers, Office Plug-in and Reporting and Publishing | Business Intelligence Server Enterprise Edition |
| **Business Intelligence Suite Enterprise Edition Plus Option-** Business Intelligence Management Pack | Business Intelligence Suite Enterprise Edition Plus |
| **Beehive Platform Options-** Beehive Messaging, Beehive Team Collaboration, Beehive Synchronous Collaboration, Beehive Voicemail | Beehive Platform |
| **Hyperion Financial Data Quality Management Options-** | Hyperion Financial Data Quality Management |

EXHIBIT C

| | |
|---|---|
| Hyperion Financial Data Quality Management Adapter for Financial Management, Hyperion Financial Data Quality Management Adapter Suite, Hyperion Financial Data Quality Management Adapter for SAP | |
| **Hyperion Financial Data Quality Management for Hyperion Enterprise Option-** Hyperion Financial Data Quality Management Adapter Suite | Hyperion Financial Data Quality Management for Hyperion Enterprise |
| **Hyperion Data Integration Management Options-** Hyperion Data Integration Management Source Adapter, Hyperion Data Integration Management Team Based Development | Hyperion Data Integration Management |

\*If licensing by Named User Plus you must maintain, at a minimum, 25 Named Users Plus per Processor per associated program.

\*\* If licensing by Named User Plus you must maintain, at a minimum, 10 Named Users Plus per Processor per associated program.

### Licensing Rules for ATG Applications
- You are responsible for ensuring compliance with the application licensing prerequisites as specified in the Applications Licensing Table, which may be accessed at http://oracle.com/contracts.
- The Oracle ATG Web Commerce Business Intelligence program and the Oracle ATG Web Commerce Business Intelligence Administrator program may only be used in conjunction with either the Oracle ATG Web Commerce program and/or the Oracle ATG Web Knowledge Manager program. You may, however, expand your data model to include other information provided the additional information supplements information is already included in the Oracle ATG Web Commerce program or in the Oracle ATG Knowledge Manager program.
- The Cognos BI Consumer Bundle is included in the Oracle ATG Web Commerce Business Intelligence program and is comprised of (a) one (1) reporting engine for anonymous viewers consisting of no more than two (2) processors and four (4) total cores, (b) unlimited anonymous report viewer seat licenses, (c) one (1) Named BI Web Administrator seat license and one (1) Named BI Professional Report Author seat license. Any additional seat licenses must be licensed separately by purchase of Oracle ATG Web Commerce BI Administrator seat licenses at an additional cost and are not included in any enterprise-wide or similar license.

### Licensing Rules for JD Edwards Applications
- You are responsible for ensuring compliance with the application licensing prerequisites as specified in the Applications Licensing Table, which may be accessed at http://oracle.com/contracts.
- The programs include GNU libgmp library; copyright 1991 Free Software Foundation, Inc. This library is free software that can be modified and redistributed under the terms of the GNU Library General Public License contained in the programs. The programs may also contain other third party products.
- Your license for the program(s) may include additional license rights. Please review the additional license rights listed on the PeopleSoft / JD Edwards program table located at http://oracle.com/contracts for additional information.
- The Foundation program contains the development foundation environment/toolkit. You understand and acknowledge that any software program developed with the functionality of the development foundation environment/toolkit is subject to the terms and conditions of this agreement. You will defend and indemnify Oracle against any claims by third parties for damages (including, without limitation, reasonable legal fees) arising out of any computer programs generated by you utilizing the development tools included in the programs. ORACLE DISCLAIMS ANY WARRANTY THAT THE DEVELOPMENT TOOLS INCLUDED IN THE PROGRAMS WILL GENERATE COMPUTER PROGRAMS WITH THE CHARACTERISTICS OR SPECIFICATIONS DESIRED BY YOU OR THAT SUCH GENERATED COMPUTER PROGRAMS WILL BE ERROR FREE
- The Oracle Technology Foundation for JD Edwards EnterpriseOne and the Oracle Technology Foundation for JD Edwards EnterpriseOne Upgrade programs each include a limited use license for Oracle Database Standard Edition. The database may be used solely in conjunction with any and all licensed JD Edwards EnterpriseOne programs, including third party programs licensed for use with JD Edwards EnterpriseOne programs. The database may be installed on an unlimited number of processors. If you require features and functions beyond those included with the Oracle Database Standard Edition, or if you require use of Oracle Database beyond your JD Edwards EnterpriseOne implementation, you may purchase a non-limited use license by contracting directly with Oracle or one of its authorized distributors.

EXHIBIT C
PAGE 51 OF 189

The license for each of these programs also includes a limited use license for the following components of Oracle Fusion Middleware: Oracle Application Server Standard Edition or Oracle WebLogic Server Standard Edition (either of these products may be used, but both products cannot be used for the same function); Oracle JRockit JVM; Oracle Application Server Portal; Oracle WebCenter Services; Oracle BPEL Process Manager; Oracle Business Activity Monitoring; Oracle Application Server Single Sign-On; Oracle Access Manager Basic; Oracle Application Server Web Cache; and Oracle Business Intelligence Publisher. These components may be used solely in conjunction with any and all licensed JD Edwards EnterpriseOne programs, including third party programs licensed for use with JD Edwards EnterpriseOne programs. These components may be installed on an unlimited number of processors. If you require use of these components beyond your JD Edwards EnterpriseOne implementation you may purchase a non-limited use license for any of the Oracle components by contracting directly with Oracle or one of its authorized distributors.

For the purpose of using Oracle Business Intelligence Publisher, Oracle will include a limited use license of Business Intelligence Publisher for use with JD Edwards EnterpriseOne programs. Any use of Business Intelligence Publisher outside of a JD Edwards EnterpriseOne program, such as with a your own "custom" applications as well as with other Oracle applications (including but not limited to Siebel Applications, PeopleSoft Applications, and/or Oracle Applications) will require a full use license of Business Intelligence Publisher. Business Intelligence Publisher may be installed on an unlimited number of processors.

The development tools included with these programs may be used solely with the licensed JD Edwards EnterpriseOne programs and may not be used to create new applications. You will defend and indemnify Oracle against any claims by third parties for damages (including, without limitation, reasonable legal fees) arising out of any computer programs generated by you utilizing the development tools included in the programs. ORACLE DISCLAIMS ANY WARRANTY THAT THE DEVELOPMENT TOOLS INCLUDED IN THE JD EDWARDS ENTERPRISE ONE PROGRAM WILL GENERATE COMPUTER PROGRAMS WITH THE CHARACTERISTICS OR SPECIFICATIONS DESIRED BY YOU OR THAT SUCH GENERATED COMPUTER PROGRAMS WILL BE ERROR FREE.

- The Technology Foundation and Technology Foundation Upgrade programs each include the following "IBM Components": IBM DB2 Universal Database, IBM WebSphere Application Server and IBM WebSphere Portal (as contained in Collaborative Portal). IBM Components may be used solely in conjunction with any and all licensed JD Edwards EnterpriseOne programs, including third party programs licensed for use with JD Edwards EnterpriseOne programs. You may obtain a general license for any of the IBM Components by contracting directly with IBM or one of its authorized distributors. The development tools included in this program may be used solely with the licensed JD Edwards EnterpriseOne programs and may not be used to create new applications. You will defend and indemnify Oracle against any claims by third parties for damages (including, without limitation, reasonable legal fees) arising out of any computer programs generated by you utilizing the development tools included in the programs. ORACLE DISCLAIMS ANY WARRANTY THAT THE DEVELOPMENT TOOLS INCLUDED IN THE PROGRAMS WILL GENERATE COMPUTER PROGRAMS WITH THE CHARACTERISTICS OR SPECIFICATIONS DESIRED BY YOU OR THAT SUCH GENERATED COMPUTER PROGRAMS WILL BE ERROR FREE.

### Licensing Rules for Oracle E-Business Suite Applications

- You are responsible for ensuring compliance with the application licensing prerequisites as specified in the Applications Licensing Table, which may be accessed at http://oracle.com/contracts.
- The option Activity Hub B2B is only available with the Siebel Customer Universal Master component of the Customer Hub B2B program.
- The option Field Service Hub B2B is only available with the Siebel Customer Universal Master component of the Customer Hub B2B program.
- The option Marketing Hub B2B is only available with the Siebel Customer Universal Master component of the Customer Hub B2B program.
- The option Sales Hub B2B is only available with the Siebel Customer Universal Master component of the Customer Hub B2B program.
- The option Service Hub B2B is only available with the Siebel Customer Universal Master component of the Customer Hub B2B program
- The option Activity Hub B2C is only available with the Siebel Customer Universal Master component of the Customer Hub B2C program.
- The option Field Service Hub B2C is only available with the Siebel Customer Universal Master component of the Customer Hub B2C program.
- The option Marketing Hub B2C is only available with the Siebel Customer Universal Master component of the Customer Hub B2C program.
- The option Privacy Management Policy Hub B2C is only available with the Siebel Customer Universal Master component of the Customer Hub B2C program.

- The option Sales Hub B2C is only available with the Siebel Customer Universal Master component of the Customer Hub B2C program.
- The option Service Hub B2C is only available with the Siebel Customer Universal Master component of the Customer Hub B2C program.

## Licensing Rules for PeopleSoft Applications
- You are responsible for ensuring compliance with the application licensing prerequisites as specified in the Applications Licensing Table, which may be accessed at http://oracle.com/contracts.
- Your license for the program(s) may include additional license rights. Please review the additional license rights listed on the PeopleSoft / JD Edwards program table located at http://oracle.com/contracts for additional information.
- The programs listed below include a license to use Business Analysis Modeler – Restricted Development to develop interfaces and modifications, including creation of new application data tables, only to the PeopleSoft programs you have licensed. Oracle will deliver this program to you per the delivery terms in your order.

    Integrated FieldService, Marketing, Mobile Sales, Online Marketing, Order Capture, Order Capture Self Service, Sales,

    Support for Customer Self Service

- Your use of the Campus Self Service program is subject to the additional terms and conditions set forth in the INAS Software Supplement located at http://oracle.com/contracts.
- PeopleTools - Enterprise Development shall be used solely to develop applications for your internal data processing operations. In no event shall you market or distribute such applications. Notwithstanding anything to the contrary, you shall not have the right to use the functionality currently referred to as Verity search engine provided as part of this program for the purpose of developing applications.
- Each PeopleTools - Enterprise Development Starter Kit program shall be used solely by 5 application users to develop applications containing no more than a total of 20 components (as defined in the program documentation) for your internal data processing operations. In no event shall you market or distribute such applications. Notwithstanding anything to the contrary, you shall not have the right to use the functionality currently referred to as Verity search engine provided as part of this program for the purpose of developing applications.
- You may use PeopleTools – Restricted Development to develop interfaces and modifications, including creation of new application data tables, only to the PeopleSoft Enterprise programs you have licensed. Oracle will deliver this program to you per the delivery terms in your order
- The Process Modeler Client program may only be used with PeopleSoft Enterprise or JD Edwards EnterpriseOne programs you have licensed from Oracle. You shall not use this program with any other software.
- The license for the Student Administration program includes a limited use license for the Human Resources, Benefits Administration and the Payroll for North America programs. Such limited use license means that the Human Resources, Benefits Administration and the Payroll for North America Software modules shall only be used in order to access the features and functions of the Student Administration program. Your use of the Student Administration program is subject to the additional terms and conditions set forth in the INAS Software Supplement located at http://oracle.com/contracts.

## Licensing Rules for Primavera Applications
- You are responsible for ensuring compliance with the application licensing prerequisites as specified in the Applications Licensing Table, which may be accessed at http://oracle.com/contracts.
- For the purposes of the following Primavera programs: Earned Value Management, Evolve, SureTrak, Contractor and P3 Project Planner, you acknowledge that you have both read and understand the limited Software Update License & Support services that are available for these programs, as described in Oracle's Technical Support Policies.
- For purposes of the Primavera SureTrak and Primavera P3 Project Planner programs, you acknowledge that the agreement delivered to you with these programs (i.e., the Oracle License and Services Agreement), and not the end user license agreement contained in the product installation, governs the end user's use of these programs
- For the purposes of the Primavera Web Services program, developers and end users who are not already licensed for Primavera P6 Enterprise Project Portfolio Management and who need access to applications created using P6 Web Services and/or P6 Java APIs, must be licensed for the Primavera Web Services program.

## Licensing Rules for Siebel Applications
- You are responsible for ensuring compliance with the application licensing prerequisites as specified in the Applications Licensing Table, which may be accessed at http://oracle.com/contracts.
- For the Siebel Branch Teller Services program, Siebel Internet Banking Services program, Siebel Retail Finance Foundation Services program and the Siebel Financial Transactions Workbench program, you may use third party tools to (a) create materials or (b) modify the materials identified as Sample Screen Code and Process Templates in the program documentation,

OLSA_V063011_US (Customized)

all in accordance with the program documentation, and provided that such materials or modified materials shall be used solely with your licensed use of such programs. You shall not limit in any way Oracle's right to develop, use, license, create derivative works of, or otherwise freely exploit the programs, ancillary programs, program documentation, or any other materials provided by Oracle, or to permit third parties to do so.

- The Siebel Details Program includes a license for 20 Concurrent Users that authorizes you to use the program on only one Computer for a maximum of 20 Concurrent Users at any given time.
- The Siebel Marketing Server program is licensed on a Computer basis together with the number of unique Customer Records that you may access using the program.
- The Siebel Pharma Marketing Server is licensed on the basis of the number of unique Customer Records that you may access using the program together with the number of Brands that you may manage using the program.
- The Siebel Pricing Claims Server-Up to 20 Application Users is licensed on a Computer basis with a limitation on the number of Application Users.
- The users or processors of the Siebel Web Channel program may access a maximum of 15 Objects. An "Object" is defined as each data entity within the Business Object Layer of the programs that is defined in the Siebel Tools program.
- The Siebel Data Quality License may only be used with Oracle Master Data Management or Oracle CRM deployments.

### Licensing Rules for Programs Licensed per UPK Module

- Oracle grants to you a non-exclusive, nontransferable license for your UPK Developer(s) to: (i) use those User Productivity Kit ("UPK") programs licensed as UPK modules (collectively referred to as "UPK content") only as necessary to create and provide training solely for Employee and/or Application Users to use the underlying programs for your benefit; (ii) make an unlimited number of copies of the UPK content only as necessary to create and provide training solely to Employees and/or Application Users to use the underlying programs for your benefit; and (iii) develop modifications and customizations to the UPK content, if applicable, all subject to the terms and conditions set forth in this agreement, provided all copyright notices are reproduced as provided on the original. You represent and warrant that you have a valid license for the underlying program(s). You are prohibited from reselling or distributing the UPK content to any other party or using the UPK content other than as explicitly permitted in this agreement. Oracle represents that the UPK content and any content created by you using the UPK content contains valuable proprietary information. Oracle retains title to all portions of the UPK content and any copies thereof. You shall use UPK content modifications created by you solely for your internal use in accordance with the terms of this agreement. You may provide access to and use of the UPK content only to those third parties that are licensed as Application Users and that: (a) provide services to you concerning your use of the UPK content; (b) have a need to use and access the UPK content; and (c) have agreed to substantially similar non-disclosure obligations imposed by you as those contained in this agreement. Application and Employee User(s) of UPK programs may view and interact with simulations and documentation but may not create or modify simulations or documentation.

### Licensing Rules for MySQL Programs

- The MySQL programs may contain third party technology. Oracle may provide certain notices to you in program documentation, "readme" files or the installation details in connection with such third party technology. Third party technology will be licensed to you either under the terms of the agreement, or if specified in the program documentation, "readme" files, or the installation details, under separate license terms ("separate terms") and not under the terms of the agreement ("separately licensed third party technology"). Your rights to use such separately licensed third party technology under the separate terms are not restricted in any way by the agreement.

The effective date of this agreement shall be _____ March 14 _____, 2013.(to be completed by Oracle)

| Oregon Health Insurance Exchange Corporation - Cover Oregon | Oracle America, Inc. |
|---|---|
| Authorized Signature: _____ | Authorized Signature: _____ |
| Name: _Howard "Rocky" King_ | Name: _William Simpson_ |
| Title: _Executive Director_ | Title: _Manager, License Contracts_ |
| Signature Date: _3/14/2013_ | Signature Date: _March 14, 2013_ |

 **Amendment to the Oracle License and Services Agreement**

**Oracle America, Inc.** ("Oracle")
**500 Oracle Parkway**
**Redwood Shores, CA 94065**

| Your Name | Oregon Health Insurance Exchange Corporation - Cover Oregon | Your Contact | Aaron Karjala |
|---|---|---|---|
| Your Location | 16760 SW Upper Boones Ferry Road Suite 200 | Phone Number | 503-373-9417 |
| | Durham, OR 97224 | Email Address | aaron.karjala@orhix.org |

**A.  Agreement and Modifications to the Agreement**

**1.  Agreement**

This amendment (this "amendment") amends the Oracle License and Services Agreement V063011, dated ___March 14, 2013_____, and all amendments and addenda thereto (the "agreement") between you and Oracle America, Inc. ("Oracle").

**2.  Modifications to the Agreement**

The parties agree to amend the agreement as specified below:

a.  Ownership and Restrictions (Section D)

The word "programs" in the first sentence of the first paragraph of the Ownership and Restrictions section of the agreement is replaced by the phrase "programs, the operating system and integrated software".

Add the following as a new second sentence in the first paragraph of the Ownership and Restrictions section of the agreement:  "Oracle or its licensors retain all intellectual property rights to the hardware."

In the second sentence of the second paragraph of the Ownership and Restrictions section of the agreement, the phrase "specified in the program documentation" is replaced by the phrase "specified in the program documentation or readme files or notice files".

b.  Indemnification (Section G)

The term "Material" under the Indemnification section of the agreement shall include the hardware (as defined below). Provided you are a current subscriber to Oracle technical support services for the operating system (e.g., Oracle Premier Support for Systems, Oracle Premier Support for Operating Systems or Oracle Linux Premier Support), then for the period of time for which you are/were a subscriber to the applicable Oracle technical support services (i) the phrase "Material" under the Indemnification section of the agreement shall include the operating system and the integrated software and (ii) the phrase "program(s)" in the Indemnification section of the agreement is replaced by the phrase "program(s) or the operating system or integrated software (as applicable)" (i.e., Oracle will not indemnify you for your use of the operating system and/or integrated software when you are/were not a subscriber to the applicable Oracle technical support services). Notwithstanding the foregoing, with respect solely to the Linux operating system, Oracle will not indemnify you for materials that are not part of the Oracle Linux covered files as defined at http:// www.oracle.com/us/support/library/enterprise-linux-indemnification-069347.pdf.

Add the following as a new second sentence in the second paragraph of subsection 1 of the Indemnification section of the agreement (section G.1):
"Notwithstanding the previous sentence and with respect to hardware only, if the Provider believes or it is determined that the hardware (or portion thereof) may have violated a third party's intellectual property rights, the Provider may choose to either replace or modify the hardware (or portion thereof) to be non-infringing (while substantially preserving its utility or functionality) or obtain a right to allow for continued use, or if these alternatives are not commercially reasonable, the Provider may remove the applicable hardware (or portion thereof) and refund the net book value."

c.  Technical Support (Section H)

Add the following paragraphs at the end of the Technical Support section of the agreement:

"Oracle Hardware and Systems Support acquired with your order may be renewed annually and, if you renew Oracle Hardware and Systems Support for the same systems and same configurations, for the first and second renewal years the technical support fee will not increase by more than 4% over the prior year's fees.

If ordered, Oracle Hardware and Systems Support (including first year and all subsequent years) is provided under Oracle's Hardware and Systems Support Policies in effect at the time the services are provided. You agree to cooperate with Oracle and provide the access, resources, materials, personnel, information, and consents that Oracle may require in order to perform the services. The Oracle Hardware and Systems Support Policies, incorporated in this agreement, are subject to change at Oracle's discretion; however, Oracle will not materially reduce the level of services provided during the period for which fees for Oracle Hardware and Systems Support have been paid. You should review the policies prior to entering into an order. You may access the current version of the Oracle Hardware and Systems Support Policies at http://www.oracle.com/us/support/policies/index.html."

d.  End of Agreement (Section I)

In the second sentence of the End of Agreement section of the agreement, the phrase "programs ordered and/or services received" is replaced by the phrase "hardware and programs ordered and/or services received".

In the fifth and sixth sentences of the End of Agreement section of the agreement, the phrase "programs and/or services" is replaced by the phrase "hardware, programs and/or services".

e.  Entire Agreement (Section L)

The phrase "programs and/or services" is replaced by the phrase "programs, hardware, operating system, integrated software and/or services" in all instances in the Entire Agreement section of the agreement.

f.  Limitation of Liability(Section M)

In the second sentence of the Limitation of Liability section of the agreement, (i) the phrase "**PROGRAMS OR SERVICES**" is replaced by the phrase "**PROGRAMS, HARDWARE OR SERVICES**" and (ii) the phrase "**PROGRAM OR SERVICES**" is replaced by the phrase "**PROGRAM, HARDWARE OR SERVICES**".

g.  Export (Section N)

The Export section of the agreement is deleted and replaced with the following:

"Export laws and regulations of the United States and any other relevant local export laws and regulations apply to the programs and hardware (including any integrated software and operating system(s)). You agree that such export laws govern your use of the programs (including technical data), hardware (including any integrated software and operating system(s)) and any services deliverables provided under this agreement, and you agree to comply with all such export laws and regulations (including "deemed export" and "deemed re-export" regulations). You agree that no data, information, program, hardware (including any integrated software and operating system(s)) and/or materials resulting from services (or direct product thereof) will be exported, directly or indirectly, in violation of these laws, or will be used for any purpose prohibited by these laws including, without limitation, nuclear, chemical, or biological weapons proliferation, or development of missile technology. You shall include the following notice on packing lists, commercial invoices, shipping documents and other documents involved in the transfer, export or re-export of the programs and hardware (including any integrated software and operating system(s)): 'These commodities, technology, software, or hardware (including any integrated software and operating system(s)) were exported in accordance with U.S. Export Administration Regulations and applicable export laws. Diversion contrary to applicable export laws is prohibited.'"

h.  Other (Section O)

Subsection O.3 of the Other section of the agreement is deleted in its entirety and replaced with the following:

"You may not assign this agreement or give or transfer the programs, the operating system, the integrated software and/or any services or an interest in them to another individual or entity. If you grant a security interest in the programs, the operating system, the integrated software and/or any services deliverables, the secured party has no right to use or transfer the programs, the operating system, the integrated software and/or any services deliverables, and if you decide to finance your acquisition of hardware, programs and/or any services, you will follow Oracle's policies regarding financing which are at http://oracle.com/contracts. The foregoing shall not be construed to limit the rights you may otherwise have with respect to the linux operating system, third party technology or separate works licensed under open source or similar license terms."

i.  Force Majeure (Section P)

In the last sentence of the Force Majeure section of the agreement, the phrase "your obligation to pay for programs delivered or services provided" is replaced by the phrase "your obligation to pay for programs delivered, services provided or hardware ordered".

## B.  Terms Specific to Hardware and Hardware Support Services

### 1.  Hardware Composition

a.  Your hardware order consists of the following items:  operating system (as defined in your configuration), integrated software and all hardware equipment (including components, options and spare parts) specified on the applicable order.  The term "hardware" is defined as the hardware equipment, including components, options and spare parts.  The term "integrated software" is defined as software embedded in the hardware which is essential to hardware functionality (e.g., firmware).

b.  You have the right to use the operating system delivered with the hardware subject to the terms of the license agreement(s) delivered with the hardware.  Current versions of the license agreements are located at http://oracle.com/contracts.  You are licensed to use the operating system and any operating system updates acquired through technical support only as incorporated in, and as part of the hardware.

c.  You have the limited, non-exclusive, royalty free, non-assignable right to use integrated software delivered with the hardware subject to the terms of this amendment and the applicable documentation.  You are licensed to use such integrated software and any integrated software updates acquired through technical support only as incorporated in, and as part of the hardware.

d.  The operating system and/or integrated software may include separate works, identified in a readme file, notice file or the applicable documentation, which are licensed under open source or similar license terms; your rights to use the operating system and integrated software under such terms are not restricted in any way by the agreement including this amendment.  The appropriate terms associated with such separate works can be found in the readme files, notice files or in the documentation accompanying the operating system and integrated software.

For GPLv2, LGPLv2.1, GPLv3 and LGPLv3 licensed code received by you as binaries on physical media, if you would like to receive a copy of the source code ("source code") on media via postal service, submit your written request at <http://oss.oracle.com/systems-opensourcecode >.  Alternatively, you can mail your written request to Oracle Corporation, Attn:  VP of Legal, Development and Engineering, 500 Oracle Parkway, MS-5OP10, Redwood Shores, CA 94065.  Your request should include the name and version number of the product, your name, your company name (if applicable), your return mailing address, and your email address.  Certain source distributions require a fee for physical media.  Should this be the case, you will be sent details on the cost and payment procedure via email.  Your request must be sent within three (3) years of the date of our last delivery of the applicable product.  This offer only applies if you received your operating system and/or integrated software on physical media.

e.  You may only make copies of the operating system and integrated software for archival purposes, to replace a defective copy, or for program verification.  You shall not remove any copyright notices or labels on the operating system or integrated software.  You shall not decompile or reverse engineer the operating system or integrated software.

f.  Oracle may include additional programs on the hardware (e.g., Exadata Storage Server software).  You are not authorized to use those programs unless you have a license specifically granting you the right to do so; however, you may use programs for trial, non-production purposes for up to 30 days from the date of delivery provided that such use is subject to the terms for trial programs in the agreement.

g.  You acknowledge that to operate certain hardware your facility must meet a minimum set of requirements as described in the hardware documentation.  Such requirements may change from time to time, as communicated by Oracle to you in the applicable hardware documentation.

### 2.  Use Restriction

The hardware is not specifically designed, manufactured, or intended for use as parts, components, or assemblies for the planning, construction, maintenance, or operation of a nuclear facility.  Use of the hardware for these purposes is prohibited.

### 3.  Warranty

a.  Oracle provides a limited warranty ("Oracle Hardware Warranty") for (i) the hardware, (ii) the operating system and the integrated software, and (iii) the operating system media and the integrated software media (collectively, "media").  Oracle warrants that the hardware will be free from, and using the operating system and integrated software will not cause in the hardware, material defects in materials and workmanship for one year from the date the hardware is delivered to you.  Oracle warrants that the media will be free from material defects in materials and workmanship for a period of 90 days from the date the media is delivered to you.  .  You may access a more detailed description of the Oracle Hardware Warranty at http://www.oracle.com/us/support/policies/index.html ("the warranty web page").  Any changes to the Oracle Hardware Warranty specified on the warranty web page will not apply to hardware or media ordered prior to such change.

The Oracle Hardware Warranty applies only to hardware and media that have been (1) manufactured by or for Oracle, and (2) sold by Oracle (either directly or by an Oracle-authorized distributor).  The hardware may be new or like new.  The Oracle Hardware Warranty applies to hardware that is new and hardware that is like-new which has been remanufactured and certified for warranty by Oracle.

b.   **FOR ANY BREACH OF THE ABOVE WARRANTIES, YOUR EXCLUSIVE REMEDY AND ORACLE'S ENTIRE LIABILITY SHALL BE: (i) THE REPAIR OR, AT ORACLE'S OPTION AND EXPENSE, REPLACEMENT OF THE DEFECTIVE PRODUCT, OR (ii) IF SUCH REPAIR OR REPLACEMENT IS NOT REASONABLY ACHIEVABLE, THE REFUND OF THE FEES YOU PAID ORACLE FOR THE DEFECTIVE PRODUCT AND THE REFUND OF ANY UNUSED PREPAID TECHNICAL SUPPORT FEES YOU HAVE PAID FOR THE DEFECTIVE PRODUCT.  TO THE EXTENT NOT PROHIBITED BY LAW, THESE WARRANTIES ARE EXCLUSIVE AND THERE ARE NO OTHER EXPRESS OR IMPLIED WARRANTIES OR CONDITIONS WITH RESPECT TO THE ABOVE ITEMS, INCLUDING ANY WARRANTIES OR CONDITIONS OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

c.   Replacement units for defective parts or components replaced under the Oracle Hardware Warranty may be new or like new quality.  Such replacement units assume the warranty status of the hardware into which they are installed and have no separate or independent warranty of any kind.  Title in all defective parts or components shall transfer back to Oracle upon removal from the hardware.

d.   **ORACLE DOES NOT WARRANT UNINTERRUPTED OR ERROR-FREE OPERATION OF THE HARDWARE, OPERATING SYSTEM, INTEGRATED SOFTWARE OR MEDIA.**

e.   No warranty will apply to any hardware, operating system, integrated software or media which has been:

    (i)     modified, altered or adapted without Oracle's written consent (including modification or removal of the Oracle/Sun serial number tag on the hardware);
    (ii)    maltreated or used in a manner other than in accordance with the relevant documentation;
    (iii)   repaired by any third party in a manner which fails to meet Oracle's quality standards;
    (iv)   improperly installed by any party other than Oracle or an authorized Oracle certified installation partner;
    (v)   used with equipment or software not covered by the Oracle Hardware Warranty, to the extent that the problems are attributable to such use;
    (vi)   relocated, to the extent that problems are attributable to such relocation;
    (vii)   used directly or indirectly in supporting activities prohibited by U.S. or other national export regulations;
    (viii)  used by parties appearing on the most current U.S. export exclusion list;
    (ix)   relocated to countries subject to U.S. trade embargo or restrictions;
    (x)   used remotely to facilitate any activities in the countries referenced in (ix) above; or
    (xi)   purchased from any entity other than Oracle or an Oracle authorized distributor.

f.   The Oracle Hardware Warranty does not apply to normal wear of the hardware or media.  The Oracle Hardware Warranty is extended only to the original purchaser or original lessee of the hardware and may be void in the event that title to the hardware is transferred to a third party.

**4.   Delivery, Installation and Acceptance of Hardware**

a.   You are responsible for installation of the hardware, unless you purchase installation services from Oracle with respect to such hardware.

b.   Oracle will deliver the hardware to the delivery address specified by you on your purchasing document or when your purchasing document does not indicate a ship to address, the location specified on the order.  The applicable country specific hardware shipping terms are located in the Order and Delivery Policies, which may be accessed at http://oracle.com/contracts.

c.   Acceptance of the hardware occurs on delivery.

d.   Oracle may make and invoice you for partial deliveries.

e.   Oracle may make product substitutions and modifications that do not cause a material adverse effect in overall hardware performance.

f.   Oracle will use its reasonable commercial efforts to deliver the hardware within a timeframe that is consistent with Oracle's past practices regarding the amount and type of hardware that you have ordered.

**5.   Transfer of Title**

Title to the hardware will transfer upon delivery.

**C.   Terms Specific to Program(s)**

1. **Delivery and Installation**

   a. You are responsible for installation of the programs unless the programs have been pre-installed by Oracle on the hardware you are purchasing under the order or you purchase installation services from Oracle with respect to such programs.

   b. Oracle has made available to you for electronic download at the electronic delivery web site located at the following Internet URL: http://edelivery.oracle.com the programs listed in the Programs and Program Support Services section of the applicable order.  Through the Internet URL, you can access and electronically download to your location the current production release as of the effective date of the applicable order of the software and related program documentation for each program listed.  Provided that you have continuously maintained technical support for the programs listed, you may continue to download the software and related program documentation.  Please be advised that not all programs are available on all hardware/operating system combinations.  For current program availability please check the electronic delivery web site specified above.  You acknowledge that Oracle is under no further delivery obligation with respect to programs under the applicable order, electronic download or otherwise.

   c. If ordered, Oracle will deliver the tangible media to the delivery address specified on the applicable order.  You agree to pay applicable media and shipping charges.  The applicable shipping terms for the delivery of tangible media are:  FCA Shipping Point, Prepaid, and Add.

D. **General Terms**

1. **Commencement Date**

   a. For the hardware, operating system and integrated software, the commencement date shall be the date the hardware is delivered.  The period of performance for all related services is effective upon delivery of hardware or upon the effective date of the order if shipment of hardware is not required.

   b. For all program licenses, the commencement date is the date of shipment of tangible media or upon the effective date of the order if shipment of tangible media is not required.   The period of performance for all services for the programs is effective upon shipment of tangible media or upon the effective date of the order if shipment of tangible media is not required.

2. **Territory**

   a. The hardware shall be installed in the country that you specify as the delivery location on your purchasing document or when your purchasing document does not indicate a ship to address, the location specified in the order.

   b. The program licenses shall be for use as designated on each order.

3. **Pricing, Invoicing, and Payment Obligation**

   a. Once placed, your order shall be non-cancelable and the sums paid nonrefundable, except as provided in the agreement.

      You may change a hardware order prior to shipment subject to the then current change order fee as established by Oracle from time to time.  The applicable change order fees and a description of allowed changes are defined in the Order and Delivery Policies, which may be accessed at http://oracle.com/contracts.

   b. In entering into payment obligations under an order, you agree and acknowledge that you have not relied on the future availability of any hardware, program or updates.  However, (a) if you order technical support, the preceding sentence does not relieve Oracle of its obligation to provide such technical support under the agreement, if and when available, in accordance with Oracle's then current technical support policies, and (b) the preceding sentence does not change the rights granted to you under an order and the agreement.

   c. You understand that you may receive multiple invoices for the products and/or services you ordered.

   d. Hardware fees are invoiced as of the commencement date for hardware.

   e. Program fees are invoiced as of the commencement date for the programs.

   f. Service fees are invoiced in advance of the service performance; specifically, technical support fees are invoiced annually in advance.

   g. In addition to the prices listed on the order, Oracle will invoice you for any applicable freight charges or applicable taxes, and you will be responsible for such charges and taxes notwithstanding any express or implied provision in the

"Incoterms" referenced in the Order and Delivery Policies. The Order and Delivery Policies may be accessed at http://oracle.com/contracts.

h.   Invoices will be submitted to you pursuant to Oracle's Invoicing Standards Policy, which may be accessed at http://oracle.com/contracts.

4.   **Segmentation**

The purchase of (a) hardware and/or related hardware support, (b) programs and/or related technical support, or (c) other services are all separate offers and separate from any other order for (i) hardware and/or related hardware support, (ii) programs and/or related technical support, or (iii) other services you may receive or have received from Oracle. You understand that you may purchase (x) hardware and/or related hardware support, (y) programs and/or related technical support, or (z) other services independently of any other product or service. Your obligation to pay for (i) hardware and/or related hardware support is not contingent on performance of any other service or delivery of programs, (ii) programs and/or related technical support is not contingent on delivery of hardware or performance of any other service, or (iii) other services is not contingent on delivery of hardware, delivery of programs or performance of any additional/other service.

5.   **Source Code**

Oracle may deliver source code as part of its standard delivery for particular programs, operating system or integrated software; all source code delivered by Oracle is subject to the terms of the agreement, the applicable order and the applicable program documentation.

Subject to the modifications herein, the agreement shall remain in full force and effect.

The effective date of this amendment is _____March 14, 2013_____.   *(to be completed by Oracle)*

| **Oregon Health Insurance Exchange Corporation - Cover Oregon** | **Oracle America, Inc.** |
|---|---|
| Signature | Signature |
| Name   *Howard "Rocky" King* | Name   William Simpson |
| Title   *Exec. Director* | Title   Manager, License Contracts |
| Signature Date   *3\|14\|2013* | Signature Date   March 14, 2013 |

# EXHIBIT 1
## PROVISIONS REQUIRED BY FEDERAL LAW

For any order funded in whole or in part by a grant issued to you by the U.S. Federal Government, Oracle shall comply and, where indicated, cause all subcontractors to comply with the following federal requirements. For purposes of this Exhibit, all references to federal laws are references to federal laws as they may be amended from time to time.

(1)     Equal Employment Opportunity. If an order placed under the agreement, including amendments, is for more than $10,000, then Oracle shall comply with Executive Order 11246, entitled "Equal Employment Opportunity," as amended by Executive Order 11375, and as supplemented in Department of Labor regulations (41 CFR Part 60).

(2)     Clean Air, Clean Water, EPA Regulations. If an order placed under the agreement, including amendments, exceeds $100,000 then Oracle shall comply with all applicable standards, orders, or requirements issued under Section 306 of the Clean Air Act (42 U.S.C. 1857(h)), the Federal Water Pollution Control Act as amended (commonly known as the Clean Water Act) (33 U.S.C. 1251 to 1387), specifically including, but not limited to Section 508 (33 U.S.C. 1368).   Executive Order 11738, and Environmental Protection Agency regulations (40 CFR Part 15), which prohibit the use under non exempt Federal contracts, grants or loans of facilities included on the EPA List of Violating Facilities. Violations shall be reported to the Agency, HHS and the appropriate Regional Office of the Environmental Protection Agency.  Oracle shall include and cause all subcontractors to include in all contracts with subcontractors receiving more than $100,000 in Federal Funds, language requiring the subcontractor to comply with the federal laws identified in this section.

(3)  Energy Efficiency.  Oracle shall comply with mandatory standards and policies relating to energy efficiency that are contained in the Oregon energy conservation plan issued in compliance with the Energy Policy and Conservation Act (Pub. L. 94 163) that are expressly applicable to Oracle's delivery of programs and services under the agreement and impose obligations upon Oracle in its role as an information technology services provider with respect to the programs and  services provided under this agreement.

(4) Truth in Lobbying. Oracle certifies, to the best of Oracle's knowledge and belief that:

A. No federal appropriated funds have been paid or will be paid, by or on behalf of Oracle, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any federal contract, the making of any federal grant, the making of any federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any federal contract, grant, loan or cooperative agreement.

B. If any funds other than federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this federal contract, grant, loan or cooperative agreement, Oracle shall complete and submit Standard Form LLL, "Disclosure Form to Report Lobbying" according to its instructions.

C.  Oracle shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients and subcontractors shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this agreement was made or entered into. Submission of this certification is a prerequisite for making or entering into this

EXHIBIT C
PAGE 61 OF 189

agreement imposed by section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure

(5)    HIPAA.

A. Consulting Services.   In the event you require Oracle to access Protected Health Information ("PHI") as defined Health Insurance Portability and Accountability Act of 1996 and its regulations ("HIPAA") for the provision of services under an order for consulting services, Exhibit 3 to this agreement must be expressly included with such order and signed by the parties.  Exhibit 3 may change from time to time to reflect changes in applicable law and shall not apply to any other services provided by Oracle.

B. On Demand Services.  To meet the security obligations under HIPAA, as amended by the Health Information Technology for Economic and Clinical Health (HITECH) Act, Oracle offers its On Demand HIPAA Security Service. The HIPAA Security Service services include additional security controls that supplement the practices described in the On Demand Security Practices for @Oracle Schedule and are aligned with the standards established by HITECH.  If you plan to store PHI in your On Demand Environment(s), the purchase of On Demand HIPAA Security Service is required, you must execute an order for such services from Oracle On Demand.

(6)  Substance Abuse Prevention and Treatment.  Oracle shall comply with federal rules and statutes pertaining to the Substance Abuse, Prevention, and Treatment Block Grant, including the reporting provisions of the Public Health Services Act (42 USC 300x through 300x-64).

(7)    Debarment and Suspension.  Oracle shall not permit any person or entity to be a subcontractor if the person or entity is listed on the non-procurement portion of the General Service Administration's "List of Parties Excluded from Federal Procurement or Non-procurement Programs" according to Executive Orders No. 12,549 and No. 12,689, "Debarment and Suspension".  (See 45 CFR part 76).  This list contains the names of parties debarred, suspended, or otherwise excluded by agencies, and contractors declared ineligible under statutory authority other than Executive Order No. 12549.  Subcontractors with awards that exceed the simplified acquisition threshold shall provide the required certification regarding their exclusion status and that of their principals prior to award.

(9)    ADA.  Oracle shall comply and cause all subcontractors to comply with Title II of the Americans with Disabilities Act of 1990 (codified at 42 USC 12131 et. seq.) in the conduct of all services associated with the performance of work under this agreement.

EXHIBIT C
PAGE 62 OF 189

## EXHIBIT 2
## INSURANCE

**A. REQUIRED INSURANCE.** Oracle shall obtain at Oracle's expense the insurance specified in this section prior to performing under this Contract and shall maintain it in full force and at its own expense throughout the duration of this Contract and all warranty periods.  Oracle shall obtain the following insurance from insurance companies or entities that are authorized to transact the business of insurance and issue coverage in State and that are acceptable to Agency.

i. WORKERS COMPENSATION. All employers, including Oracle, that employ subject workers, as defined in ORS 656.027, shall comply with ORS 656.017 and shall provide workers' compensation insurance coverage for those workers, unless they meet the requirement for an exemption under ORS 656.126(2).  Oracle shall require and ensure that each of its subcontractors complies with these requirements.

ii. PROFESSIONAL LIABILITY

☒ **Required by Agency**   ☐ **Not required by Agency.**

☒ **Professional Liability. Professional Liability Insurance covering any damages** Oracle shall obtain and maintain at its own expenses for the duration of this Contract Professional Liability Insurance with a combined single limit, or the equivalent, as set forth below.  This is to cover damages caused by error, omission or negligent acts related to the professional services to be provided under this Contract. Full limits can be obtained by the purchase of one primary policy or a primary and excess policy as needed to provide the full policy limits.  Professional Liability Insurance shall include Technology Errors & Omissions, Network Security and Privacy Liability and Media Liability, whether combined with the Professional Liability policy or placed as a separate policy, but carrying the same limits of liability.

☒   Per occurrence limit for any single claimant:
From commencement of the Contract term to June 30, 2010: $1,500,000.
July 1, 2010 to June 30, 2011:                                     $1,600,000.
July 1, 2011 to June 30, 2012:                                     $1,700,000.
July 1, 2012 to June 30, 2013:                                     $1,800,000.
July 1, 2013 to June 30, 2014:                                     $1,900,000.
July 1, 2014 to June 30, 2015:                                     $2,000,000.
July 1, 2015 and thereafter the adjusted limitation as determined by the State Court Administrator pursuant to Oregon Laws 2009, chapter 67, sections 3 and 5 (Senate Bill 311).
Per occurrence limit for multiple claimants:
From commencement of the Contract term to June 30, 2010: $3,000,000.
July 1, 2010 to June 30, 2011:                                     $3,200,000.
July 1, 2011 to June 30, 2012:                                     $3,400,000.
July 1, 2012 to June 30, 2013:                                     $3,600,000.
July 1, 2013 to June 30, 2014:                                     $3,800,000.
July 1, 2014 to June 30, 2015:                                     $4,000,000.
July 1, 2015 and thereafter the adjusted limitation as determined by the State Court Administrator pursuant to Oregon Laws 2009, chapter 67, sections 3 and 5 (Senate Bill 311).

iii.  COMMERCIAL GENERAL LIABILITY.

☒ **Required by Agency**   ☐ **Not required by Agency.**

EXHIBIT C
PAGE 63 OF 189

☒ **Commercial General Liability.** Commercial General Liability Insurance covering bodily injury, death, and property damage in a form and with coverages that are satisfactory to the State. This insurance shall include personal injury liability, products, and completed operations. Coverage shall be written on an occurrence basis. Oracle shall provide proof of insurance of not less than the following amounts as determined by the Agency:

**Bodily Injury/Death:**

☒ <u>Per occurrence limit for any single claimant:</u>
From commencement of the Contract term to June 30, 2010: $1,500,000.
July 1, 2010 to June 30, 2011:                             $1,600,000.
July 1, 2011 to June 30, 2012:                             $1,700,000.
July 1, 2012 to June 30, 2013:                             $1,800,000.
July 1, 2013 to June 30, 2014:                             $1,900,000.
July 1, 2014 to June 30, 2015:                             $2,000,000.
July 1, 2015 and thereafter the adjusted limitation as determined by the State Court Administrator pursuant to Oregon Laws 2009, chapter 67, section 3 (Senate Bill 311).

<u>Per occurrence limit for multiple claimants:</u>
From commencement of the Contract term to June 30, 2010: $3,000,000.
July 1, 2010 to June 30, 2011:                             $3,200,000.
July 1, 2011 to June 30, 2012:                             $3,400,000.
July 1, 2012 to June 30, 2013:                             $3,600,000.
July 1, 2013 to June 30, 2014:                             $3,800,000.
July 1, 2014 to June 30, 2015:                             $4,000,000.
July 1, 2015 and thereafter the adjusted limitation as determined by the State Court Administrator pursuant to Oregon Laws 2009, chapter 67, section 3 (Senate Bill 311).

**AND**

**Property Damage:**

☒ <u>Per occurrence limit for any single claimant:</u>
From July 1, 2010 of the Contract term to June 30,2011: $100,100.
From July 1, 2010, and every year thereafter the adjusted limitation as determined by the State Court Administrator pursuant to Oregon Laws 2009, chapter 67, section 5 (Senate Bill 311).

<u>Per occurrence limit for multiple claimants:</u>
From  July 1, 2010 of the Contract term to June 30,2011: $500,600.
From July 1, 2010, and every year thereafter the adjusted limitation as determined by the State Court Administrator pursuant to Oregon Laws 2009, chapter 67, section 5 (Senate Bill 311).

iv. AUTOMOBILE LIABILITY INSURANCE: AUTOMOBILE LIABILITY.

☒ **Required by Agency**   ☐ **Not required by Agency.**

**Automobile Liability.** Automobile Liability Insurance covering all owned, non-owned, or hired vehicles. This coverage may be written in combination with the Commercial General Liability Insurance (with separate limits for "Commercial General Liability" and "Automobile Liability"). Oracle shall provide proof of insurance of not less than the following amounts as determined by the Agency:

EXHIBIT C
PAGE 64 OF 189

**Bodily Injury/Death:**

☒  Per occurrence limit for any single claimant:
From commencement of the Contract term to June 30, 2010: $1,500,000.
July 1, 2010 to June 30, 2011:                                    $1,600,000.
July 1, 2011 to June 30, 2012:                                    $1,700,000.
July 1, 2012 to June 30, 2013:                                    $1,800,000.
July 1, 2013 to June 30, 2014:                                    $1,900,000.
July 1, 2014 to June 30, 2015:                                    $2,000,000.
July 1, 2015 and thereafter the adjusted limitation as determined by the State Court Administrator pursuant to Oregon Laws 2009, chapter 67, section 3 (Senate Bill 311).
Per occurrence limit for multiple claimants:
From commencement of the Contract term to June 30, 2010: $3,000,000.
July 1, 2010 to June 30, 2011:                                    $3,200,000.
July 1, 2011 to June 30, 2012:                                    $3,400,000.
July 1, 2012 to June 30, 2013:                                    $3,600,000.
July 1, 2013 to June 30, 2014:                                    $3,800,000.
July 1, 2014 to June 30, 2015:                                    $4,000,000.
July 1, 2015 and thereafter the adjusted limitation as determined by the State Court Administrator pursuant to Oregon Laws 2009, chapter 67, section 3 (Senate Bill 311).

**AND**

**Property Damage:**

☒  Per occurrence limit for any single claimant:
 July 1, 2010 of the Contract term to June 30,2011: $100,100.
From July 1, 2010, and every year thereafter the adjusted limitation as determined by the State Court Administrator pursuant to Oregon Laws 2009, chapter 67, section 5 (Senate Bill 311).
Per occurrence limit for multiple claimants:
From July 1, 2010 of the Contract term to June 30,2011: $500,600.
From July 1, 2010, and every year thereafter the adjusted limitation as determined by the State Court Administrator pursuant to Oregon Laws 2009, chapter 67, section 5 (Senate Bill 311).

**B.  ADDITIONAL INSURED.**  The Commercial General Liability insurance and Automobile Liability insurance required under this Contract shall include the State of Oregon, its officers, employees and agents as Additional Insureds but only with respect to Oracle's activities to be performed under this Contract. Coverage shall be primary and non-contributory with any other insurance and self-insurance.

**C.  "TAIL" COVERAGE.**  If any of the required professional liability insurance is on a "claims made" basis, Oracle shall either maintain either "tail" coverage or continuous "claims made" liability coverage, provided the effective date of the continuous "claims made" coverage is on or before the effective date of this Contract, for a minimum of 24 months following the later of (i) Oracle's completion and Agency's acceptance of all Services required under this Contract, or, (ii) The expiration of all warranty periods provided under this Contract.  Notwithstanding the foregoing 24-month requirement, if Oracle elects to maintain "tail" coverage and if the maximum time period "tail" coverage reasonably available in the marketplace is less than the 24-month period described above, then Oracle shall maintain "tail" coverage for the maximum time period that "tail" coverage is reasonably available in the marketplace for the coverage required under this Contract. Oracle shall provide to Agency, upon Agency's request, certification of the coverage required under this section 4.C.

EXHIBIT C
PAGE 65 OF 189

**D.  NOTICE OF CANCELLATION OR CHANGE.** There shall be no cancellation, material change, potential exhaustion of aggregate limits or non-renewal of insurance coverage(s) without 30 days' written notice from this Oracle or its insurer(s) to Agency. Any failure to comply with the reporting provisions of this clause shall constitute a material breach of Contract and shall be grounds for immediate termination of this Contract by Agency.

**E.  CERTIFICATE(S) OF INSURANCE.** Oracle agrees to provide Agency with a certificate(s) of insurance evidencing such coverage within a reasonable time of the receipt of a written request for same. The Certificate(s) must specify all entities and individuals who are endorsed on the policy as Additional Insured (or Loss Payees). Oracle shall pay for all deductibles, self-insured retention and self-insurance, if any.

EXHIBIT C
PAGE 66 OF 189

*DRAFT FOR REVIEW PURPOSES ONLY –
SUBJECT TO ORACLE MANAGEMENT APPROVAL*



## CONSULTING PHI ADDENDUM

---

**O R A C L E   C O N T R A C T   I N F O R M A T I O N**

This PHI addendum amends the *(insert reference to the exhibit)*, dated *(insert date)*, and all amendments and addenda thereto (the "Exhibit") between you and Oracle America, Inc. ("Oracle").

---

**WHEREAS** you represent that the Health Insurance Portability and Accountability Act of 1996 and its regulations ("HIPAA"), as amended by the Health Information Technology for Economic and Clinical Health ("HITECH") Act of 2009 govern your use of protected health information ("PHI") and electronic protected health information ("EPHI"), as defined by HIPAA;

**WHEREAS** you acknowledge that you are required under 45 CFR Sections 164.502(b), 164.514(d) and 164.530(c) and section 13405 of the HITECH Act to make reasonable efforts to limit the disclosure of PHI and EPHI to the minimum necessary for Oracle to perform the services;

> **WHEREAS** Oracle recognizes your obligations under HIPAA and the HITECH Act to require service by HIPAA and HITECH (commonly referred to as a "HIPAA Business Associate Agreement" or BAA) providers to whom it is necessary to provide access to PHI or EPHI to agree to certain contractual terms and conditions as required designed to maintain the privacy and security of such PHI or EPHI;

**THEREFORE**, the parties agree to the following:

I. In the event that access to such PHI is necessary for the provision of services under the Exhibit, Oracle will take the following measures designed to protect the privacy of such PHI contained in your system(s), unless otherwise required by law:

> A.  Not use or further disclose such PHI other than as permitted or required by the Exhibit.
>
> B.  Use safeguards to prevent the use or disclosure of such PHI other than as provided under the Exhibit; such safeguards are described in the Oracle Consulting and Advanced Customer Services Security Practices, which are available at http://www.oracle.com/corporate/contracts/consulting-services.html.
>
> C.  Report to you any use or disclosure of such PHI in violation of the terms of the Exhibit of which Oracle becomes aware.
>
> D.  Ensure that any agents, including a subcontractor, to whom Oracle provides such PHI agree in all material respects to the same restrictions and conditions that apply to Oracle with respect to such PHI under the Exhibit.
>
> E.  Make available to you any requests received by Oracle from individuals to inspect or obtain a copy of their PHI in accordance with 45 CFR Section 524.
>
> F.  Make available to you any requests received by Oracle from individuals to have their PHI amended in accordance with 45 CFR Section 526.

Oracle Confidential
Consulting PHI Addendum V071310

1

EXHIBIT C
PAGE 67 OF 189

*DRAFT FOR REVIEW PURPOSES ONLY –*
*SUBJECT TO ORACLE MANAGEMENT APPROVAL*

G.  Make available to you any requests received by Oracle from individuals for an accounting of disclosures of PHI in accordance with 45 CFR Section 528.

H.  Make internal practices, books and records relating to the use and disclosure of such PHI available to the United States Department of Health and Human Services or his or her designee for purposes of determining your compliance with 45 CFR Section 164.504(e).

I.  At the end of the services under the ordering document or termination thereof pursuant to the terms of the Exhibit, if feasible and at your request, Oracle shall return or destroy any such PHI then in its possession in any form, and retain no copies of such PHI.  If such return or destruction is not feasible, Oracle will extend the protections specified in the ordering document to such PHI and limit further uses and disclosures to those purposes that make its return or destruction of such PHI infeasible.

II.  In the event that access to such EPHI is necessary for the provision of services under the Exhibit, Oracle will also take the following measures designed to protect the security of such EPHI contained in your system(s), unless otherwise required by law:

A.  Implement administrative, physical, and technical safeguards that are designed to protect the confidentiality, integrity, and availability of such EPHI; such safeguards are described in the Oracle Consulting and Advanced Customer Services Security Practices, which are available at http://www.oracle.com/corporate/contracts/consulting-services.html.

B.  Ensure that any agent, including a subcontractor, to whom Oracle provides such EPHI agrees to implement reasonable safeguards consistent with the terms of this addendum to protect it.

C.  Notify you of a security incident (as defined by 45 CFR 164.304) or breach (as defined by 45 CFR 164.402) involving your EPHI (collectively, "breach") without unreasonable delay, and in no case more than thirty (30) calendar days after discovery of the breach.  The notice shall include the identification of each individual, to the extent known by Oracle, whose unsecured protected health information has been, or is reasonably believed by Oracle to have been, accessed, acquired or disclosed during such breach.  To the extent known, Oracle shall also provide you with: a brief description of what happened, including the date of the breach and the date of the discovery of the breach; a description of the types of unsecured EPHI that were involved in the breach; and a brief description of what Oracle is doing to investigate the breach and protect against any further breaches of the same or similar nature.

D.  As required by Section 13401(a) of the HITECH Act, Oracle will comply with 45 CFR Sections 164.308, 164.310, 164.312 and 164.316 (requiring the implementation of administrative, physical and technical safeguards and related policies and procedures) to the extent that those provisions apply to Oracle's performance of the services.  The Oracle Consulting and Advanced Customer Services Security Practices and the Oracle Consulting PHI Privacy and Security Practices describe how Oracle has implemented these requirements.  The Oracle Consulting and Advanced Customer Services Security Practices are available at http://www.oracle.com/corporate/contracts/consulting-services.html, and the Oracle Consulting PHI Privacy and Security Practices are available at https://support.oracle.com/ > Search Knowledge Base > Doc ID# 1147888.1 > Consulting PHI Privacy and Security Practices.

III.  In the event that access to such PHI or EPHI is necessary for the provision of services under the Exhibit, to the extent technically feasible, you will limit Oracle's access to PHI and EPHI to the minimum necessary for Oracle to perform the services.  You agree to take reasonable measures to prevent any PHI or EPHI from being delivered to or

*DRAFT FOR REVIEW PURPOSES ONLY –*
*SUBJECT TO ORACLE MANAGEMENT APPROVAL*

otherwise placed in Oracle's possession (i.e. "possession" as distinguished from "access to" PHI or EPHI.   Oracle will promptly return or destroy any PHI or EPHI that you inadvertently provide or that Oracle otherwise receives as a result of performing the services.

IV.  Termination

    A.  You may terminate the applicable Exhibit if Oracle is in material breach of the obligations stated in this PHI addendum and fails to correct the breach within 30 days of written specification of the breach.  The terms and conditions of this PHI addendum shall survive termination of the Exhibit.

    B.  As required by Section 13404(b) of the HITECH Act, in the event that Oracle becomes aware of a pattern of activity or practice by you that constitutes a material failure to comply with the standards set forth in 45 CFR Sections 164.502(e) and 164.504(e), and if upon notice you fail to take reasonable steps to correct such failure, you acknowledge that Oracle is required promptly to terminate the Exhibit.

Subject to the modifications herein, the Exhibit shall remain in full force and effect.

The effective date of this PHI addendum is _____, 201__. {*to be completed by Oracle*}.

**(*insert Customer name*)**                                    **Oracle America, Inc.**

*Authorized Signature:*_____    *Authorized Signature:*_____

Name:_____    Name:_____

Title:_____    Title:_____

Signature Date: _____    Signature Date: _____

# ORACLE®

### ORDERING DOCUMENT/EXHIBIT AMENDMENT ONE

| | | |
|---|---|---|
| **Customer Name:** | Oregon Health Insurance Exchange Corporation dba Cover Oregon | Oracle America, Inc. |
| **Customer Address:** | 16760 SW Upper Boones Ferry Road, Suite 200 Durham, Oregon 97224 | 1001 Sunset Blvd. Rocklin, CA 95765 |

---

### ORACLE CONTRACT INFORMATION

Oracle License and Services Agreement Number: US-TERM-GMA-14786492-14-MAR-2013.

This ordering document/exhibit amendment one ("ODA-1") amends the ordering document and/or exhibit(s) listed below and all ordering document/exhibits thereto (the "ordering document") between you and Oracle America, Inc. ("Oracle"). This ordering document is subject to the February 28, 2014 AGREEMENT between the parties. Termination or expiration of the AGREEMENT shall not cause a termination of this Ordering Document.

---

The ordering document/exhibit is amended as follows:

## A. AMENDMENT DETAILS

1. Ordering document **US-2042340-OD-03-JUN-2013**

   You and Oracle hereby agree to amend the ordering document as follows:

   a. Section A, Services – Delete Services Table in its entirety and replace with the following:

   | Services | Reference | Fees |
   |---|---|---|
   | Time and Materials Services | Exhibit 1-TME-300392598 | $1,348,620.00 |
   | Time and Materials Services | Exhibit 1-TME-300392598 ODA-1 | $2,292,502.00 |
   | Total Fees | | $3,641,122.00 |

2. **Exhibit 1-TME-300392598.**

   You and Oracle hereby agree to amend the time and material exhibit as follows:

   a. Section 1 – Description of Services - Replace:

   "Oracle will provide you with an estimated one thousand four (1,004) person days to assist Cover Oregon ("CO" or "you" or "your") with the testing of the Health Insurance Exchange System ("OR HIX"). Oracle will assist you with the testing of the following applications which are collectively referred to herein as "Target Application(s)":"

   With:

   "Oracle will provide you with an estimated two thousand six hundred thirty two (2,632) person days to assist Cover Oregon ("CO" or "you" or "your") with the testing of Iteration 17c, Release 1.1 and Release 1.2 of the

Page 1 of **2**

EXHIBIT C
PAGE 70 OF 189

Health Insurance Exchange System ("OR HIX"). Oracle will assist you with the testing of the following applications which are collectively referred to herein as "Target Application(s)":"

b.   Section 1.A System Integration Testing- Replace:

"Oracle will provide you with up to one thousand four (1,004) person days to assist you with system integration testing on functionality as covered by the test cases:"

With:

"Oracle will provide you with up to two thousand six hundred thirty two (2,632) person days to assist you with system integration
testing on functionality as covered by the Iteration 17c, Release 1.1 and Release 1.2 test cases:"

## B.  ADDITIONAL TERMS

1.   Order of Precedence.  In the event of any inconsistencies between the ordering document, ordering document, amendment one, and this ordering document/exhibit amendment two, this ordering document/exhibit amendment two shall take precedence.

2.   Other.  Subject to the modifications herein, the ordering document and applicable exhibit(s) shall remain in full force and effect.

---

This quote is valid through February 28, 2014 and shall become binding upon execution by you and acceptance by Oracle.

| Oregon Health Insurance Exchange Corporation dba Cover Oregon | Oracle America, Inc. |
|---|---|
| Authorized Signature: | Authorized Signature: |
| Name: BRUCE GOLDBERG | Name: Richard Allison |
| Title: EXEC DIRECTOR | Title: Senior Vice President |
| Signature Date: Feb 28, 2014 | Signature Date: 2/28/14 |

Ordering Document/Exhibit Amendment One Effective Date:  September 1, 2013

---

EXHIBIT C
PAGE 71 OF 189



### ORDERING DOCUMENT

| | |
|---|---|
| **Customer Name:** Oregon Health Insurance Exchange dba Cover Oregon | **Oracle America, Inc.** |
| **Customer Address:** 16760 SW Upper Boones Ferry Road, Suite 200 Durham, Oregon 97224 | **1001 Sunset Blvd. Rocklin, CA 95765** |

---

**O R A C L E   C O N T R A C T   I N F O R M A T I O N**

Agreement: Oracle License and Services Agreement Number: US-TERM-GMA-14786492-14-MAR-2013

Ordering Document Number: US-2034622-OD-28-APR-2013

This ordering document incorporates by reference the terms of the agreement specified above and all amendments thereto (the "agreement"). As used in this ordering document, "you" or "your" shall refer to the customer as defined in the agreement.

---

## A. SERVICES

You have ordered the services listed below in the table and detailed in the attached exhibit(s), which are incorporated herein by reference.

All fees on this ordering document are in US Dollars.

| Services | Reference | Fees* |
|---|---|---|
| Time and Materials Services | Exhibit 1-TME-300388671 | $45,322,114.00 |
| **Total Fees** | | **$45,322,114.00** |

All fees payable to Oracle are due within thirty (30) days from the invoice date. Invoices for services performed under separate exhibits may be provided separately. Fees for any time and materials engagements listed above are estimated fees, as detailed in the referenced time and material services exhibit(s).

## B. ADDITIONAL TERMS

1. <u>Segmentation</u>.
   The purchase of (i) hardware and/or related hardware support, (ii) programs and/or related technical support, or (iii) other services are all separate offers and separate from any other order for (i) hardware and/or related hardware support, (ii) programs and/or related technical support, or (iii) other services you may receive or have received from Oracle. You understand that you may purchase (i) hardware and/or related hardware support, (ii) programs and/or related technical support, or (iii) other services independently of any other product or service. Your obligation to pay for (i) hardware and/or related hardware support, (ii) programs and/or related technical support, or (iii) other services is not contingent on delivery of hardware or performance of any other service.

2. <u>Contact Information</u>.

---

200959 Cover Oregon ODTME 04282013                                        Page 1 of 24

EXHIBIT C
PAGE 72 OF 189

| Oracle Contracts Manager/Administrator: | | Your Billing/Accounts Payable Contact: | |
| --- | --- | --- | --- |
| Name: | Doug Stanley | Name: | Triz delaRosa |
| Address: | 1001 Sunset Blvd.<br>Rocklin, CA 95765 | Address: | 16760 SW Upper Boones Ferry Road, Suite 200<br>Durham, Oregon 97224 |
| Phone: | 916-315-5373 | Phone: | 503.373.9402 |
| Fax: | 916-315-5373 | Fax: | |
| Email: | Doug.stanley@oracle.com | Email: | tdelarosa@coveroregon.com |

3. **Order of Precedence.**
   In the event of any inconsistencies between (i) the agreement and this ordering document, this ordering document shall take precedence, and (ii) this ordering document (excluding exhibits) and any attached exhibits, the exhibits shall take precedence.

4. **Change Control Process.**
   Any request for any change in services must be in writing; this includes requests for changes in project plans, scope, specifications, schedule, designs, requirements, service deliverables, software environment, hardware environment or any other aspect of your order. Oracle shall not be obligated to perform tasks related to changes in time, scope, cost, or contractual obligations until you and Oracle agree in writing to the proposed change in an amendment to this ordering document and/or applicable exhibit(s).

5. **Rights Granted**
   Upon payment for services, Cover Oregon shall have a royalty-free, nonexclusive, and irrevocable license for Cover Oregon and the U.S. Federal government to reproduce, publish, or otherwise use anything developed and delivered under this Ordering Document resulting from the services provided hereunder and to authorize others to do solely for the development and/or use of a government-operated health insurance exchange and eligibility automation system in accordance with the Affordable Health Care Act and applicable regulations or Federal purposes. You shall not have any other rights in or to anything developed and delivered to you hereunder. Oracle retains all ownership and intellectual property rights to anything developed and delivered to you hereunder. Neither you nor any third party, may remove or modify (or allow any third party to remove or modify) any notice of Oracle's proprietary rights in and/or on anything developed and delivered to you hereunder.

---

This quote is valid through May 31, 2013 and shall become binding upon execution by you and acceptance by Oracle.

**Oregon Health Insurance Exchange dba**
**Cover Oregon**

Authorized Signature: _[signature]_

Name: _Howard "Rocky" King_

Title: _Exec. Director_

Signature Date: _5/1/13_

Ordering Document Effective Date: April 28, 2013

**Oracle America, Inc.**

Authorized Signature: _[signature]_

Name: _ROBERT C BACHUR_
_SR. CONTRACTS MANAGER_

Title: _____

Signature Date: _4/29/13_

---

EXHIBIT C
PAGE 73 OF 189

**ORACLE**

### TIME AND MATERIALS EXHIBIT

## ORACLE CONTRACT INFORMATION

Customer Name:  Oregon Health Insurance Exchange Cover Oregon dba Cover Oregon

Ordering Document Number:   US-2034622-OD-28-APR-2013

Exhibit Number:  Exhibit 1-TME-300388671

This exhibit incorporates by reference the terms of the ordering document specified above.

Description of Services

Oracle will provide you with an estimated 22,643 person days (181,146 hours) to assist with the completion of the Cover Oregon ("CO" or "you" or "your") implementation of the Health Insurance Exchange system ("OR HIX").  Oracle will assist you with the following tasks in support of your initiatives utilizing the following applications which are collectively referred to herein as "Target Application(s)":

**Siebel Applications:**
- Siebel Public Sector 8.2

**Oracle Policy Automation (OPA)**
- Oracle Determination Server 10.4 ("ODS")
- Oracle Policy Automation 10.4 ("OPA")
- Oracle Policy Modeling 10.4 ("OPM")
- Oracle Web Determinations 10.4 ("OWD")
- Siebel Connector 10.4 ("Siebel Connector")

**PeopleSoft FSCM Applications (version 9.1):**
- General Ledger
- Payables
- Receivables
- Cash Management
- Financial Gateway
- Billing
- eBill Payment
- Asset Management

**Oracle Middleware Products**
- WebLogic Suite version 10.3.6
- WebLogic Server management Pack Enterprise Edition version 11.2
- SOA Suite for Oracle Middleware version 11.1.1.6 includes
  - Oracle Business Process Execution Language ("BPEL")
  - Oracle Mediator

EXHIBIT C
PAGE 74 OF 189

- Oracle Rules
- Oracle Human Workflow
- Oracle Service Bus
- Oracle Business Activity Monitoring
- Oracle Application Integration Architecture Foundation Pack 11.1
- Oracle Customer Master Data Management Integration Base Pack 11.1
- Oracle Customer Master Data Management Integration Option for Siebel CRM 11.1

### Oracle Business Intelligence
- Oracle Business Intelligence Suite Enterprise Edition ("OBIEE") version 11.1
- Oracle Financial Analytics Fusion Edition version 7.9.6
- Informatica PowerCenter
- Informatica PowerCenter Adapters
  o WebCenter Portal
  o WebCenter Interaction
  o WebCenter Content

### Oracle WebCenter
- Oracle WebCenter Suite 11g:
  o WebCenter Portal
  o WebCenter Interaction
  o WebCenter Content

A. Base Implementation

Oracle has estimated an allocation of 9,232 person days to assist you with the implementation of the use cases and assistance will be comprised of the following types of activities:

- Assist with the following project and program management activities:
  1. Assist with program management;
  2. Participate in project meetings;
  3. Assist with milestone planning;
  4. Assist with communications; and
  5. Assist with program issue, risk and decisions.
  6. Assist with project scheduling.
- Assist with the analysis, design, build and unit testing of Siebel Application functionality for the following estimates (please refer to Appendix 1 for complexity definitions):
  1. One hundred ninety (190) low level configuration changes;
  2. One hundred eight (108) medium level configuration changes;
  3. Forty seven (47) low complexity workflow processes;
  4. Sixty one (61) medium complexity workflow processes;
  5. Nine (9) medium complexity Assignment Managers using Siebel Tools;
  6. One (1) low complexity batch integration;
  7. Twenty (20) medium complexity batch integrations;
  8. Twenty eight (28) low complexity real-time integrations;
  9. Ninety (90) medium complexity real-time integrations;
  10. One (1) high complexity real-time integration; and
  11. Seven (7) high complexity BI Publisher reports.
  12. Thirteen (13) Correspondence templates for Notices
- Assist with discovery, design, build, unit testing and deployment of an Oracle Policy Automation Rulebase to:

EXHIBIT C
PAGE 75 OF 189

1. Conduct an online web interview implementing the information display, data collection, and webpage behavior described in the following requirements documents provided to Oracle:
   a. EE10    Individual Identifies Primary Contact;
   b. EE11    Individual Enters Household Data;
   c. EE12    Individual Enters Household Income;
   d. EE13a   Individual Completes Application;
   e. EE13b   Individual Reviews, Declares and Files; and
   f. EE21    Individual Reports Household Changes;
2. Implement an electronic submission of collected data to Siebel for storage and further processing.

- Assist with the discovery, design, build and unit testing of the PeopleSoft Financials application functionality to:
  1. Integrate data from Seibel that would result in Bills or Payments in the financial system.
  2. Create Receivable entries for Bills generated by process.
  3. Book any economic events from Receivables (creating or collecting on a receivable) or Payables (generating AP and noting payments / checks / warrants) to the General Ledger.
  4. Utilize Cash Management and Financial Gateway to manage the Treasury components associated with the collection of receivables and the generation of Payments.
  5. All estimated changes are as follows:
     a. Two (2) complex real time interfaces;
     b. One (1) easy and eleven (11) complex batch interfaces;
     c. Two (2) moderate conversions;
     d. Two (2) moderate delivered workflows;
     e. One (1) easy batch process;
     f. One (1) easy and four (4) moderate reports; and
     g. A bucket of 125 days (1,000 hours) to implement additional reports.

- Assist with the discovery, design, build, and unit testing of WebCenter Application functionality associated with the use cases comprised of the following estimates:
  1. One hundred fifty nine (159) very low complexity WebCenter pages;
  2. One hundred sixty three (163) low complexity WebCenter pages;
  3. Forty four (44) moderate complexity WebCenter pages;
  4. Eleven (11) complex complexity WebCenter pages;
  5. WebCenter security policies; and
  6. Integration with the following Oracle Products:
     a. IDM for Single Sign On and User registration self-service;
     b. OPA to display OPA questionnaires;
     c. Seibel for end user functionality using the Oracle SOA Suite; and
     d. Oracle WebCenter Content for content management.

- Assist with the discovery, technical design, build, and testing of Oracle SOA Suite integrations associated with the use cases comprised of the following:
  1. Forty four (44) low complexity integrations;
  2. Seventeen (17) moderate complexity integrations; and
  3. Nine (9) complex complexity integrations.

- Provide up to sixty (60) person days to assist with the resolution of defects in the base functionality identified by you during testing.
- Assist with design documentation.
- Provide an estimated 1,449 person days of post production support from 10/1/13 through 12/31/13 for issues related to Siebel, OPA, WebCenter, PeopleSoft and SOA Suite

EXHIBIT C
PAGE 76 OF 189

configurations developed by Oracle. This effort is included in the overall effort for the Base Implementation of 9,232person days.

B. <u>Foundation Services</u>
- Perform Applications and Foundational Services migration of configurations to CO environments. Applications migration is estimated as 2,208 person days and Foundational Services migration is estimated as 184 person days.
- Assist with the discovery, design, build, unit testing and defect fixing of Foundational Services scope that applies to OR HIX. This effort is estimated as 2,168 person days.

C. <u>Imaging for Paper/Emailed/Faxed Applications</u>
Oracle has estimated an allocation of 426 person days to assist you with the following types of activities:
- Support of the design of document scanning, data capture, and indexing processes in the State Imaging and Records Management Systems (IRMS) facility to support the new streamlined Paper Application and Supplemental Material requests (also known as Verification documents).
- Integration to transfer scanned images and associated data files for the new streamlined Paper Application and Supplemental Material requests from IRMS to Cover Oregon and add the files to and associated load processes into Oracle WebCenter Content.
- Discovery, design, build and unit testing of the following SOA processes:
    1. Post files from IRMS to the Cover Oregon WebCenter Content repository; and
    2. Create Siebel service requests for new the new streamlined Paper Application and Supplemental Material requests.
- Configuration of Siebel service request functionality to select and view the new streamlined Paper Application and Supplemental Material request service requests, view the image associated with the service request and open the existing OPA eligibility questionnaire for data entry.
- Design, build, and unit testing of the following functionality to support the Supplemental Material Request cover sheet:
    1. The Supplemental Material Request form including a preprogrammed bar code using Oracle BI Publisher;
    2. Configuration changes to Siebel Case Management functionality to include initiation of the printing of the Supplemental Material Request form.
- Assist with the resolution of defects in Siebel, WebCenter Content and SOA components as it pertains to Imaging for Paper/Emailed/Faxed Applications functionality identified during testing performed by Cover Oregon.
- All Siebel estimated changes are as follows:
    1. Twelve (12) low level configuration changes;
    2. Three (3) medium level configuration changes; and
    3. Two (2) medium complexity real-time integrations.

D. <u>January to December 2014 Post Production Support</u>
Oracle has estimated an allocation of 7,176 person days to assist you with the following types of activities:
- Provide post production support from 1/1/14 through 12/31/14 for issues related to Siebel, OPA, WebCenter, PeopleSoft, MDM, Business Intelligence and SOA Suite configurations developed by Oracle.

EXHIBIT C
PAGE 77 OF 189

E. PeopleSoft Asset Management & Siebel Fixpacks
   Oracle has estimated an allocation of 243 person days to assist you with the following activities:
   - Assist with the discovery, design, build and unit testing of PeopleSoft Asset Management functionality for the following estimates:
     1. Creation and tracking of Assets in the financial system.
     2. The booking of depreciation for assets in the system and provide for the delivered integration between Assets and General Ledger.
     3. The ability to transfer and cycle count assets in the system.
     4. One (1) delivered asset conversion
     5. Two (2) reports of medium complexity
   - Assist with the resolution of defects in PeopleSoft Asset Management as it pertains to Imaging for Paper/Emailed/Faxed Applications functionality identified during testing performed by Cover Oregon.
   - Apply two (2) fixpacks to the Siebel environments.

F. Financial Analytics
   Oracle has estimated an allocation of 152 person days to assist you with the following activities:
   - Implement the following Oracle Financial Analytics Fusion Edition modules against PeopleSoft Financials using predefined adapters:
     1. GL & Profitability;
     2. Accounts Payable; and
     3. Accounts Receivable.
   - Assist with data loads from PeopleSoft into the Oracle Financial Analytics Data Warehouse.
   - Assist with the discovery, design, build, and unit testing of up to three (3) moderate complexity custom reports using the Oracle Financial Analytics Data Warehouse as data source.
   - Provide up to ten (10) person days to assist with the resolution of defects in Oracle Financial Analytics standard functionality identified by you during testing.

G. May 1 to December 31, 2013 Additional Activities
   As stated below, the estimate for the services described herein is Forty Five Million Three Hundred Twenty Two Thousand One Hundred Fourteen dollars ($45,322,114). Included in this amount is $1,000,000 worth of hours to be used in the remainder of calendar year 2013 (May 1 – December 31, 2013) for additional activities you request Oracle to perform related to any of the following products (on Cover Oregon environments): Siebel Applications, Oracle Policy Automation, PeopleSoft FSCM Applications, Oracle Middleware Products, Oracle Business Intelligence, and Oracle WebCenter. Any requested additional activities will be handled through the Oracle Change Control Process, as described in Section 5 below. Once an additional activity is approved, it will be handled as a Zero Dollar Change Order, decrementing the additional activity dollars until such dollars are exhausted. Any additional activity dollars remaining as of December 31, 2013 will expire unused and hours used toward such dollars cannot be rolled forward to 2014, unless mutually agreed otherwise by both parties. If the contract value decreases, the additional activity dollars will be reevaluated and adjusted in an Ordering Document Amendment. Oracle will not invoice you for hours specifically attributable to additional activities and such hours will be considered non-billable time. The total value of hours spent on additional activities during the period of May 1-2013 – December 31, 2013 shall not exceed $1,000,000.00.

EXHIBIT C
PAGE 78 OF 189

H. <u>January 1 to December 31, 2014 Additional Activities</u>
As stated below, the estimate for the services described herein is Forty Five Million Three Hundred Twenty Two Thousand One Hundred Fourteen dollars ($45,322,114). Included in this amount is $1,000,000 worth of hours for use during calendar year 2014 (January 1 – December 31, 2014) for additional activities you request Oracle to perform related to any of the following products (on Cover Oregon environments): Siebel Applications, Oracle Policy Automation, PeopleSoft FSCM Applications, Oracle Middleware Products, Oracle Business Intelligence, and Oracle WebCenter. Any requested additional activities will be handled through the Oracle Change Control Process, as described in Section 5 below. Once an additional activity is approved, it will be handled as a Zero Dollar Change Order, decrementing the additional activity dollars until such dollars are exhausted. Any additional activity dollars remaining as of December 31, 2014 will expire unused. If the contract value decreases, the additional activity dollars will be reevaluated and adjusted in an Ordering Document Amendment. Oracle will not invoice you for hours specifically attributable to additional activities and such hours will be considered non-billable time. The total value of hours spent on additional activities during the period of January 1-2014 – December 31, 2014 shall not exceed $1,000,000.00.

I. <u>Project Reporting</u>
Provide a Monthly Status Report which describes the current state, needs, and issues of the project. The Monthly Status Report includes the following:
- Status of work performed against the Work Plan;
- Scheduled work for the next reporting period;
- Cover Oregon responsibilities for the next reporting period;
- Projected task completion dates against the Work Plan;
- Recovery plan for off-schedule tasks;
- Escalated issues and action items;
- New and revised risks;
- Important decisions made in the last reporting period;
- Financial performance review;
- Detailed reporting of consultant hours for the month, by person; and
- Detailed reporting of anticipated consultant hours for the coming month, by person.

2. <u>Your Obligations and Project Assumptions.</u>
You acknowledge that your timely provision of and access to office accommodations, facilities, equipment, assistance, cooperation, complete and accurate information and data from your officers and employees, and suitably configured computer products (collectively, "cooperation") are essential to the performance of any services as set forth in this exhibit. Oracle will not be responsible for any deficiency in performing services if such deficiency results from your failure to provide full cooperation.

You acknowledge that Oracle's ability to perform the services and any related estimate depends upon your fulfillment of the following obligations and the following project assumptions:

A. **Project Obligations.**
You shall:
1. Maintain the properly configured hardware/operating system platform to support the services.
2. Obtain licenses for any necessary Oracle programs and hardware or the required hosted environments before the commencement of services.
3. Maintain annual technical support for the Oracle programs throughout the term of the services.
4. Provide Oracle with full access to relevant functional, technical and business resources with adequate

skills and knowledge to support the performance of services.

5. Provide for all Oracle resources performing services at your site, a safe and healthful workspace (e.g., a workspace that is free from recognized hazards that are causing, or likely to cause, death or serious physical harm, a workspace that has proper ventilation, sound levels acceptable for resources performing services in the workspace, and ergonomically correct work stations, etc.).

6. Provide any notices, and obtain any consents required for Oracle to perform services under this exhibit.

7. Limit Oracle's access to any production environments or shared development environments to the extent necessary for Oracle to perform services.

8. As required by U.S. Department of Labor regulations (20 CFR 655.734), allow Oracle to post a Notice regarding Oracle H-1B employee(s) at the work site prior to the employee's arrival on site.

9. Provide Oracle with notice of change in work schedule a minimum of one (1) week before change is to be implemented.

10. Provide Oracle with notice of change in work location a minimum of two (2) weeks before change is to be implemented.

11. Provide reasonable workspace for all Oracle consultants with basic amenities including a phone and an Internet high-speed connection for the purposes of connecting to the Oracle network via the Oracle Virtual Private Network (VPN).

12. Procure required hardware and software for VPN access to Oracle consultants working remotely to your client's systems, applications, databases, and tools.

13. You will honor all holidays honored by Oracle. With your permission, Oracle staff may choose to work government holidays and weekends, provided workspaces are available. During holiday work, there is no expectation of your staff participation.

14. Perform all of your procurement and installation responsibilities (including, but not limited to, direct procurement of hardware/software, installation of servers, supplying of power, completion of wiring, laying of fiber, etc.) required for this project. Further, you agree to perform all such responsibilities in a timely manner—defined as being in concert with the project schedule and not causing negative impact to the project schedule.

15. Provide and maintain the Cover Oregon purchased development, test and production infrastructure environments for the Target Applications, including servers, operating systems, databases, etc. Cover Oregon is responsible for purchasing any additional infrastructure that is deemed necessary to support their activities.

16. Provide the required administrative support for housing the Oracle server and the database server in accordance with Oracle specifications. Provide access to Cover Oregon's network and provide access for remote workers. Cover Oregon is responsible for purchasing the servers required for the Target Applications. These servers, administered by Oracle On Demand, will be accessible over a Local Area Network (LAN) or Wide Area Network (WAN) provided by Cover Oregon. Cover Oregon is responsible to provide network access for all infrastructure required to complete the project.

17. Be responsible for design of any changes to legacy applications or other new applications that will be necessitated by the implementation of the Target Application(s).

18. Be responsible for the legacy touch-points portion of any interface, e.g., the actual extract from and/or feed into the legacy applications.

19. Provide database administration services as per the Oracle On Demand Contract Statement of Work. Cover Oregon is responsible for information systems management for all systems other than the Target Applications and their network. Provide Web administration services as per the Oracle On Demand Contract Statement of Work.

20. Perform regular virus testing at least once every twenty-four (24) hours with the latest version of a widely used, industry accepted, virus testing software, and develop and be compliant with standard backup and data recovery procedures, backing up at least once every twenty-four (24) hours.

21. Be responsible for all reasonable backup and recovery to ensure no interruption of work in the development, test, training, and production environments.

EXHIBIT C
PAGE 80 OF 189

22. Be responsible for any design changes required to external applications that interact with the Target Applications.
23. Provide all formal business process change management activity related to the performance of services provided under this Exhibit.
24. Provide an alternative source with web services or APIs of comparable complexity to Federal Data Hub, if the Federal Data Hub is not available in the timeframe of this project.
25. Obtain an initial copy of Foundational Services functionality, configurations, and documentation from DHS/OHA at the start of the project.
26. Obtain regular updates of Foundational Services functionality, configurations, and documentation from DHS/OHA corresponding to code complete, testing complete, and production release as well as defect fixes for defects identified during Cover Oregon testing.
27. Coordinate completion of Foundational Services functionality, configurations, and documentation with DHS/OHA including management of shared resources and overall Foundational Services scope and timeline.

You acknowledge that your participation and cooperation is critical for the Project. The following assumptions are based on information provided by you to Oracle relating to the Project and Cover Oregon current business applications as of the date of this ordering document, and have been used to prepare Oracle's current estimated level of effort and cost. Deviations from these assumptions may lead to commensurate changes which will be addressed through the change control process. For purposes of this Section 3, the parties acknowledge that as of the effective date of this ordering document, Cover Oregon has executed a separate contract for hosting services to be provided by Oracle On Demand (the "Oracle On Demand Contract"). Accordingly, Oracle, as the hosting vendor shall be responsible for the items in subsections 1, 7, 12, 15, 16, 19, 20, and 21 above and Oracle shall not be entitled to any additional fees in the services resulting from Oracle's failure to meet its obligations under such subsections. With respect to subsection 12 in particular, Oracle On Demand will provide hardware and infrastructure in accordance with the On Demand Infrastructure Schedule included in the On Demand Contract Statement of Work to meet the obligations required by this Section. If the Oracle On Demand Contract is terminated for any reason at any time during the performance of this Exhibit, you shall be fully responsible for meeting requirements in those subsections and Oracle may seek additional fees or other changes through the change control process in accordance with this subparagraph.

## B. Project Assumptions

1. The Scope of Services set forth in Section 1 above represents the services agreed to by the parties to implement the Target Applications in a manner which will address the requirements. Oracle has prepared estimates for various tasks and activities included throughout this Exhibit based upon the estimated level of effort to implement the defined use cases for Cover Oregon as of the date of this Exhibit. In addition, Oracle has prepared estimates for additional high-level requirements and processes based upon our understanding as communicated by Cover Oregon. These estimates were provided to serve as a baseline to establish the remaining level of effort and cost associated with addressing Cover Oregon requirements. It is the responsibility of Oracle and you to manage the scope based upon these estimates. You agree to mutually manage scope through this mechanism. Any scope/level of effort changes which are mutually agreed to be beyond Oracle's time and materials obligations will be documented in writing and be subject to the change control procedures contained within this Exhibit.
2. The services defined under this Exhibit will be performed at Cover Oregon's facility in Durham, Oregon and/or a remote Oracle location mutually agreed to by Oracle and Cover Oregon.
3. Oracle is not responsible for and does not warrant the performance of the servers, networks, or other hardware elements.
4. Any issues affecting Oracle's performance of the services and obligations hereunder that the parties are not able to promptly resolve will be escalated to the Executive Steering Committee and resolved within three (3) business days.

5. The Oracle Unified Method (OUM) implementation methodology will be used for implementation.
6. Oracle's Project Management Method (PJM) will be used to manage the project.
7. Deliverable documentation assumptions:
   a. Document deliverables will be in Microsoft Word 2007 format or windows format text files.
   b. The contents of document deliverables (content and sections) will be agreed upon by Cover Oregon and Oracle prior to the creation of the deliverable.
   c. Architecture diagram deliverables will be in either JPEG image format or Microsoft Visio 2007 format.
   d. The Oracle Project Manager and/or Team Leads will meet with your Project Manager and/or Team Leads to conduct a walkthrough of deliverables.
8. During any remaining fit/gap sessions, Oracle will work with Cover Oregon to review each of the CEMLI (Customizations, Extensions, Modifications, Localizations, and Integrations) objects, validate the associated assumptions, and validate the level of effort. Adjustment to the CEMLI list or complexities will be processed through the Change Control Process.
9. Oracle will provide Cover Oregon with Consultants, at Cover Oregon facilities, or such other designated facilities as the parties may agree upon in writing (the "Site"), during the duration of the Project to design the agreed upon Target Application(s). Each Consultant will work on average for four (4) days per week at Cover Oregon's facility and one (1) day per week at the Consultant's Oracle location. As the Project requires, Oracle may elect to stagger the schedule for its Consultants so that at least one Consultant will remain at Cover Oregon's facility on each day of the week.
10. Cover Oregon will use reasonable efforts to clear the Cover Oregon project team's schedule to expedite the review of deliverables.
11. A month's effort is based on 20 work days.
12. Oracle's standard documentation format will be used for any documentation prepared during the performance of the services.
13. At your discretion, any services listed in this exhibit may not be performed.
14. Accessibility support for the Oracle products is limited to VPATS published on Oracle.com and effort included in Section 1.A. Base Implementation.
15. Foundational Services design, build, unit test and defect fixing work is not tied to specific uses cases and is limited to the effort specified in Section 1.A. Base Implementation in this exhibit.
16. Oracle will provide assistance with testing strategy, test plan advisory, test script advisory, testing consistency, and performance test advisory through a testing advisor resource.
17. Items out of scope which include, without limitation, the following, noting that the following list is not an exhaustive list:
   a. Planning and execution of integration, system, systems integration and performance testing, including development of test plans, test cases and test scripts
   b. User experience
   c. Training, including development of training plans, training materials and training delivery
   d. Organizational Change Management
   e. Hosting and infrastructure
   f. Extracts from state and 3rd-party systems
   g. Mobile device support
   h. Non-English portals
   i. Medicaid assessment contingency plan
   j. User Guides
   k. User or Technical Reference Manuals
18. Siebel
   a. The application will be deployed in one (1) currency and one (1) language (English).
   b. Base Implementation
      • Customer Service (CS) TBD use case complexity is as follows: 3 medium and 2 low configuration gaps, 2 medium and 1 low complexity workflow.

EXHIBIT C
PAGE 82 OF 189

- Three (3) MMIS interfaces in scope are assumed to be batch integrations of medium complexity.

19. Oracle Policy Automation
   a. The application will be deployed in one (1) currency and one (1) language (English).
   b. Oracle's responsibility for rulebase testing is limited to unit testing and bug-fix support during user acceptance testing.
   c. Implementation consists of defining, customizing, and integrating the following (please refer to Appendix 1 for complexity definitions):
      - Forty eight (48) high complexity interview screens
      - Thirteen (13) medium complexity interview screens
      - Nine (9) low complexity interview screens

20. PeopleSoft Asset Management
   a. Asset Management will be implemented in conjunction and go live at the same time as the existing overall PeopleSoft Implementation.

21. Oracle WebCenter Portal
   a. WebCenter pages will be developed to meet the user interaction requirements of the use cases.
   b. WebCenter Portal architecture will follow standards previously defined by Oregon Department of Humans Services (DHS) and Oregon Health Authority (OHA).

22. Oracle SOA Suite
   a. SOA processes will be developed to support the integration requirements of the use cases.
   b. SOA architecture and governance will follow standards previously defined by DHS/OHA.

23. Foundational Services Migration
   a. Foundational Services consists of the implemented functionality and configurations for the following Oracle software product families:
      - Master Data Management ("MDM");
      - Identity Management ("IDM");
      - WebCenter Content (also known as Universal Content Management or "UCM");
      - Service Oriented Architecture ("SOA"); and
      - Business Intelligence ("BI").
   b. Application functionality consists of the functionality and configurations for the following Oracle software product families:
      - Siebel;
      - PeopleSoft;
      - WebCenter; and
      - OPA.
   c. Application functionality will be migrated at the start of the project.
   d. Cover Oregon Foundational Services functionality will be provided as copies at regular intervals by DHS/OHA through December 31, 2013.
   e. Customization and new functionality for Cover Oregon Foundational Services are out of scope except for changes limited to configuration changes necessary for the Foundational Services to operate in the Cover Oregon environment.
   f. Cover Oregon Application functionality will be reconfigured to access the Cover Oregon Foundational Services.

3. Rates, Estimated Fees and Expenses.
   A. The services described services specified above are provided on a time and materials ("T&M") basis; that is, you shall pay Oracle for all of the time spent performing such services, plus materials, taxes and expenses.

EXHIBIT C
PAGE 83 OF 189

B.   For a period of one year from the effective date of the ordering document, the services will be provided at the rates set forth below.  The rates set forth below include an amount for expenses incurred by Oracle in providing the services under this exhibit.

| Labor Category Level | Labor Category | Hourly Rate |
|---|---|---|
| 9 | Sr. Practice/Tech Director | $374.10 |
| 8 | Practice/Tech Director | $344.40 |
| 7 | Practice/Tech Manager | $303.22 |
| 6M | Managing Principal Consultant | $285.67 |
| 6T | Sr. Principal Consultant | $285.67 |
| 5 | Principal Consultant | $256.64 |
| 4 | Senior Consultant | $229.51 |
| 3 | Staff Consultant | $207.23 |
| 2 | Associate Consultant | $177.45 |
| 4 | Reston Delivery Center Sr. Consultant | $201.50 |
| 3 | Reston Delivery Center Staff | $201.50 |
| 2 | Reston Delivery Center Associate | $177.45 |
| 4 | Reston Delivery Center Sr. Consultant-Remote | $164.00 |
| 3 | Reston Delivery Center Staff - Remote | $164.00 |
| 2 | Reston Delivery Center Associate-Remote | $139.88 |

C.   All fees and expenses will be invoiced monthly. The fee estimate for labor, travel and out of pocket expenses performed under this exhibit is Forty Five Million Three Hundred Twenty Two Thousand One Hundred Fourteen dollars ($45,322,114).  These estimates and any other estimates related to this exhibit are intended only to be for your budgeting and Oracle's resource scheduling purposes; these estimates do not include taxes. Oracle will invoice you for actual time spent performing the services, plus materials, and taxes; such invoice may exceed the total estimated amount documented above. Once fees for services reach the estimate, Oracle will cooperate with you to provide continuing services on a T&M basis.

D.   The parties acknowledge that temporary living reimbursements to Oracle provided resources(s) may be deemed compensatory under federal, state, and local tax laws if a resource's assignment in a particular location will exceed or has exceeded one year.  Where reasonably possible, Oracle will plan with you to limit the duration of a resource's assignment in a particular location to less than one year.  If the requirements of the services are such that it becomes necessary for a resource's services in a particular location to continue for a year or more and as a result, the reimbursement of such resource's living expenses are deemed compensatory for tax purposes, then, Oracle shall be paid the amount of additional compensation provided to such resource to compensate for taxes imposed.

E. Project Financial Holdbacks

For the first seven (7) months of the project (May 1, 2013-November 30, 2013), five (5) percent of the total invoiced value for each monthly invoice shall be withheld as the Project Holdback Amount. In months three (3), five (5) and seven (7), an Executive Status Meeting will be conducted to review the Monthly Project Reports and the overall project progress to date. If the work performed is in accordance with the defined project plan and defined activities as set forth in this Exhibit and as may be revised by the parties using standard Change Control procedures during the course of performance, Cover Oregon shall authorize release of a partial amount of the cumulative Project Holdback Amount (a "Release") in accordance with the schedule set forth below, by signature of the Project Holdback Release form. The estimated values of the invoices and holdback amounts are listed in the table below. Due to the time and materials nature of the work to be performed under this Exhibit, the actual amounts invoiced for each month may vary; however, unless there is significant deviation in the estimated invoice amounts, Cover Oregon agrees to keep the Holdback Release Amount as listed below. In the event of a significant deviation, a new schedule will be defined using the standard Change Control procedures In addition, all Holdback Amounts will be released upon reaching a production ready environment, or if the contract is terminated for convenience in accordance with the Agreement, whichever event may occur first.

| Month | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|
| Estimated Invoice Total | $6,295,806 | $6,227,680 | $5,178,448 | $4,760,278 | $4,423,695 | $1,856,447 | $1,856,447 |
| Cumulative Invoice Total | $6,295,806 | $12,523,486 | $17,701,934 | $22,462,212 | $26,885,907 | $28,742,354 | $30,598,801 |
| Holdback Amount (5% per invoice) | $314,790 | $311,384 | $258,922 | $238,014 | $221,185 | $92,822 | |
| Cumulative Holdback Amount | $314,790 | $626,174 | $885,096 | $1,123,110 | $1,344,295 | $1,437,117 | |
| Holdback Release Amount | | | $400,000 | | $500,000 | | $537,117 |
| Remaining Holdback Balance | $314,790 | $626,174 | $485,096 | $723,110 | $444,295 | $537,117 | |

EXHIBIT C
PAGE 85 OF 189

# ORACLE°

### PROJECT HOLDBACK RELEASE FORM

**Number:**

**Customer:**     **Cover Oregon**                **Project #: 300388671**

**Project: Cover Oregon HIX**                     **Task (s) #:**

**Initiated by:**                                  **Date:**

**Reference:**

**Project Holdback Description:**

Please list the project holdback description and amount(s) associated with this Project Holdback Release Form:

_____   $_____

_____   $_____

_____   $_____

Include detailed explanation where necessary:  *{delete as appropriate}*

*{Insert detailed explanation}*

**Signed for Cover Oregon**                       **Date**

_____          _____

**Signed for Oracle America, Inc.**               *Date*

_____          _____

200959 Cover Oregon ODTME 04282013                              Page 15 of 24

EXHIBIT C
PAGE 86 OF 189